IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1383-SLR |
| ) | |
| LT. RISPOLI, C/O NFN MOORE, ) | |
| C/O VICTOR GONZALES, SGT. ) | |
| CARPENTER, NURSE BRENDA, ) | |
| C/O MANNO, and C/O TERRY, ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 29th day of March, 2005, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **July 29, 2005.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **August 29, 2005.** Answering briefs and affidavits, if any, shall be filed on or

before **September 29, 2005**.  Reply briefs shall be filed on or before **October 13, 2005**.

                                                                          _____
                                                                          United States District Judge