**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1383-SLR |
| | ) | |
| LT. RISPOLI, C/O MOORE, | ) | |
| C/O VICTOR GONZALEZ, | ) | |
| SGT. CARPENTER, C/O MANNO, | ) | |
| C/O TERRY, NURSE HOLLY, and | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COMES NOW the State Defendants Lieutenant Marcello Rispoli, Corrections Officer Marshall Moore IV, Corrections Officer William Terry, Corrections Officer Victor Gonzalez, Sergeant Stephanie Carpenter, and Corrections Officer Donna Manno ("State Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting State Defendants' counsel the right to depose Plaintiff Gerron Maurice Lindsey ("Plaintiff"), an incarcerated individual:

1. Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for the State Defendants wishes to depose Plaintiff as part of discovery in this case.

3. The discovery deadline in this matter is July 29, 2005.

4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this motion that grants State Defendants' counsel the right to depose Plaintiff.

WHEREFORE, State Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiff Gerron Maurice Lindsey.

                              **STATE OF DELAWARE**
                              **DEPARTMENT OF JUSTICE**

                              /s/ Eileen Kelly
                              Eileen Kelly, I.D. No. 2884
                              Deputy Attorney General
                              Carvel State Office Building
                              820 North French Street, 6th fl.
                              Wilmington, DE 19801
                              (302) 577-8400
                              Attorney for State Defendants

Dated: June 14, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1383-SLR |
| | ) | |
| LT. RISPOLI, C/O MOORE, | ) | |
| C/O VICTOR GONZALEZ, | ) | |
| SGT. CARPENTER, C/O MANNO, | ) | |
| C/O TERRY, NURSE HOLLY, and | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Gerron Maurice Lindsey is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning State Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Eileen Kelly
        Eileen Kelly, I.D. No. 2884
        Deputy Attorney General
        Carvel State Office Building
        820 North French Street, 6th fl.
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for State Defendants

Dated: June 14, 2005

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1383-SLR |
| | ) | |
| LT. RISPOLI, C/O MOORE, | ) | |
| C/O VICTOR GONZALEZ, | ) | |
| SGT. CARPENTER, C/O MANNO, | ) | |
| C/O TERRY, NURSE HOLLY, and | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This _____ day of _____, 2005,

**WHEREAS,** State Defendants having requested leave to depose Plaintiff Gerron Maurice Lindsey pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that State Defendants' Motion for Leave to Depose shall be granted and State Defendants shall have the right to depose Plaintiff Gerron Maurice Lindsey.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, I electronically filed *State Defendants' Motion For Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF.  I hereby certify that on June 14, 2005, I have mailed by United States Postal Service, the document to the following non-registered party: Gerron Maurice Lindsey.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us