Gerron Lindsey
SBI No. 326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

June 16, 2005

**FILED**
JUN 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

THE HONORABLE SUE ROBINSON
United States District Court

Re: Lindsey v. Rispoli, et al
C.A. No. 04-1383-SLR

Dear Honorable Robinson:

On June 14, 2005 at or about 1:15pm Sergeant Joey Beilanger conducted a search in my cell and removed legal work. Some of the items this sergeant removed were related to the above mentioned civil action. I have no motions or paperwork that is related to this case. The only motion I have is a motion to depose which I recieved June 15, 2005. I made him aware that I have two cases in litigation. I am Pro-se on the above matter and it's no possible way I can meet the deadlines set by this Honorable court without the proper papperwork. I am asking for a time extension all the deadlines. And I ask that I get new copies of any and all orders made by the court in this matter. And any and all motions filed by the defendants counsel.

I also note that: I have been reporting my issues and concerns

to D.A.G. Eileen Kelly which this counselor directed me to do but yet took no action.

I respectfully ask this Honorable Court to see that I get the documents requested so I the Plaintiff who is Pro-se can litigate my case. I also ask this Honorable Court to grant a time extension for all set dates in the matter of Gerron Lindsey v. Rispoli et al C.A. No. 04-1383-SLR.

Respectfully Submitted,

Gerron M. Lindsey,
Plaintiff

CC: Deputy Attorney General Eileen Kelly



RECEIVED
JUN 22 2005
SUE L. ROBINS
U.S. DISTRICT JUD

I/M GERRON LINDSEY
SBI# 326202   UNIT SHU-19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL
June 16, 2005

U.S. POSTAGE 0.37
SMYRNA DE JUN 21 '05

Honorable Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801