IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1383-SLR |
| ) | |
| LT. RISPOLI, C/O NFN MOORE, ) | |
| C/O VICTOR GONZALES, SGT. ) | |
| CARPENTER, NURSE BRENDA, ) | |
| C/O MANNO, and C/O TERRY, ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 28th day of June, 2005, having reviewed plaintiff's request for an extension;

IT IS ORDERED that said motion (D.I. 18) is granted and the scheduling order dated March 30, 2005 is hereby modified as set forth below:

1. **Discovery.** All discovery in this case shall be initiated so that it will now be completed on or before **September 29, 2005.**

2. **Summary Judgment Motions.** All summary judgment motions along with opening briefs and affidavits, if any, in support of each motion, shall be served and filed on or before **October 31, 2005.** Answering briefs and affidavits, if any, shall be filed on or before **November 30, 2005.** Reply briefs shall be

filed on or before **December 14, 2005.**

                                           _____
                                              United States District Judge