Gierron Lindsey           C.A. No. 04-1383-SLR

v.

~~Rispoli~~ Rispoli et.al

**FILED**
**JUN 27 2005**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

June 3, 2005

Dear District court,

    I wrote all prison Supervisors so can the court step in. The people have put bugs in my room causing me to itch very bad. And they have a person outside my window looking at me all night. Also they have done something to my room floor and now it's very dirty. It's also a echo in my room. I will like for this to stop because it's not at comfortable. I have told everybody and no one listen. I will like for the court to order these people to remove what bugs they put in my cell and also have the person outside my window all night leave and clean my floor. This is their get back from me filing a civil action.

I/M Gercon Lindsey
SBI# 326262    UNIT SHU-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

SMYRNA DE JUN 25 '05
U.S. POSTAGE 0.37
PBMETER 6728573

Peter T. Dalleo, Clerk of court
Lock Box 18
844 King Street
U.S. Court House
Wilmington, Delaware 19801

13801/9933