M. JANE BRADY
ATTORNEY GENERAL



**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

June 30, 2005

Civil Division - New Castle County

Gerron Lindsey
SBI # 00326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re:    Gerron Lindsey v. Rispoli, et al.
             C.A. No. 04-1383-SLR

Dear Mr. Lindsey:

    This is in response to your two recent letters to me, dated June 14, 2005, and your letter to the Court, dated June 16, 2005, copies of which are enclosed for your reference.

    In your letters, you claim that, on June 14, 2005, Sgt. Belanger searched your cell and removed your "legal work." In your letter to me, you also complain that Sgt. Belanger took you to the nurse, who asked if you were suicidal, that you were strip searched, that Sgt. Belanger made certain comments to you, and that he advised that your paperwork would be returned to you after it was reviewed by the "D.A.G."

    You were taken to the nurse, you were searched, and your cell was searched, at my direction as the result of your threat, in your recent letter to me, that you would take your own life. A copy of your letter, which I received on June 9, 2005, is enclosed. You were taken to the nurse, and your person and cell were searched, to determine whether you were suicidal and to ensure that you did not have access to items with which you could harm yourself. As you know, this lawsuit is based on events which began when you injured yourself with a sharp object concealed in your mouth. Thus, steps were taken on June 14, 2005 to ensure your safety.

    My investigation into the events of June 14, 2005 establishes that your claim that your legal paperwork was taken is not supported by the facts. One personal letter was removed from

Mr. Gerron Lindsey
June 30, 2005
Page 2

your cell, and that item was removed in connection with an unrelated investigation. The letter did not pertain to this lawsuit or any other legal matter. No legal paperwork was removed from your cell, and I can assure that none of your legal paperwork was submitted to me.

Sgt. Belanger denies that he made any inappropriate comments to you.

You have asked that I file charges against Sgt. Belanger and Lt. Seacord. As I advised you in my letter to you, dated June 15, 2005, a copy of which is enclosed, I represent Department of Correction employees in this lawsuit and cannot take steps adverse to their interests. Further, I am not in a position to file criminal charges against anyone.

Finally, you ask that I transfer you to another facility. I do not have the authority to make decisions as to the housing of any inmate.

Please be advised that I have and will continue to look into your various complaints pertaining to DCC staff.

With respect to your request that you be provided with copies of court orders and motions, as a courtesy, I am providing you with copies of all the pleadings to date in this matter.

Very truly yours,

Eileen Kelly
Deputy Attorney General

Enclosures

cc:    Clerk of the Court (w/o enclosures)