STATE OF DELAWARE
DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

May 10, 2005

Gerron Lindsey, SBI# 00326202
Delaware Correctional Institution
1181 Paddock Road
Smyrna, Delaware 19977

Dear Mr. Lindsey:

Today I received your April 9th letter and accompanying documents including:

- ACLU letter dated 03-16-05,
- Delaware Center for Justice letter dated 03-28-05,
- US District Court filing - Civ. No. 04-1383-SLR dated 11-04-04,
- IGC memorandum dated 10-21-03,
- Grievance Form # 584 dated 10-13-03,
- Grievance Form #584 dated 10-12-03 – Case # 0310025,
- DACS Grievance Report – Case # 7796 dated 10-12-2004,
- Lindsey letter to DCC Warden & Staff dated 12-01-03, and
- Governor's Office letter dated 01-05-04.

Kindly note that once litigation has been filed all correspondence, documentation and negotiations associated with the court case must be forwarded to the State Attorney General's Office. This reply will accompany your letter and package.

The Inmate Grievance Procedure is deployed as an administrative remedy mechanism to resolve issues and avoid litigation. Litigation formally ends the administrative resolution process.

Sincerely,

Richard E. Seifert
Deputy Bureau Chief

Cc:   Thomas Carroll, DCC Warden
      Ophelia Waters, Deputy Attorney General
      Drewry N. Fennell, ACLU Executive Director
      Janet A. Leban, DCJ Executive Director

Phone: (302) 739-5601 / Fax: (302) 739-8221