IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1383-SLR |
| | ) | |
| LT. RISPOLI, C/O MOORE, | ) | |
| C/O VICTOR GONZALEZ, | ) | |
| SGT. CARPENTER, C/O MANNO, | ) | |
| C/O TERRY, NURSE HOLLY, and | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:  Gerron Lindsey
     SBI # 00326202
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE  19977

**PLEASE TAKE NOTICE** that the oral deposition of Gerron Lindsey will be taken by Eileen Kelly, Deputy Attorney General, on Tuesday, August 16, 2005 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977, and will be transcribed by a professional reporter.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            /s/ Eileen Kelly
                                            Eileen Kelly, I.D. No. 2884
                                            Deputy Attorney General
                                            Carvel State Office Building
                                            820 North French Street, 6th fl.
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            Attorney for State Defendants

Dated: July 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2005, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF.  I hereby certify that on July 29, 2005, I have mailed by United States Postal Service, the document to the following non-registered party: Gerron Maurice Lindsey.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us