Dear Ms. Honorable Judge Sue L. Robinson:

    Enclosed are 3 motion relating to C.A. No. 04-1383-SLR.

    Thank You For Your Time.

    Sincerely,

    [signature]

FILED

AUG 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE