IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON MAURICE LINDSEY,

    Plaintiff,

v.

LT. RISPOLI, C/O MOORE, C/O GONZALES, SGT. CARPENTER, C/O MANNO, C/O TERRY, and NURSE BRENDA,

    Defendants.

C.A. NO. 04-1383-SLR



FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE DEFENDANTS

COMES NOW the plaintiff Gerron Maurice Lindsey pro-se, and respectfully move this Honorable Court to enter an order granting the plaintiff the right to depose defendants Lieutenant Marcello Rispoli, Correctional officer Marshall Moore, Correctional Officer William Terry, Correctional Officer Victor Gonzales, Sergeant Stephanie Carpenter, Correctional officer Donna Manno, and nurse Brenda Holwerda ("Defendants"), are employees at the Delaware Correctional Center:

1. Defendants are employees at the Delaware Correctional Center.
2. Plaintiff who is pro-se wishes to depose defendants as part of discovery in this case.
3. The discovery deadline in this matter is September 29, 2005.
4. Fed. R. Civ. P. 30(a)(2) requires leave of the court to depose defendants.

    WHEREFORE, Plaintiff respectfully request that this Honorable Court grant his Motion for Leave to Depose Defendants.

Dated: August 11, 2005

Gerron M. Lindsey, Pro-se

I/M GERRON LINDSEY
SBI# 326202    UNIT SHU-19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL AUGUST 11, 2005
* CONFIDENTIAL *

JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT COURT
844 KING STREET
WILMINGTON, DELAWARE
19801