IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

GERRON MAURICE LINDSEY,
    Plaintiff,

v.

LT. RISPOLI, C/O MOORE,
C/O GONZALES, SGT. CARPENTER,
C/O MANNO, C/O TERRY, and
Nurse BRENDA,
    Defendants.

C.A. No. 04-1383-SLR

FILED
AUG 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR DISCOVERY

COMES NOW the plaintiff Gerron Maurice Lindsey Pro-se, and respectfully move this Honorable Court to enter an order granting the plaintiff the right to obtain the following documents from the Defendants:

1. Medical file of the plaintiff.
2. The Incident reports written by defendants on the evenings of October 9, 2004 related to this case.
3. Medical reports related to this case.
4. Disciplinary reports related to the case.

The plaintiff wishes to obtain these documents as part of discovery in this case.

6. The discovery in this matter is due September 29, 2005.

WHEREFORE, Plaintiff respectfully request that this Honorable Court grant his Motion.

Dated: August 11, 2005

Gerron M. Lindsey, Pro-se

I/M Gerron Lindsey
SBI# 326202   UNIT SHU-19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL AUGUST 11 2005
* CONFIDENTIAL *

U.S.M.S.
X-RAY

Judge Sue L. Robinson
UNITED STATES DISTRICT COURT
844 KING STREET
WILMINGTON, DELAWARE
19801