IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


GERRON MAURICE LINDSEY,

      Plaintiff,

     V.

LT. RISPOLI, % MOORE,            C.A. NO. 04-1383-SLR

% GONZALES, SGT. CARPENTER,

% MANNO, % TERRY, and

Nurse Brenda,

      Defendants.

> **FILED**
>
> AUG 17 2005
>
> U.S. DISTRICT COURT
> DISTRICT OF DELAWARE


## PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE POSSIBLE WITNESSES


COMES NOW the plaintiff Gerron Maurice Lindsey Pro-se, and respectfully move this Honorable Court to enter an order granting the plaintiff the right to depose possible witnesses who he will have Subpoena to give testimony. These people are:

1. Bob Harris of Mental Health

2. Ahmad of Mental Health

3. Melissa Gratlin of Mental Health

4. Dale Rogers, Medical Doctor

5. Aaron Jeliff, Correctional Officer

6. Kevin Braithwaite, Inmate

7. Correctional Officers trainee

8. Holly Furne, Nurse

The persons are either employees or inmates at the Delaware Correctional center.

1. Plaintiff who is pro-se wishes to depose these possible witnesses as part of discovery in this case.

.. The discovery deadline in this matter is September 29, 2005.

WHEREFORE, Plaintiff respectfully request that this Honorable Court grant his motion for Depose Witnesses.

Dated: August 11, 2005

Gerron Lindsey, Pro-se

IMCGERRON LINDSEY

SBI# 326202    UNIT.SHU-19

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

LEGAL MAIL AUGUST 11, 2005

* CONFIDENTIAL *



$ 00.37⁰

UNITED STATES POSTAGE

PITNEY BOWES

02 1A
0004395355    AUG 13 2005
MAILED FROM ZIP CODE 19977

JUDGE SUE L. ROBINSON

UNITED STATES DISTRICT COURT

844 KING STREET

WILMINGTON, DELAWARE

19801

U.S.M.S.
X-RAY

19801+3519-99  CO12