Incident#
**1016357**

Date: 01/10/2005

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 10/09/2004 | Time: 22:20 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC  Delaware Correctional Center                    Followup Required : No

**Associated Disciplinary Report #(s):** 1013459

**Associated Disciplinary Report #(s):** 1013460

**Incident Location:** Bldg.18 C Tier

**Location Description:**

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior
2.03/200.106 Creating a Health, Safety or Fire Hazard

**Description of Incident:**

On 10/9/04 at approx. 2010 I/M Lindsey transferred to SHU #18 CL2 Isolation from infirmary to serve sanction time. Since 9/1/04 I/M Lindsey has transferred to infirmary and back to SHU four times due to him saying he will hang himself. When Lindsey returned to SHU tonight I spoke to him in Lieutenants office and he told me that he was through playing games that he wants to get his isolation time over with.

At approx. 2220 I (Rispoli) was called to #18 due to I/M Lindsey ▮▮▮▮▮▮▮▮▮▮▮ saying that they would hang themselves. I reported to #18 CL2 where Lindsey was housed and I had him cuffed and removed to an interview room. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ then went and spoke to I/M Lindsey in interview room and he told me that he was not going to hurt himself that he only wanted someone to mop up the water in his cell. Lindsey had thrown water all over the floor in CL2. Nurse Furne seen I/M Lindsey in interview room. The water was mopped up by staff and Nurse Furne said we could put him back in CL2. CL2 on strip status as a precaution. Lindsey put back in CL2 at approx. 2230 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

At approx. 2310 I was called back to #18 C-tier due to a report that I/M Lindsey had cut himself. When I arrived at CL2 I observed that I/M Lindsey's arm was bleeding and he was biting into his cut arm with his teeth. I opened the cell door and I capstunned Lindsey's face to stop him from injuring himself. There was much blood on the floor and on his left forearm. I then took a garden hose and washed off his arm and the floor. I entered the cell and applied gauze bandage around his left forearm to stop the bleeding. Lindsey was cuffed and put in interview room. Lindsey told me that he wanted to return to the infirmary and that he did not want to do his isolation time. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ me. Nurse Furne then notified her supervsior and the order was given by medical to transfer Lindsey back to infirmary. Transfer completed at approx. 2400 by Sgt. Terhune, C/O Terry, C/O D. Layton and C/O Dittman.

| Injured Persons | Hospitalized | Nature Of Injuries | |
|---|---|---|---|
| N/A | N/A | N/A | |

| Evidence Type: N/A | | Date Collected: N/A |
|---|---|---|
| Discovered By : N/A | | |
| | Secured By: N/A | |

**Type of Force Used:** [ ]   PHYSICAL   [ ]   CHEMICAL [ ]   STUN [ ]   OTHER   [ ]   CAPSTUN [X]   NONE

**Restraints Used**      : N/A

**Immediate Action Taken:**

This report. Both inmates referred to disciplinary hearing. Both inmates transferred to infirmary. Noose made from linnen turned over to shift commander.

| | | Individuals Involved | | |
|---|---|---|---|
| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Staff | Stephanie, Carpenter J | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Casey, Phelps J | N/A | Correctional Officer |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | | Incident Date: 10/09/2004 | Time: 22:20 | Confidential: No |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Staff | Neil, Stevens A | | N/A | Correctional Officer |
| Staff | Ronald, Kitching | | N/A | Correctional Officer |
| Staff | Marshall, Moore V IV | | N/A | Correctional Officer |
| Staff | William, Terry C | | N/A | Correctional Officer |
| Staff | John, Dittman E | | N/A | Correctional Officer |
| Staff | Harold, Terhune W Iii | | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Donald, Layton W Jr. | | N/A | Correctional Officer |
| Staff | Holly, Furne | | N/A | Contractors - Medical |
| ███████████████ | | | ███████████ | |
| Inmate | Gerron, Lindsey M | | 00326202 | N/A |
| Staff | Victor, Gonzalez | | N/A | Correctional Officer |
| Staff | Craig, Harms  Jr | | N/A | Correctional Officer |
| Staff | Freida, Woodard M | | N/A | Correctional Officer |
| Staff | Kira, Hargan | | N/A | Contractors - Medical |

**Reporting Officer:** Rispoli, Marcello T (Staff Lt./Lt)     **Entered By:** Rispoli, Marcello T (Staff Lt./Lt)

## Approval Information

[ X ] Approved  [ ] Disapproved  Date: 10/10/2004  Approved by: Mccreanor, Michael  (Shift Commander - Large Inst.)

**Comments:** N/A

| **Incident#** |
|---|
| **1016359** |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

**Date:** 01/10/2005

# INCIDENT REPORT

| **Group#:** N/A | **Type:** Inmate Involved | **Incident Date:** 10/09/2004 | **Time:** 23:10 | **Confidential:** No |
|---|---|---|---|---|

**Facility:** DCC  Delaware Correctional Center  **Followup Required :** No

**Incident Location:** Bldg.18 C Tier

**Location Description:** cell lower 2

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**

On the above date and time I (Harms) was responding to a call for back-up in building 18 on C-tier. Upon approaching C-tier with Lt. Rispoli we proceeded to cell lower 2 which was occupied by I/M Gerron Lindsey (SBI # 326202).  Upon approaching cell we observed IM Lindsey biting into his arm and bleeding from his wound. The order was given to crack the door and Lt. Rispoli gave I/M Lindsey a quick bursts of capstun so I/M Lindsey would stop.  After IM stopped biting his arm he was cuffed and shackled and put into the interview room where he was seen by nurse Holly.  After being cleared by medical I/M Lindsey was then dressed and transfered to the compound infirmary by order of Lt Rispoli.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF REPORT\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| **Injured Persons** | **Hospitalized** | | **Nature Of Injuries** |
|---|---|---|---|
| N/A | N/A | N/A | |

**Evidence Type:** N/A  **Date Collected:** N/A

**Discovered By :** N/A  **Secured By:** N/A

**Type of Force Used:** [ ]  PHYSICAL  [ ]  CHEMICAL [ ]  STUN [ ]  OTHER  [X]  CAPSTUN [ ]  NONE

**Restraints Used**   : handcuffs and shackles

**Immediate Action Taken:**

Gerron Lindsey was seen by medical and 404 was written

| **Individuals Involved** | | | |
|---|---|---|---|
| **Person Code** | **Name** | **SBI#** | **Title** |
| Staff | Craig, Harms  Jr | N/A | Correctional Officer |
| Inmate | Gerron, Lindsey M | 00326202 | N/A |
| Staff | Holly, Furne | N/A | Contractors - Medical |
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |

**Reporting Officer:** Harms, Craig  Jr(Correctional Officer)  **Entered By:** Harms, Craig  Jr(Correctional Officer)

| **Approval Information** |
|---|

[X] Approved  [ ] Disapproved  **Date:** 10/10/2004  **Approved by:** Mccreanor, Michael   (Shift Commander - Large Inst.)

**Comments:** N/A

| Incident# | | | |
|---|---|---|---|
| **1016361** | | | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: 01/10/2005

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 10/10/2004 | Time: 00:20 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC  Delaware Correctional Center                          Followup Required : No
**Incident Location:** Infirmary Administration
**Location Description:** INFIRMARY HOUSING UNIT

**Violated Conditions:**

**Description of Incident:**
ON 10/10/04, INMATE LINDSEY GERRON SBI# 326202 ▓▓▓▓▓▓▓▓▓▓▓ WERE BROUGHT TO INFIRMARY FROM SHU 18. AS LEVEL 2 INMATES I C/O ERNEST EBWELLE HAD TO STRIP THEM OF THEIR CLOTHING AND ANY OTHER THING THEY HAD WITH THEM THAT THEY COULD USED TO CAUSE HARM TO THEMSELVES. IN EXCERSING THIS DUTY, I TOOK AN OLD FINGER RING FROM INMATE LINDSEY ▓▓▓▓▓▓▓▓▓▓▓. I C/O ERNEST EBWELLE COMPLETED A 537 FORM AND SENT BOTH ITEMS TO PROPERTY ROOM THROUGH THE SHIFT COMMANDER. END OF REPORT.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A       N/A | |

| Evidence Type: N/A | | Date Collected: N/A |
|---|---|---|
| Discovered By : N/A | Secured By: N/A | |

**Type of Force Used:** [ ]   PHYSICAL   [ ]   CHEMICAL [ ]   STUN  [ ]   OTHER   [ ]   CAPSTUN [X]   NONE
**Restraints Used**   : N/A

**Immediate Action Taken:**
404 completed

**Individuals Involved**

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Gerron, Lindsey M | 00326202 | N/A |
| | ▓▓▓▓▓▓▓ | | N/A |
| Staff | Ernest, Ebwelle A | N/A | Correctional Officer |

**Reporting Officer:** Ebwelle, Ernest A (Correctional Officer)          **Entered By:** Ebwelle, Ernest A (Correctional Officer)

**Approval Information**

[ X ]  Approved   [ ] Disapproved   **Date:** 10/10/2004   **Approved by:** Burton, Bruce   (Shift Commander - Large Inst.)
**Comments:** N/A

| Incident# | | Date: 01/10/2005 |
|---|---|---|
| 1016362 | | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 10/10/2004 | Time: 00:45 | Confidential: No |
|---|---|---|---|---|

**Facility:** DCC  Delaware Correctional Center                    **Followup Required :** No

**Incident Location:** D/INFIRMARY

**Location Description:** Cell 187

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

1.18/200.218 Possession of Dangerous Contraband

2.03/200.106 Creating a Health, Safety or Fire Hazard

2.06/200.108 Failing to Obey an Order

**Description of Incident:**

On the above date and approximate time, I, Brenda Holwerda, RN accepted I/M Gerron Lindsay into the Main Infirmary into Cell 187.  On admission to the cell he was stripped down and placed in a Ferguson gown.  I/M Lindsay had a roll gauze dressing on his left forearm, as I removed the gauze it is noted that he had numerous superficial lacerations.  I did question I/M Lindsay as to how the lacerations occurred, his statement was, " I cut it on the sink over there"  I then asked that the gown be removed and security search for any type of sharp object, none was found and I/M Lindsay was asked to squat and cough.  This did not produce any sharp objects either.  Approximately, 30 minutes later I/M Lindsay called to his cell door and removed a sharp irregular shaped metal object from his mouth.  It measure approximately 1/2 x 1/2 inch, very irregular with sharp points on three sides. He then slid it under the cell door to me.  I picked it up, notified security.  I/M Lindsay was offered medical care, but declined medical care at this point.(Tetanus shot).  No open lacerations or bleeding was noted in his mouth at this time.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** metal object                              **Date Collected:** 10/10/2004

**Discovered By :** , Brenda Holwerda, Rn                    **Secured By:** , Brenda Holwerda, Rn

**Type of Force Used:** [] PHYSICAL  [] CHEMICAL [] STUN [] OTHER [] CAPSTUN [X] NONE

**Restraints Used    :** N/A

**Immediate Action Taken:**
Removed object and notified security.

| Individuals Involved | | | | |
|---|---|---|---|---|
| **Person Code** | **Name** | **SBI#** | **Title** | |
| Inmate | Gerron, Lindsey M | 00326202 | N/A | |
| Staff | Brenda, Holwerda | N/A | Contractors - Medical | |

**Reporting Officer:** Holwerda, Brenda  (Contractors - Medical)    **Entered By:** Holwerda, Brenda  (Contractors - Medical)

| Approval Information | |
|---|---|

| [X] Approved | [ ] Disapproved  **Date:** 10/10/2004  **Approved by:** Burton, Bruce   (Shift Commander - Large Inst.) |
|---|---|

**Comments:** N/A

| Incident# | | |
|---|---|---|
| 1016363 | | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: 01/10/2005

# INCIDENT REPORT

| Group#:N/A | Type: Inmate Involved | Incident Date: 10/10/2004 | Time: 00:45 | Confidential: No |
|---|---|---|---|---|

Facility: DCC  Delaware Correctional Center                                      Followup Required :No

Associated Disciplinary Report #(s):1013461

Incident Location: D/INFIRMARY
Location Description: Cell 187

Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior
　　　　　　　　　　1.18/200.218 Possession of Dangerous Contraband
　　　　　　　　　　2.03/200.106 Creating a Health, Safety or Fire Hazard
　　　　　　　　　　2.06/200.108 Failing to Obey an Order

Description of Incident:
On the above date and time I/M Gerron, Lindsey M. SBI 00326202  was found in possession of irregular shaped metal object in his mouth (Measurements approx 1/2 by 1/2 with sharp points on three sides.) This contraband was confiscated and forwarded to the Watch Commander.

MAB Inmate Housed in the Infirmary Cell 187

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: Dangerous Contraband                              Date Collected: 10/10/2004
Discovered By :  Nurse Holwerda                         Secured By: Lt. Endres

Type of Force Used: [ ]    PHYSICAL    [ ]    CHEMICAL [ ]    STUN  [ ]    OTHER    [ ]    CAPSTUN [X]    NONE
Restraints Used    : N/A

Immediate Action Taken:
MAB

| Individuals Involved | | | |
|---|---|---|---|
| **Person Code** | **Name** | **SBI#** | **Title** |
| Staff | John, Endres | N/A | Staff Lt./Lt |
| Staff | Brenda, Holwerda | N/A | Contractors - Medical |
| Inmate | Gerron, Lindsey M | 00326202 | N/A |

Reporting Officer: Endres, John  (Staff Lt./Lt)                  Entered By: Endres, John  (Staff Lt./Lt)

| Approval Information | |
|---|---|

| X | Approved | | Disapproved   Date: 10/10/2004   Approved by: Burton, Bruce   (Shift Commander - Large Inst.)

Comments: Inmate Referred To MAB

| Disciplinary# |
|---|
| 1013461 |

Date: 01/10/2005

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | Housing Unit: Bldg D/Infirmary | IR#: 1016363 |
|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00326202 | Lindsey, Gerron M | DCC | D/INFIRMARY | 10/10/2004 | 00:45 |

**Violations:** N/A

**Witnesses:** 1. N/A          2. N/A          3. N/A

## Description of Alleged Violation(s)

On The Above Date And Approximate Time I/M Gerron, Lindsey Sbi 00326202 Was Found In Possession Of A Irregular Shaped Metal Object In His Mouth )Measurements Approx 1/2 By 1/2 With Sharp Points On Three Sides.)  This Contaband Was Confiscated And Forwarded To The Watch Commander.

I/M Gerron, Lindsey Sbi 00326202 Inf 187
**Reporting Officer:** Endres, John  (Staff Lt./Lt)

## Immediate Action Taken

**Immediate action taken by:** Endres, John  -Staff Lt./Lt

404 Completed

## Offender Disposition Details

**Disposition:** N/A          **Date:** N/A          **Time:** N/A          **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** Forwarde To Watch Commander

## Approval Information

**Approved:** ☑    **Disapproved:** ☐    **Approved By:** Burton, Bruce  (Shift Commander - Large Inst.)

**Comments:** Inmate Referred To Mab

## Shift Supervisor Details

**Date Received:**          **Time:**          **Received From:** ___

**Shift Supervisor Determination:**

[ ]    Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ]    Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Burton, Bruce  (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:**_____    **TIME:** _____   and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing
Officer:** _____          **Offender:** _____
                                                                                      Lindsey, Gerron M

| DR# |
|---|
| 1013461 |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 01/10/2005

## DISCIPLINARY HEARING DECISION

| **Inmate** : Lindsey, Gerron M | **SBI#:**00326202 | **Type:**Class 1 |
|---|---|---|
| **Institution:**DCC  Delaware Correctional Center | **Hearing Date:** 10/19/2004 | **Time:** 13:00 |

**Inmate Present:** Yes    **Reason(If No):** N/A

**Violation:** N/A

**Inmate PLEA: Not Guilty**

**Inmate Statement:**  Didn't get prelim. They didn't take anything from mouth.

**Decision :**Guilty

**Rational :** Per report inmate found guilty Inmate didn't ask for witness or to confront at preliminary hearing.

**Sanctions:** N/A

### HEARING OFFICER'S SIGNATURE _____

Savage, Larry

I understand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer.I may appeal the decision of a Class I Hearing  to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I  [X]   DO    [ ]    DO NOT INTEND TO APPEAL        _____

**INMATE's SIGNATURE**

## ORDER TO IMPLEMENT SANCTIONS

[X]    Inmate does not wish to appeal              [ ]    Appeal has been denied by Commissioner or Designate

[ ]    Sanctions have been modified                [ ]    Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Confinement to Quarter | 12/22/2004 | 10 | 12/31/2004 |

Disciplinary# 1013459

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# DISCIPLINARY REPORT

Disciplinary Type: <u>Class1</u>                 Housing Unit: <u>Bldg D/Infirmary</u>                 IR#: <u>1016357</u>

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00326202 | Lindsey, Gerron M | DCC | Bldg. 18 C Tier | 10/09/2004 | 22:20 |

Violations: <u>1.06/200.203 Disorderly or Threatening Behavior</u>

Witnesses:1. <u>N/A</u>                 2. <u>N/A</u>                 3. <u>N/A</u>

## Description of Alleged Violation(s)

On 10/9/04 At Approx.2220 Hr'S I (Rispoli) Was Called To Bldg. #18 C-Tier Due To A Report That I/M Lindsey Was Going To Hang Himself. I Reported To Cl2 And Had Lindsey Handcuffed. Lindsey Escorted To Interview Room Where He Told Me He Was Not Going To Hurt Himself That He Only Wanted The Water Mopped Up In His Cell That He Threw All Over The Floor. Nurse Holly Then Seen Lindsey. The Cell Was Mopped Up And Lindsey Returned To Cl2 But On Strip Status As A Precaution.
At Approx. 2310 I Was Called Back To #18 Cl2 Due To A Report That Lindsey Had Cut Himself. When I Arrived At Cl2 I Observed That Lindsey'S Left Forearm Was Bleeding And He Was Biting Into It With His Teeth. I Opened Cell Door And I Capstunned Lindsey In His Face To Stop Him From Injuring Himself Any Further. There Was Much Blood On His Arm And On The Floor. I Washed Down Lindsey'S Arm And The Floor With A Garden Hose And I Applied Gauze Bandage Around Lindsey'S Arm To Stop The Bleeding. Lindsey Was Cuffed And Put In The Interview Room. Lindsey Told Me That He Wanted To Return To The Infirmary And That He Did Not Want To Do His Isolation Time.
Nurse Holly Then Ordered That Lindsey Be Transferred To Infirmary.

Reporting Officer: <u>Rispoli, Marcello T (Staff Lt./Lt)</u>

## Immediate Action Taken

Immediate action taken by: <u>Rispoli, Marcello T -Staff Lt./Lt</u>

Referred To Disciplinary Hearing.

## Offender Disposition Details

Disposition: N/A                 Date: N/A                 Time: N/A                 Cell secured? <u>No</u>

Reason: N/A

Disposition Of Evidence: N/A

## Approval Information

Approved: ☑     Disapproved: ☐     Approved By: <u>Mccreanor, Michael  (Shift Commander - Large Inst.)</u>

Comments: N/A

## Shift Supervisor Details

Date Received:                 Time:                 Received From: __

Shift Supervisor Determination:

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Mccreanor, Michael  (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:**_____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer: _____     Offender: _____
                                                                                Lindsey, Gerron M

DR#
1013459

## DISCIPLINARY HEARING DECISION

| | | | |
|---|---|---|---|
| Inmate : Lindsey, Gerron M | | SBI#:00326202 | Type:Class 1 |

**Institution:**DCC  Delaware Correctional Center     **Hearing Date:**11/22/2004     **Time:** 13:26

**Inmate Present:** Yes     **Reason(If No):** N/A

**Violation:** 1.06/200.203 Disorderly or Threatening Behavior

**Inmate PLEA:** **Guilty**

**Inmate Statement:** Wasn't cutting myself. Object that just they got 15 minutes later to cut myself.

**Decision :**Guilty

**Rational :**Confrontation & witnesses denied inmate admitted at hearing that he was cutting himself. Found guilty of 200.23 15 days isolation to be scheduled.

**Sanctions:** N/A

**HEARING OFFICER'S SIGNATURE** _____

Savage, Larry

I understand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer. I may appeal the decision of a Class I Hearing  to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [X]  DO   [ ]  DO NOT INTEND TO APPEAL     _____

**INMATE's SIGNATURE**

## ORDER TO IMPLEMENT SANCTIONS

[X]   Inmate does not wish to appeal          [ ]   Appeal has been denied by Commissioner or Designate

[ ]   Sanctions have been modified            [ ]   Time Limit(72 Hours since hearing) for appeal has expired

**It is here by ordered to implement the sanctions:**

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | | 15 | |



**F** **FIRST**
**C** **CORRECTIONAL**
**M** **MEDICAL**

# Tuberculosis Screening

**INMATE NAME:** ▓▓▓▓▓▓▓     **NUMBER:** ▓▓▓▓▓     **DATE:** _1/5/04_

1.  HAVE YOU EVER BEEN TESTED FOR TUBERCULOSIS?     ☐ Yes     ☐ No

   IF NO, PLANT PPD IN LEFT FOREARM AND DOCUMENT ON IMMUNIZATION RECORD.

   IF YES, CONTINUE WITH QUESTION #2.

2.  WHAT WAS THE RESULT?     ☐ NEGATIVE     ☐ POSITIVE

   IF NEGATIVE WITH NO DOCUMENTATION, PLANT  PPD AND DOCUMENT  ON THE IMMUNIZATION RECORD.

   IF POSITIVE, MAKE CID REFERRAL.

**COMPLETE THE CHART BELOW.  DOCUMENT TREATMENT PRIOR TO ARRIVAL OR CURRENTLY BEING GIVEN IF POSITIVE.**

| SYMPTOM | YES | NO | DURATION |
|---|---|---|---|
| COUGH WITH BLOOD | | ✓ | |
| COUGH WITHOUT BLOOD | | ✓ | |
| FEVER | | ✓ | |
| NIGHT SWEATS | | ✓ | |
| LIVE WITH TB CONTACT | | ✓ | |
| HX of DRUG ABUSE | | ✓ | |
| WEIGHT LOSS | | ✓ | |
| FATIGUE/MALAISE | | ✓ | |

PAST TB MEDICATIONS: _INH for 6 months_

   START DATE: _____     STOP DATE: _____

CURRENT TB MEDICATIONS: _____

   START DATE: _____

EXAMINER'S SIGNATURE: _S. Branch_     TITLE: _MA_     DATE: _1/5/04_

Tuberculosis Exposure Control Plan
MR-1002



**FIRST CORRECTIONAL MEDICAL**

## General Medicine Chronic Care Clinic
## First Correctional Medical

Name _____    State I.D. _____

Date of Birth _____    Race _____

ALLERGIES _____

Vital Signs: Temp _____ Pulse _____ Resp. _____ BP _____ Height _____ Weight _____

*Pt refused CCL visit. Nurse Paul and 3 c/os w/presds. Pt understands resp distress, anoxia, morbity and mortality and refuses medical evaluation.*

*Refusal form completed and in chart*

| History | Yes | No | Physical Examination |
|---|---|---|---|
| Headaches | 0 | 0 | HEENT: |
| Dizziness | 0 | 0 | |
| Blurred vision | 0 | 0 | |
| Epistaxis | 0 | 0 | Pulmonary: |
| Palpitation | 0 | 0 | |
| Chest Pain | 0 | 0 | |
| Dyspnea | 0 | 0 | Cardiovascular: |
| Claudication | 0 | 0 | |
| Hematuria | 0 | 0 | |
| Muscle Weakness | 0 | 0 | Abdominal: |
| Weight Gain | 0 | 0 | |
| Weight Loss | 0 | 0 | |
| Hyperglycemic Coma | 0 | 0 | Exterior: |
| Hypoglycemic Episodes | 0 | 0 | |
| | | | Lymph Nodes: |
| | | | |
| **Risk Factors** | | | Muscle Skeletal: |
| Family History | | | |
| Obesity | | | **Laboratory Evaluation** |
| Other | | | UA |
| **Medications** | | | Chest X-ray |
| 1. | | | Other Findings |
| 2. | | | EKG |
| 3. | | | |
| 4. | | | **A: Diagnosis:** *asthma* |
| **Other Relevant Information** | | | |
| Diet | | | |
| Other medical conditions | | | **B. Plans/Orders:** |
| | | | *Continue albuterol MDI prn* |
| | | | *ordered CBC, fasting waiting panel* |
| | | | |
| | | | |

Signature _*Mc Manse Nomen*_ _____    Date _12-30-04_

MR-1032



**FIRST**
**CORRECTIONAL**
**MEDICAL**

## General Medicine Chronic Care Clinic
## First Correctional Medical

Name _____    State I.D. _____

Date of Birth _____

Diagnosis _____ Allergies _____

| CRITERION | BASELINE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| Date | 12-30-04 | | | | | | |
| **Vital Signs** | | | | | | | |
| Pulse | | | | | | | |
| Blood Pressure | | | | | | | |
| **Weight** | | | | | | | |
| **Symptoms/Physical Findings** (List any complaints) | | | | | | | |
| **Nutrition/Diet Compliance** | | | | | | | |
| **Exercise** | | | | | | | |
| **Medication Compliance** | | | | | | | |
| **Laboratory** (Specify dates) Renal | | | | | | | |
| CBC | | | | | | | |
| Lipid Profile | | | | | | | |
| Urinalysis | | | | | | | |
| Other (specify) | | | | | | | |
| **Education** | pt would not attend visit | | | | | | |
| **Comments** | resp. difficulty | | | | | | |
| **Staff Signature/Credentials** | | | | | | | |

12-30-04

MR-1033

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|-----------|-------|
| 10/08/04 | 0045 | Nrsg | I/M stated " I'm going to Hurt myself until I see Depty Warden Pierce & I'm going to continue to hurt myself until I see the warden". CO's explain to I/M he would not see him - I/M had multiple scratches on (L) Forearm c scant Bleeding g cleansed c N/S & applied oint - scratches were superficial - call into Jeromy M/H & Dr Alie - awaiting call back — Deadera |
| 10/08/04 | 0110 | | Jeromy return call M/H supr - explain I/M status - M/H will see I/M in Am - Dr Alie return called to Shu - I/M situation explain to Dr Alie - I/M Threatening to Bang Head in on wall because he wants to speak to Depty Warden Pierce - N.O To admitt to Infirmary M/H - Level II S/I - Danger to self — Deadera |
| 10/08/04 | 0150 | | Called Gloria RN - gave report on I/M notified CO's & Lieutenant of orders — Deadera |
| 10/8/04 | 0322 | DCW nsg | I/M admitted to infirmary, Cell 187. Very talkative. |
| 10/8/04 | 2330 | | MH-DPC Psychiatric Observation Level II to housing unit. I/M contracted for safety. Denies S/I this shift. Denies SOB this shift. Will Continue 2 plan of care Ann Suswald |

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|--------------------|-----------|---------|
| | | | | | F.N.Kurd |

**INTERDISCIPLINARY PROGRESS NOTES**
❑ Continued on Reverse

# INTERDISCIPLINARY PROGRESS NOTES

| NAME–Last | | First | | Middle | Attending Physician | | Record No. | | Room/Bed |
|---|---|---|---|---|---|---|---|---|---|

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 10/8/04 | | | pt seen + examined |
| | | | Afebrile VSS P.O. RA 99% |
| | | | lungs CTA b/L |
| | | | Neuro – alert, oriented |
| | | | A/P: 1. Asthma → stable |
| | | | 2. SI |
| | | | restart QVAR + Albuterol PRN |
| | | | MH to see. I/M. |

INTERDISCIPLINARY PROGRESS NOTES



CORRECTIONAL
MEDICAL

## INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: _____  NUMBER: _____

| DATE | TIME | NOTES |
|------|------|-------|
| 10/9/04 | 0100 | S - Hey. Ms. Brenda, "how are you?" |
|  |  | O - Pleasant, smiling, cooperative |
|  |  | A - Stable. |
|  |  | P - Maintain Level II, monitor. |
|  |  | S Holverda RN |

**FCM**

# Infirmary Intake Form
## Nursing Assessment Protocol
Use Progress Notes for Additional Documentation

**Inmate Name:** ▮▮▮▮▮   **Date:** 9-24-04   **Time:** 2200

**Number:** ▮▮▮   **Date Of Birth:** ▮▮▮   **Medications:** none

**Gender:** Male   **Facility:** DCC   **Medications:** none

**Allergies:** NKDA   **Appearance:** ☐ No Distress ☒ Minimal Distress ☐ Acute Distress

**SUBJECTIVE:** Chief Complaint: attempted hanging

**Symptoms:**

NA

☐ Delayed Verbal Response   ☐ Delayed Motor Response   ☐ Bleeding / Bruising Behind Ears
☐ Uncoordinated Movement   ☐ Confusion   ☐ Lack of Attention   ☐ Memory Loss
☐ Vision Changes _____   ☐ Loss of Balance   ☐ Headaches   ☐ Drowsiness
☐ Pain: Where: _____ Scale 1 2 3 4 5   ☐ Decreased LOC   ☐ Seizures

**OBJECTIVE:**
**Temp:** ____ **Pulse:** 84 **Resp:** 18 **B/P:** 123/81 **Pulse Ox:** 98 **BA:** ____ **Finger Stick:** ____

**Evidence of trauma/wounds/deformity**

**Head:** PEARL

**Torso:** WNL

**Extremities:** WNL

**HEENT:** WNL

**CV:** HR - 84 - regular

**Pul:** Lungs CTA, resp even & non-labored

**Neuro:** WNL

**Mark and Describe on Diagram**

Right | Left

**Legend**
A....Abrasion
B....Bruise
C....Raccoon's Eyes
L....Laceration
R....Rash
O....Other
_____

**ABD:** WNL
**EXT:** WNL

**ASSESSMENT:**
1. Alert, angry
2. Emotional about mother's status (has cancer)
3. Alt. coping skills, S/I

**PLANS:**
1. Admit Level II
2. Monitor
3. Refer to Mental Health

**Nurse's Signature and Stamp:** Brenda Holwerda Rn   **Time:** 2200

First Correctional Medical, Inc. -- Proprietary Information: Sept 2001/Revised 9/02

**FIRST CORRECTIONAL MEDICAL**

**NURSING CARE PLAN**

Facility: _D C C_

Name: _____  DOB _____  ID#/SB# _____

| Hygiene | | Appetite | | Speech | | Hearing | |
|---------|---|----------|---|--------|---|---------|---|
| Good | | Good _hunger_ | | Normal | ✓ | Normal | ✓ |
| Fair | ✓ | Fair _strive_ | | Impaired | | Deaf | |
| Poor | | Poor _declared_ | | | | Aid | |

| Attitude | | Affect | | Activity | | Allergies | |
|----------|---|--------|---|----------|---|-----------|---|
| Cooperative | | Bizarre | | Bedrest | | _NKDA_ | |
| Angry | ✓ | Flat | | Up | ✓ | | |
| Cheerful | | Labile | | Cane | | Special Needs | |
| Confused | | | | Crutch | | _Level II_ | |
| Depressed | ✓ | | | Prosthesis | | | |
| Hostile | ✓ | | | W/C | | | |

| Date | Nursing Diagnosis | Expected Outcome | Intervention | Date Resolved/initials |
|------|-------------------|------------------|--------------|------------------------|
| 9/24/04 | Coping ineffective | Able to handle daily emotional behaviors | 1. Level II  2. Identify causes of stress  3. Initialize awareness coping skills  4. Active - listen + identify perceptions  5. Enc. communication  6. Continuity  7. Care  7. Quiet environment | |

**CARE PLAN MUST BE UPDATED EVERY WEEK**

| Date Initiated/initials 9/24/04 | Revision date: | Revision date: |
|---|---|---|
| Admit Date: 9-24-04 | Diagnosis | |
| Discharge Date: 9-28-04 | Diagnosis | |

Signatures:
_bh = bhrluerda ke_

FCM Infirmary Data Confidential Jan. 2003

CORRECTIONAL MEDICAL

# INFIRMARY/OBSERVATION  PROGRESS NOTES

NAME: ████████████          NUMBER: ████████

| DATE | TIME | NOTES |
|------|------|-------|
| 9-25 | 0845 | Ⓢ "yes" when asked if OK. |
| | | Ⓞ A&O x3  standing at cell doorway.  no s/s of |
| | | distress noted.  Voices ∅ suicidal ideations |
| | | at this time. |
| | | Ⓐ alterations in coping skills  level II. |
| | | Ⓟ continue ē plan of care ——— Dr Rodwellen up |
| 9/26/04 | N1, 00 | 1000 Sitting at window. States he feels fine |
| | | when asked. @ alt coping. Plan continue |
| | | observation  level II and chart  Dannon |
| | | |
| 9/28/04 | | pt seen + examined |
| | | BP = 113/77  HR = 74  RR = 18 |
| | | Heart - RRR ∅ M  lungs - CTA b/l |
| | | EXT - ⊖edema, brisk capillary refill |
| | | Neuro - alert, oriented |
| | | A/P: 1. Ψ issues |
| | | 2. Asthma → stable |
| | | cont. current tx |
| | | D/C from infirmary ——— AB |
| | | |
| 9/29/04 | | I/M admitted to infirmary in ≤ 24 hrs |
| | | b/c of SI. pt is in stable condition from |
| | | medical standpt. No complaints medically. |
| | | Afebrile VSS P.O. 97% PE WNL will cont to |
| | | follow ——— AB |
| | | |
| | | |
| | | |

MR-1089

**CORRECTIONAL MEDICAL**

# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: ███████████    NUMBER: ███████

| DATE | TIME | NOTES |
|------|------|-------|
| 9/24/04 | 2200 | S- "I just want the police to understanding about my mom." "She has cancer and all I want is to talk to her before she dies." <br> O- Alert, angry, vital signs wnl. Placed on Level II. Openly talks c̄ this nurse about his mothers condition and his need to speak c̄ her. ———— <br> A- Alt in coping skills, ineffective r/t attempt to hang self. <br> P- Level II, monitor @ 15 min. Listen to Inmate's concerns and fears. Refer to Mental Health. B Holbda R |

MR-1089

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 7/8/04 | | DCC Med | S- my feet hurt. It feels like I am walking on the ground. Denies injury, trauma. States no difference when wearing shoes or not |
| | | | O- Wearing state issue boots. Bilateral soles of feet erythematous & tender. No open areas noted. Full ROM bilat |
| | | | A - Foot pain 2° minimal support |
| | | | P - Foot insoles or athletic shoe? |
| | | | B. Stevens RN CAP |
| 9/18/04 | 1745 | | Weight 194 ⸺ Sharon |
| 9/24/04 | — | 8:25 p | I/M threatened suicidal attempt to put a Home made Noose to Hang Himself. When asked (assessed) I/M stated - "I've already made up my mind to Kill myself no matter where you put me"- called Jeromy M/H & reported I/M status - go ahead send To Infirmary Level II - Call Ann Burr & received orders to Admitt to Infirmary Level To - no mattress - call MD for cocktail & restraints if I/M exhibits self destructive behavior ⸺ D. Lidus RN |

| NAME- | | Middle | Attending Physician | Record No. | Room/Bed |
|-------|--|--------|---------------------|------------|----------|

# Suicide Watch: Progress Note

Date: __12/14/04__ Date Watch Initiated _____ Time: __1500__

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- [✓] Expressing thoughts/intent of self harm
- [ ] History of suicide attempt(s)
- [ ] Exhibiting self harm behaviors
- [ ] Non-compliance regarding psychiatric medications
- [ ] Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- [✓] Groomed (clean, hair combed, etc.) [ ] Disheveled [ ] Unclean/malodorous
- [ ] Eye contact good [ ] Eye contact poor/avoidant [✓] Eye contact variable
- [ ] Tearful/crying [ ] Agitated/restless [ ] Fatigued
- [✓] Self injuries present (Describe) __none observed__

**Specific Depression Symptoms:** Check all that apply
- [✓] Sleep adequate (5-8 hours per day) [ ] Sleep poor (< 5 hours or > 9 hours per day)
- [✓] Eating adequately (≥ approx. 60% of meals) [ ] Eating poorly (≤ approx. 50%)
- [ ] Affect appropriate to setting (subdued but engages with interviewer)
- [✓] Affect flat/blunted (range restricted, expression of all emotions diminished)
- [ ] Affect irritable [ ] Affect hostile [ ] Affect aggressive [ ] Affect labile/variable
- [ ] Negative comments about self [ ] Negative comments about future
- [✓] Hopeless comments [ ] Helpless comments
- [ ] SMI (Diagnosis) _____
- [✓] Other symptoms/comments _States feeling same as always. Say he still wants to leave this earth, putting up not. Eating. Less tense, anxious. Calmer today._

## A: Current Diagnoses
- [ ] Major Depression [ ] Major Depression, Recurrent
- [ ] Bipolar Disorder, currently depressed [ ] Bipolar Disorder, manic
- [ ] Schizoaffective Disorder, currently depressed [ ] Antisocial Personality Disorder
- [✓] Other _R/o Malingering, R/o Depression c̄ depression, R/o Schizophrenia._

## P: Suicide Watch Level (See Observation Levels form for more detail)
- [ ] Watch Level I: High risk (no personal or potentially hazardous material)
- [✓] Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- [ ] Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is an **increase** ____ **decrease** ____ from the previous day's level of risk. _Continue to monitor on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

Inmate [redacted] Number [redacted] MH Clinician _Earl M. White, MSW/MA CADC_

FCM 2004　　　　　　　　　　　　　　　　Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: _12/13/04_ Date Watch Initiated _____ Time: _1035_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.) ____ Disheveled ___ Unclean/malodorous
- _X_ Eye contact good ___ Eye contact poor/avoidant ___ Eye contact variable
- ___ Tearful/crying ___ Agitated/restless ___ Fatigued
- _X_ Self injuries present (Describe) _none_ _____

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day) ___ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals) ___ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable ___ Affect hostile ___ Affect aggressive ___ Affect labile/variable
- ___ Negative comments about self ___ Negative comments about future
- ___ Hopeless comments ___ Helpless comments
- ___ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _states he does not like feeling this way. c/o periodic voices telling him to harm himself. reports taking all meds. affect and mood sad, depressed._

**A: Current Diagnoses**
- ___ Major Depression ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed ___ Antisocial Personality Disorder
- _X_ Other _r/o malingering, H/O Depression c psychosis, H/O Schizophrenia_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____ decrease ____ from the previous day's level
of risk. _Continue on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate ██████████ Number ██████████ MH Clinician _Robert Harris, RN, MSW_

FCM 2004                                    Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

FCM

**Date:** _12/10/04_ **Date Watch Initiated** _____ **Time:** _1555_

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
_X_ Expressing thoughts/intent of self harm
_____ History of suicide attempt(s)
_____ Exhibiting self harm behaviors
_____ Non-compliance regarding psychiatric medications
_____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
_X_ Groomed (clean, hair combed, etc.)    _____ Disheveled    ___ Unclean/malodorous
_X_ Eye contact good    ___ Eye contact poor/avoidant    ___ Eye contact variable
___ Tearful/crying    ___ Agitated/restless    ___ Fatigued
_X_ Self injuries present (Describe) _none_
**Specific Depression Symptoms:** Check all that apply
_X_ Sleep adequate (5-8 hours per day)    ___ Sleep poor (< 5 hours or > 9 hours per day)
_X_ Eating adequately (≥ approx. 60% of meals)    ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
_X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable    ___ Affect hostile    ___ Affect aggressive    ___ Affect labile/variable
___ Negative comments about self    ___ Negative comments about future
_X_ Hopeless comments    ___ Helpless comments
___ SMI (Diagnosis) _____
_X_ Other symptoms/comments _Denies SI, HI @ present but is unable to state that he would not attempt suicide if discharged. Reports taking all medications as prescribed._

### A: Current Diagnoses
___ Major Depression    ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed    ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed    ___ Antisocial Personality Disorder
_X_ Other _No malingering, No depression c psychosis, No Schizophrenia_

### P: Suicide Watch Level (See Observation Levels form for more detail)
___ Watch Level I: High risk (no personal or potentially hazardous material)
_X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** _____    **decrease** _____    from the previous day's level of risk. _Continue to monitor on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓▓▓▓▓ **Number** ▓▓▓▓▓▓▓ **MH Clinician** _Robert Harris, RN, MSW_

## Suicide Watch: Progress Note

**FCM**

**Date:** _12/9/04_ **Date Watch Initiated** _____ **Time:** _1100_

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.)    ____ Disheveled    ____ Unclean/malodorous
- _X_ Eye contact good    ___ Eye contact poor/avoidant    ___ Eye contact variable
- ___ Tearful/crying    ___ Agitated/restless    ___ Fatigued
- _X_ Self injuries present (Describe) _none_ _____

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day)    ___ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)    ___ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable    ___ Affect hostile    ___ Affect aggressive    ___ Affect labile/variable
- ___ Negative comments about self    ___ Negative comments about future
- _X_ Hopeless comments    ___ Helpless comments
- ___ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Continues with thoughts of wanting to be dead. Affect and mood sad, depressed._

### A: Current Diagnoses
- ___ Major Depression    ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed    ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed    ___ Antisocial Personality Disorder
- _X_ Other _R/O malingering, R/O Dep. R/O ɛ psychosis, R/O Schizophrenia_

### P: Suicide Watch Level (See Observation Levels form for more detail)
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____    **decrease** ___    from the previous day's level
of risk. _continue on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ████████    **Number** ████████    **MH Clinician** _Robert Harris, LCSW, MSW_

FCM 2004    Proprietary Information Not for Distribution



**CORRECTIONAL MEDICAL**

# INFIRMARY/OBSERVATION  PROGRESS NOTES

**NAME:** ██████████████    **NUMBER:** ██████████

| DATE | TIME | NOTES |
|------|------|-------|
| 12/8/04 Inf. ICC | 14:24 | S= Pt. scheduled to have the Rorschach Test Administered. Per Ofgr Gillis there is not adequate DOC Staffing available at this time to allow this writer to Amin to give the test. O= Defered A= Defered Plan= ① This writer ask DOC Ofc Gillis to check on staff availability for 12-9-04 @ 13 p.m. Ofc. Gillis assured this writer that tomorrow would be "O.K." ② Notes to update patient. — _____, MSW |
| 12/9/04 Inf DOC | 13:40 p | S= Seen the pt. for the Projective Rorschach Testing. O= The pt. was calm and very cooperative during the testing. A= Pt.'s thinking seemed to be somewhat bizarre and he made reference to hearing voices that instructed him to do things. Provisional Axis I: Paranoid Schiz. P= This writer will interpret the results and forward the results to Dr. Jawai and Mgt staff to assist w/ Pt. planning for the pt. — _____, MSW |

## Suicide Watch: Progress Note

**Date:** _12/7/04_   Date Watch Initiated _____   **Time:** _1550_

**FCM**

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
__X__ Expressing thoughts/intent of self harm
_____ History of suicide attempt(s)
~~_____ Exhibiting self harm behaviors~~
_____ Non-compliance regarding psychiatric medications
_____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
__X__ Groomed (clean, hair combed, etc.)   _____ Disheveled   _____ Unclean/malodorous
__X__ Eye contact good   _____ Eye contact poor/avoidant   _____ Eye contact variable
_____ Tearful/crying   _____ Agitated/restless   _____ Fatigued
__X__ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
__X__ Sleep adequate (5-8 hours per day)   _____ Sleep poor (< 5 hours or > 9 hours per day)
__X__ Eating adequately (≥ approx. 60% of meals)   _____ Eating poorly (≤ approx. 50%)
_____ Affect appropriate to setting (subdued but engages with interviewer)
__X__ Affect flat/blunted (range restricted, expression of all emotions diminished)
_____ Affect irritable   _____ Affect hostile   _____ Affect aggressive   _____ Affect labile/variable
_____ Negative comments about self   _____ Negative comments about future
__X__ Hopeless comments   _____ Helpless comments
_____ SMI (Diagnosis) _____
__X__ Other symptoms/comments _Reports taking his medications._
_Continuing c hopeless comments. States tries to_
_think @ thoughts but can only do so for a couple_
_mins._

### A: Current Diagnoses
_____ Major Depression   _____ Major Depression, Recurrent
_____ Bipolar Disorder, currently depressed   _____ Bipolar Disorder, manic
_____ Schizoaffective Disorder, currently depressed   _____ Antisocial Personality Disorder
__X__ Other _No Dep. D/o c psychosis, No malingering, c/o Schizophrenia_
_No Personality D. c/o Paranoia personality d/o._

### P: Suicide Watch Level (See Observation Levels form for more detail)
_____ Watch Level I: High risk (no personal or potentially hazardous material)
__X__ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
_____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** _____   **decrease** _____   from the previous day's level
of risk. _Continue on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ███████████   **Number** ███████████   **MH Clinician** _Robert Harris, R.N., MSc_

FCM 2004   Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**Date:** _1/6/04_ **Date Watch Initiated** _____ **Time:** _1330_

FCM — FIRST CORRECTIONAL MEDICAL

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.)   ____ Disheveled   ____ Unclean/malodorous
- _X_ Eye contact good   ____ Eye contact poor/avoidant   ____ Eye contact variable
- ____ Tearful/crying   ____ Agitated/restless   ____ Fatigued
- _X_ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day)   ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)   ____ Eating poorly (≤ approx. 50%)
- _X_ Affect appropriate to setting (subdued but engages with interviewer)   *Exxof*
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ____ Affect irritable   ____ Affect hostile   ____ Affect aggressive   ____ Affect labile/variable
- ____ Negative comments about self   ____ Negative comments about future
- _X_ Hopeless comments   ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Continues with thoughts of suicide. Doesn't feel his life is worth living. mood and affect flat, sad, depressed._

### A: Current Diagnoses
- ____ Major Depression   ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed   ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed   ____ Antisocial Personality Disorder
- _X_ Other _R/O Depression R/O ⊖ psychosis, R/O Malingering, R/O Schizophrenia R/O Paranoid personality D/O_

### P: Suicide Watch Level (See Observation Levels form for more detail)
- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____ decrease ____ from the previous day's level of risk. _Continue to monitor on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓▓▓ **Number** ▓▓▓▓▓▓ **MH Clinician** _Robert Davis, RN, MSc_

FCM 2004

Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**FCM**

**Date:** 12-07 U  **Date Watch Initiated** _____ **Time:** 1330 ____

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- ✓ Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

**O: Current Status**

**Physical Presentation:** Check all that apply
- ✓ Groomed (clean, hair combed, etc.)   ___ Disheveled   ___ Unclean/malodorous
- ✓ Eye contact good   ___ Eye contact poor/avoidant   ___ Eye contact variable
- ___ Tearful/crying   ___ Agitated/restless   ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- ✓ Sleep adequate (5-8 hours per day)   ___ Sleep poor (< 5 hours or > 9 hours per day)
- ✓ Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
- ✓ Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
- ___ Negative comments about self   ✓ Negative comments about future
- ✓ Hopeless comments   ___ · Helpless comments
- ___ SMI (Diagnosis) _____
- ___ Other symptoms/comments *I/M reports going to kill self as soon as he gets the opportunity he cannot take being on earth anymore. Assessment/SI hopeless concern about self/future*

**A: Current Diagnoses**
- ___ Major Depression   ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
- ✗ Other *R/o depr s/p ψosis ; R/o malingering  R/o Schizophr*

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ___   **decrease** ___   from the previous day's level of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓▓   **Number** ▓▓▓▓▓   **MH Clinician** *Milissa Sutumoolow*

FCM 2004   Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: _12/2/04_  Date Watch Initiated _____  Time: _1515_

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- ✓ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
- ✓ Groomed (clean, hair combed, etc.)  ____ Disheveled  ____ Unclean/malodorous
- ✓ Eye contact good  ____ Eye contact poor/avoidant  ____ Eye contact variable
- ____ Tearful/crying  ____ Agitated/restless  ____ Fatigued
- ____ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- ✓ Sleep adequate (5-8 hours per day)  ____ Sleep poor (< 5 hours or > 9 hours per day)
- ✓ Eating adequately (≥ approx. 60% of meals)  ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- ✓ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ____ Affect irritable  ____ Affect hostile  ____ Affect aggressive  ____ Affect labile/variable
- ____ Negative comments about self  ____ Negative comments about future
- ____ Hopeless comments  ____ Helpless comments
- ____ SMI (Diagnosis) _____
- ✓ Other symptoms/comments _Speaks of wanting to leave this earth in his usual manner. States there are some people he feels more comfortable speaking w/ the other being his support staff._

### A: Current Diagnoses
- ____ Major Depression  ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed  ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed  ____ Antisocial Personality Disorder
- ✓ Other _R/o Psychosis, R/o Depression c̄ psychosis, R/o Malingering R/o Paranoid Personality D/o._

### P: Suicide Watch Level (See Observation Levels form for more detail)
- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- ✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____  **decrease** ____  from the previous day's level of risk.  _Cont. to Monita on Lv. II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

Inmate ████████  Number ████████  MH Clinician _E.A. White_ MSW/MH – 

FCM 2004  Proprietary Information Not for Distribution



**CORRECTIONAL MEDICAL**

# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: _____     NUMBER: _____

| DATE | TIME | NOTES |
|------|------|-------|
| 12/2/04 Inf. | 13⁴³ | S= Seen ct. at the request of Dr. Fargan. O= The ct. is presently in the infirmary on level II suicide watch. He reports that he is in the infirmary for cutting his left forearm. Also, there is Hx. of the ct. cutting his self on the arms prior to this attempt, per the ct. The ct. reports that he has a hx. of receiving MH Tx as an adolescent. Chief complaint: The ct reports that "people are trying to set him up and they been after him since he came to prison." In addition, the ct. reports, "I cannot control some things, because I am not crazy, but it's like a voice be telling me to do stuff". MSE: Ct. alert and oriented to person, place, not date/time. The ct. demonstrated a flat affect and a sad, depressive mood. Thoughts are intermittently altered, but the ct. engaged in conversation w/ this writer with appropriate flow. Suicidality is seen as moderate to high at this time due to the ct.'s exp. internal stimuli. A= Schizophrenia, Undifferentiated R/O Mood Dx, NOS & Psis R/O Plan= The ct. will be given a psychological evaluation on 12/8/04 including Beck Dep, Rorschach, MSE for clinical assistance by this writer. _____, MSW |

# FIRST CORRECTIONAL MEDICAL, INC.

**F** **First**
**C** **Correctional**
**M** **Medical**

## PSYCHIATRIC PROGRESS NOTE

NAME: ▓▓▓▓▓ SBI#: ▓▓▓▓▓ DATE: 12/1/04

**SUBJECTIVE:** EVENTS NOTED
"Why are you trying to keep me alive" "You know I
am eventually going to do it"

**OBJECTIVE:** Mental Status Exam:

**Appearance:** ☐ Well-groomed/Dressed ☒ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:** ☐ Calm ☐ Cooperative ☒ Agitated ☐ Uncooperative ☒ Restless ☐ Hyperactive ☐ Slowed
☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☒ Irritable ☒ AIMS

**Speech:** ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone

**Mood:** Anxious / Frustrated

**Affect:** ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☒ Depressed ☐ Angry
☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

**Thought Process:** ☒ Goal-directed ☒ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☒ Tangential/Circumstantial ☐ Thought Blocking    Vague

**Thought Content:** ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☒ Suicidal ideations ☐ Homicidal ideations
☐ CAN ☒ CANNOT contract for safety ☐ Delusions; describe_____
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia
☐ Obsessions ☐ Compulsions ☒ Phobias ☐ Preoccupations describe:_____

**Perceptual Disturbance:** ☐ NONE   ? ☐
☐ Hallucinations ☐ Auditory ☒ Visual ☐ Tactile ☐ Illusions ☐ Others _____

**Mini-Mental Status Examination:** (if necessary)

**Level of Consciousness:** ☒ Awake ☐ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma

| | |
|---|---|
| (✓) Year/Season/Date/Day/Month | ( ) Read & Obey "CLOSE YOUR EYES" |
| ( ) State/County/Town/Building | ( ) Write a sentence |
| ( ) Immediate Recall 3 objects | ( ) Copy a design |
| ( ) Spell "WORLD" backwards or Serial 7's | ( ) Repeat "No if's, and's or but's" |
| ( ) Name pencil and watch | ( ) Long-term recall of 3 objects |

**ABSTRACTION:** ☐ Appropriate ☒ Concentrate ☐ Inappropriate; describe: _____

**INSIGHT:** ☐ Good ☒ Poor **JUDGEMENT:** ☐ Good ☒ Poor

**MEDICATION SIDE EFFECTS:** YES / NO Describe:_____

**Assessment:** Diagnostic Impressions: change previous diagnostic impression YES / NO

Axis I: R/o dep D/o ☒ Psis; R/o Malingering, R/o schizophrenia

Axis II: ☒ R/o paranoid P.D.

Axis III: CP

**PLAN:** **Recommendation / Treatment:**
**PSYCHOEDUCATION/SUPPORT:** GIVEN / NOT GIVEN  Patient IS / IS NOT a danger to SELF / OTHERS
**MEDICATIONS:** change from previous regimen ( ) YES ( ) NO
1. ↓ Risperdal   3.
2.   4.

**RISKS / BENEFITS OF MEDICATIONS:** DISCUSSED / NOT DISCUSSED   NEED TO INCREASE DATA BASE / RAPPORT
**MEDICATIONS:** PATIENT ACCEPTS REFUSES CONSENTS: SIGNED NOT SIGNED
PATIENT INFORMED AND AWARE OF WAYS AND MEANS TO ACESS MENTAL HEALTH SERVICES YES / NO
**MENTAL HEALTH GROUP REFFERRAL** YES NO
**COMMENTS:**
↓ Risperdal. Pt reportedly doing better.
Level II only. Await 4 feelings

**MENTAL HEALTH CLASSIFICATION:** change from previous classification YES / NO

Mitchell Kho, M.D.
Psychiatrist

**Diagnostic codes (left margin):**

| Code | Label |
|---|---|
| 19 | MR |
| 99.80 | PDD |
| 14.90 | ADHD |
| 03.90 | ETOH dep |
| 04.80 | p-subs |
| 95.30 | ch.schz-prnd |
| 95.90 | ch.schz-undif |
| 95.70 | schz-aff |
| 93.82 | subs-ind.psy |
| 98.9 | psy-nos |
| 11 | dep-nos |
| 96.33 | m.dep-psy |
| 96.34 | m.dep+psy |
| 93.83 | subs-ind.dep |
| 96.80 | BPAD |
| 09.81 | PTSD |
| 00.02 | GAD |
| 93.83 | subs-ind.anx |
| 12.30 | imp-nos |
| 09.9 | adj |
| 01.9 | pers |
| 33.90 | med-ind.mov't |
| '65.2 | maling'g |

# FIRST CORRECTIONAL MEDICAL, INC.

**F C M** First Correctional Medical

## PSYCHIATRIC PROGRESS NOTE

NAME: ▓▓▓▓▓▓▓▓     SBI# ▓▓▓▓▓▓▓     DATE: 11/26

**SUBJECTIVE:** EVENTS NOTED: Pt reported was eating his own feces and drinking from the toilet bowl. Reports ongoing AH. Tolerating meds better.

**OBJECTIVE:** Mental Status Exam:

**Appearance:** ☐ Well-groomed/Dressed ☑ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:** ☐ Calm ☐ Cooperative ☑ Agitated ☐ Uncooperative ☑ Restless ☐ Hyperactive ☐ Slowed
☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☑ Irritable ☐ AIMS

**Speech:** ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☑ Pressured ☐ Slowed ☐ Monotone

**Mood:** Anxious Frustrated

**Affect:** ☑ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed ☐ Angry
☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

**Thought Process:** ☐ Goal-directed ☐ Coherent ☑ Logical ☐ Incoherent ☑ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☑ Tangential/Circumstantial ☐ Thought Blocking

**Thought Content:** ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal Ideations ☐ Homicidal Ideations
☐ CAN ☑ CANNOT contract for safety ☑ Delusions: describe __reference / persecution__
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☑ Ideas of Reference ☑ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe: _____

**Perceptual Disturbance:** ☐ NONE
☐ Hallucinations ☑ Auditory ☐ Visual ☐ Tactile ☐ Illusions ☐ Others __derogatory__

**Mini-Mental Status Examination: (if necessary)**
Level of Consciousness: ☑ Awake ☑ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma
( ✓ ) Year/Season/Date/Day/Month     ( ) Read & Obey "CLOSE YOUR EYES"
( ) State/County/Town/Building        ( ) Write a sentence
( ) Immediate Recall 3 objects        ( ) Copy a design
( ) Spell "WORLD" backwards or Serial 7's   ( ) Repeat "No if's, and's or but's"
( ) Name pencil and watch             ( ) Long-term recall of 3 objects

**ABSTRACTION:** ☐ Appropriate ☐ Concentrate ☑ Inappropriate; describe: _____

**INSIGHT:** ☐ Good ☑ Poor   **JUDGEMENT:** ☐ Good ☑ Poor

**MEDICATION SIDE EFFECTS:** YES / ☑ NO Describe: _____

**Assessment:** Diagnostic Impressions: change previous diagnostic impression   YES / ☑ NO

Axis I: R/o Psis; R/o depr D/o ā Psis, R/o Malingering

Axis II: R/o Paranoid Personality D/o

Axis III: ☑

**PLAN:** Recommendation / Treatment:
PSYCHOEDUCATION/SUPPORT: GIVEN / NOT GIVEN   Patient IS / IS NOT a danger to SELF / OTHERS
MEDICATIONS: change from previous regimen ( ✓ ) YES ( ) NO
1. ↑ Risperdal          3. Haldol / cogentin prn
   as it is well tolerated
2.                       4.

RISKS / BENEFITS OF MEDICATIONS DISCUSSED / NOT DISCUSSED   NEED TO INCREASE DATA BASE / RAPPORT
MEDICATIONS: PATIENT: ACCEPTS REFUSES CONSENTS: SIGNED NOT SIGNED
PATIENT INFORMED AND AWARE OF WAYS AND MEANS TO ACCESS MENTAL HEALTH SERVICES   YES / NO
COMMENTS: ↑ Risperdal as it is well tolerated. prn meds for agitation / disorganized beh.

**MENTAL HEALTH CLASSIFICATION:** change from previous classification   YES / ☑ NO

_____
Mitchell Kho, M.D.
Psychiatrist

---

319       MR
299.80    PDD
314.90    ADHD
303.90    ETOH dep
304.80    p-subs
295.30    ch.schz-pmd
295.90    ch.schz-undif
295.70    schz-aff
293.82    subs-ind.psy
298.9     psy-nos
311       dep-nos
296.33    m.dep-psy
296.34    m.dep+psy
293.83    subs-ind.dep
296.80    BPAD
309.81    PTSD
300.02    GAD
293.83    subs-ind.anx
312.30    imp-nos
309.9     adj
301.9     pers
333.90    med-ind.mov't
765.2     maling'g

## Suicide Watch: Progress Note

**Date:** _11/30/04_ **Date Watch Initiated** _____ **Time:** _1450_

**FCM**

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self-harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.)  ____ Disheveled  ____ Unclean/malodorous
- _X_ Eye contact good  ___ Eye contact poor/avoidant  ___ Eye contact variable
- ____ Tearful/crying  ___ Agitated/restless  ___ Fatigued
- _X_ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day)  ___ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)  ___ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable  ___ Affect hostile  ___ Affect aggressive  ___ Affect labile/variable
- ___ Negative comments about self  ___ Negative comments about future
- ___ Hopeless comments  ___ Helpless comments
- ___ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Says voices are ↓. Frustrated c being in DCC. Wants to be "left alone." affect one mode flat, sad, depressed._

### A: Current Diagnoses
- ___ Major Depression  ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed  ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed  ___ Antisocial Personality Disorder
- _X_ Other _H/o Psychosis, H/o Depression c psychosis, H/o Malingering H/o Paranoid personality o/o_

### P: Suicide Watch Level (See Observation Levels form for more detail)
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ____ from the previous day's level of risk. _Continue to monitor on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** _____ **Number** _____ **MH Clinician** _Robert Harris, RN, MS w_

FCM 2004

Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: _11/29/04_ Date Watch Initiated _____ Time: _1625_

FCM

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.)   ____ Disheveled   ____ Unclean/malodorous
- _X_ Eye contact good   ___ Eye contact poor/avoidant   ___ Eye contact variable
- ___ Tearful/crying   ___ Agitated/restless   ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day)   ___ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
- ___ Negative comments about self   ___ Negative comments about future
- ___ Hopeless comments   ___ Helpless comments
- ___ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _reports off and on thoughts of self harm. State he is taking his risperdal affect and mood flat, sad, depressed._

**A: Current Diagnoses**
- ___ Major Depression   ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
- _X_ Other _R/O Psychosis, R/O Depression ē psychosis, R/O Malingering R/O Paranoid personality D/O_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____ decrease ___ from the previous day's level
of risk. _Continue on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate ▓▓▓▓▓▓▓▓   Number ▓▓▓▓▓▓▓   MH Clinician _Robert Harris, RN, MSU_

FCM 2004                                           Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**FCM**

**Date:** 11/24/04 **Date Watch Initiated** _____ **Time:** 1024

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- [X] Expressing thoughts/intent of self harm
- [ ] History of suicide attempt(s)
- [ ] ~~Exhibiting self harm behaviors~~
- [ ] Non-compliance regarding psychiatric medications
- [ ] Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- [X] Groomed (clean, hair combed, etc.) [ ] Disheveled [ ] Unclean/malodorous
- [X] Eye contact good [ ] Eye contact poor/avoidant [ ] Eye contact variable
- [ ] Tearful/crying [ ] Agitated/restless [ ] Fatigued
- [X] Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- [X] Sleep adequate (5-8 hours per day) [ ] Sleep poor (< 5 hours or > 9 hours per day)
- [X] Eating adequately (≥ approx. 60% of meals) [ ] Eating poorly (≤ approx. 50%)
- [ ] Affect appropriate to setting (subdued but engages with interviewer)
- [X] Affect flat/blunted (range restricted, expression of _all_ emotions diminished)
- [ ] Affect irritable [ ] Affect hostile [ ] Affect aggressive [ ] Affect labile/variable
- [ ] Negative comments about self [ ] Negative comments about future
- [ ] Hopeless comments [ ] Helpless comments
- [ ] SMI (Diagnosis) _____
- [X] Other symptoms/comments _State continues to hear voices @ times. Says he is taking Risperdal as ordered._

Etiol. bb _A Reports off and on thoughts of self harm. affect and more flat._

**A: Current Diagnoses**
- [ ] Major Depression [ ] Major Depression, Recurrent
- [ ] Bipolar Disorder, currently depressed [ ] Bipolar Disorder, manic
- [ ] Schizoaffective Disorder, currently depressed [ ] Antisocial Personality Disorder
- [X] Other _c/o Psychosis, c/o depression c psychosis, c/o malingering c/o Paranoid personality d/o_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- [ ] Watch Level I: High risk (no personal or potentially hazardous material)
- [X] Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- [ ] Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** _____ **decrease** ___ from the previous day's level of risk. _Continue to monitor on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▮▮▮▮▮▮ **Number** ▮▮▮▮▮▮ **MH Clinician** _Robert Harris_, RN, MSW

FCM 2004

Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**FCM**

Date: _11/23/04_ Date Watch Initiated _____ Time: _1604_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- _✗_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- _✗_ Groomed (clean, hair combed, etc.)  ____ Disheveled  ____ Unclean/malodorous
- _✗_ Eye contact good  ____ Eye contact poor/avoidant  ____ Eye contact variable
- ____ Tearful/crying  ____ Agitated/restless  ____ Fatigued
- _✗_ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- _✗_ Sleep adequate (5-8 hours per day)  ____ Sleep poor (< 5 hours or > 9 hours per day)
- _✗_ Eating adequately (≥ approx. 60% of meals)  ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _✗_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ____ Affect irritable  ____ Affect hostile  ____ Affect aggressive  ____ Affect labile/variable
- ____ Negative comments about self  ____ Negative comments about future
- ____ Hopeless comments  ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _states he heard voices this early morning telling him to drink his urine. Says he has been hearing voices for past couple weeks. Continues to state he just wants to do what I have to do:_

**A: Current Diagnoses**
- ____ Major Depression  ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed  ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed  ____ Antisocial Personality Disorder
- _X_ Other _R/O psychosis, R/O depression c̄ psychosis, R/O malingering R/O Paranoid personality D/O_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- _✗_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ____ from the previous day's level
of risk. _Continue on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate ██████████  Number ██████████  MH Clinician _Robert Harris, RN, MS_

FCM 2004

Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**Date:** _11/7/04_  **Date Watch Initiated** _____  **Time:** _1002_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
_X_ Expressing thoughts/intent of self harm
_____ History of suicide attempt(s)
_____ Exhibiting self harm behaviors
_____ Non-compliance regarding psychiatric medications
_____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
_X_ Groomed (clean, hair combed, etc.)    _____ Disheveled    ___ Unclean/malodorous
_X_ Eye contact good    _____ Eye contact poor/avoidant    ___ Eye contact variable
___ Tearful/crying    ___ Agitated/restless    ___ Fatigued
_X_ Self injuries present (Describe) _none_
**Specific Depression Symptoms:** Check all that apply
_X_ Sleep adequate (5-8 hours per day)    ___ Sleep poor (< 5 hours or > 9 hours per day)
_X_ Eating adequately (≥ approx. 60% of meals)    ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
_X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable    ___ Affect hostile    ___ Affect aggressive    ___ Affect labile/variable
___ Negative comments about self    ___ Negative comments about future
___ Hopeless comments    ___ Helpless comments
___ SMI (Diagnosis)
_X_ Other symptoms/comments _Continues to take Risperdal. Appeared to understand that we, with his cooperation, can help him through this depressed period in his life._

**A: Current Diagnoses**
___ Major Depression    ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed    ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed    ___ Antisocial Personality Disorder
_X_ Other _H/o psychosis, H/o depression ē psychosis, H/o Malingering H/o Paranoid personality, D/o_
**P: Suicide Watch Level (See Observation Levels form for more detail)**
___ Watch Level I: High risk (no personal or potentially hazardous material)
_X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase _____  **decrease** ___  from the previous day's level
of risk. _Continue on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger i...
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓▓▓▓  **Number** ▓▓▓▓▓▓▓  **MH Clinician** _Robert Harris, RN, MSW_
FCM 2004    Proprietary Information Not for Dist...

# <u>Suicide Watch: Progress Note</u>

**FCM**

**Date:** _11/22/04_ **Date Watch Initiated** _____ **Time:** _1500_

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- _x_ Groomed (clean, hair combed, etc.) ____ Disheveled ___ Unclean/malodorous
- _x_ Eye contact good ____ Eye contact poor/avoidant ___ Eye contact variable
- ___ Tearful/crying ___ Agitated/restless ___ Fatigued
- ___ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per <u>day</u>) ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals) ____ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of <u>all</u> emotions diminished)
- ___ Affect irritable ___ Affect hostile ___ Affect aggressive ___ Affect labile/variable
- ___ Negative comments about self ____ Negative comments about future
- ___ Hopeless comments ____ Helpless comments
- ___ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Feeling little more hopeful today. States he is taking his Risperdal without stomach discomfort. Continues to think of suicide or thinking of harming himself when the opportunity presents itself_

## A: Current Diagnoses
- ___ Major Depression ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed . ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed ___ Antisocial Personality Disorder
- _X_ Other _H/o psychosis, H/o depression & psychosis, H/o Malingering. H/o borderline paranoid personality D/o._

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____ decrease ____ from the previous day's level
of risk. _Continue to monitor on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ████████  **Number** ████████  **MH Clinician** _John Harris, R.N, MSc_

FCM 2004  Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**Date:** _11/18/04_ **Date Watch Initiated** _____ **Time:** _1615_

**FCM**

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- [X] Expressing thoughts/intent of self harm
- [ ] History of suicide attempt(s)
- [ ] Exhibiting self harm behaviors
- [ ] Non-compliance regarding psychiatric medications
- [ ] Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
- [X] Groomed (clean, hair combed, etc.)    [ ] Disheveled    [ ] Unclean/malodorous
- [X] Eye contact good    [ ] Eye contact poor/avoidant    [ ] Eye contact variable
- [ ] Tearful/crying    [ ] Agitated/restless    [ ] Fatigued
- [X] Self injuries present (Describe) _healed lacerations_

**Specific Depression Symptoms:** Check all that apply
- [X] Sleep adequate (5-8 hours per day)    [ ] Sleep poor (< 5 hours or > 9 hours per day)
- [X] Eating adequately (≥ approx. 60% of meals)    [ ] Eating poorly (≤ approx. 50%)
- [ ] Affect appropriate to setting (subdued but engages with interviewer)
- [X] Affect flat/blunted (range restricted, expression of all emotions diminished)
- [ ] Affect irritable    [ ] Affect hostile    [ ] Affect aggressive    [ ] Affect labile/variable
- [ ] Negative comments about self    [X] Negative comments about future
- [ ] Hopeless comments    [ ] Helpless comments
- [ ] SMI (Diagnosis) _____
- [X] Other symptoms/comments _Has resumed taking Risperdal @ a reduced dose. No c/o of N/V thus far. Continues depressed and states he will "do what he has to do when he gets out of infirmary._

### A: Current Diagnoses
- [ ] Major Depression    [ ] Major Depression, Recurrent
- [ ] Bipolar Disorder, currently depressed    [ ] Bipolar Disorder, manic
- [ ] Schizoaffective Disorder, currently depressed    [ ] Antisocial Personality Disorder
- [X] Other _H/o psychosis, H/o depression c psychosis, H/o Malingering H/o psychosis H/o paranoid personality D/o._

### P: Suicide Watch Level (See Observation Levels form for more detail)
- [ ] Watch Level I: High risk (no personal or potentially hazardous material)
- [X] Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- [ ] Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase _____ decrease _____ from the previous day's level of risk. _Continue to monitor on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ████████    **Number** ████████    **MH Clinician** _Robert Harris, RN, MSW_

FCM 2004    Proprietary Information Not for Distribution

# Suicide Watch: Progress Note

Date: _11/16/04_ **Date Watch Initiated** _____    **Time:** _1517_

FCM

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply

- [X] Expressing thoughts/intent of self harm
- [ ] History of suicide attempt(s)
- [ ] Exhibiting self harm behaviors
- [ ] Non-compliance regarding psychiatric medications
- [ ] Other Cause(s) _____

## O: Current Status

**Physical Presentation:** Check all that apply

- [X] Groomed (clean, hair combed, etc.)   [ ] Disheveled   [ ] Unclean/malodorous
- [ ] Eye contact good   [ ] Eye contact poor/avoidant   [X] Eye contact variable
- [ ] Tearful/crying   [ ] Agitated/restless   [ ] Fatigued
- [X] Self injuries present (Describe) _Healed lacerations_

**Specific Depression Symptoms:** Check all that apply

- [X] Sleep adequate (5-8 hours per day)   [ ] Sleep poor (< 5 hours or > 9 hours per day)
- [X] Eating adequately (≥ approx. 60% of meals)   [ ] Eating poorly (≤ approx. 50%)
- [ ] Affect appropriate to setting (subdued but engages with interviewer)
- [X] Affect flat/blunted (range restricted, expression of all emotions diminished)
- [ ] Affect irritable   [ ] Affect hostile   [ ] Affect aggressive   [ ] Affect labile/variable
- [ ] Negative comments about self   [X] Negative comments about future
- [ ] Hopeless comments   [ ] Helpless comments
- [ ] SMI (Diagnosis) _____
- [X] Other symptoms/comments _Continues to appear sad & depressed. Says "I don't like it when these people come here" (Correctional & administrative staff). Has agreed to resume taking Risperdal č encouragement._

## A: Current Diagnoses

- [ ] Major Depression   [ ] Major Depression, Recurrent
- [ ] Bipolar Disorder, currently depressed   [ ] Bipolar Disorder, manic
- [ ] Schizoaffective Disorder, currently depressed   [ ] Antisocial Personality Disorder
- [X] Other _H/o psychosis, H/o depression č psychosis, H/o malingering H/o Paranoid personality D/o._

## P: Suicide Watch Level (See Observation Levels form for more detail)

- [ ] Watch Level I: High risk (no personal or potentially hazardous material)
- [X] Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- [ ] Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** _____ **decrease** _____ from the previous day's level of risk. _Continue to monitor on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger is
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓▓▓   **Number** ▓▓▓▓▓   **MH Clinician** _Robert Harris, R.N., MS_

FCM 2004                                    Proprietary Information Not for Distr...

# FIRST CORRECTIONAL MEDICAL, INC.

**F C M** First Correctional Medical

## PSYCHIATRIC PROGRESS NOTE

NAME: ████████    SBI#: ████████    DATE: 11/17

**SUBJECTIVE:** EVENTS NOTED
Pt apparently stopped meds as it was making him throw up.

**OBJECTIVE:**    Mental Status Exam:

- **Appearance:** ☐ Well-groomed/Dressed ☐ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic
- **Behavior:** ☐ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☐ Slowed ☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS
- **Speech:** ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone
- **Mood:** __Anxious / Frustrated__
- **Affect:** ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed ☐ Angry ☐ Euphoric/Expansive ☐ Fearful ☐ Anxious
- **Thought Process:** ☑ Goal-directed ☐ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations ☐ Flight of Ideas ☐ Tangential/Circumstantial ☐ Thought Blocking
- **Thought Content:** ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations ☐ CAN ☐ CANNOT contract for safety ☐ Delusions: describe _reference / persecution_ ☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia ☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe:___
- **Perceptual Disturbance:** ☐ NONE ☐ Hallucinations ☐ Auditory ☐ Visual ☐ Tactile ☐ Illusions ☐ Others ___
- **Mini-Mental Status Examination:** (if necessary)
- **Level of Consciousness:** ☑ Awake ☑ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma
  - ( ) Year/Season/Date/Day/Month
  - ( ) State/County/Town/Building
  - ( ) Immediate Recall 3 objects
  - ( ) Spell "WORLD" backwards or Serial 7's
  - ( ) Name pencil and watch
  - ( ) Read & Obey "CLOSE YOUR EYES"
  - ( ) Write a sentence
  - ( ) Copy a design
  - ( ) Repeat "No if's, and's or but's"
  - ( ) Long-term recall of 3 objects
- **ABSTRACTION:** ☐ Appropriate ☐ Concentrate ☐ Inappropriate: describe:___
- **INSIGHT:** ☐ Good ☑ Poor    **JUDGEMENT:** ☐ Good ☑ Poor    GI disturbance.
- **MEDICATION SIDE EFFECTS:** ☑ YES ☐ NO Describe:___
- **Assessment:** Diagnostic Impressions: change previous diagnostic impression  YES / NO

Axis I: R/o psis; R/o depr d/t ≥ yo c/s, R/o malingering
Axis II: R/paranoid personality Dto
Axis III: ∅

| | |
|---|---|
| 19 | MR |
| 99.80 | PDD |
| 14.90 | ADHD |
| 03.90 | ETOH dep |
| 04.80 | p-subs |
| 95.30 | ch.schz-prnd |
| 95.90 | ch.schz-undif |
| 95.70 | schz-aff |
| 93.82 | subs-ind.psy |
| 98.9 | psy-nos |
| 11 | dep-nos |
| 96.33 | m.dep-psy |
| 96.34 | m.dep+psy |
| 93.83 | subs-ind.dep |
| 96.80 | BPAD |
| 99.81 | PTSD |
| 00.02 | GAD |
| 93.83 | subs-ind.anx |
| 12.30 | imp-nos |
| 99.9 | adj |
| 01.9 | pers |
| 33.90 | med-ind.mov't |
| 65.2 | maling'g |

**PLAN:**    **Recommendation / Treatment :**
PSYCHOEDUCATION/SUPPORT GIVEN / NOT GIVEN  Patient IS / IS NOT a danger to SELF /OTHERS
MEDICATIONS: change from previous regimen ( ) YES ( ) NO
  1. Restart Risperdal    3.
     @ 0.5 mg bid & slowly ↑    4.
RISKS / BENEFITS OF MEDICATIONS: DISCUSSED / NOT DISCUSSED   NEED TO INCREASE DATA BASE / RAPPORT
MEDICATIONS: PATIENT ACCEPTS REFUSES CONSENTS: SIGNED  NOT SIGNED
PATIENT INFORMED AND AWARE OF WAYS AND MEANS TO ACESS MENTAL HEALTH SERVICES  YES / NO
MENTAL HEALTH GROUP REFFERAL  YES / NO
COMMENTS:
  Will restart Risperdal 0.5mg bid & slowly ↑.
  Ct supportive Rx

**MENTAL HEALTH CLASSIFICATION:** change from previous classification  YES / NO

Mitchell Kho, M.D.
Psychiatrist

# FIRST CORRECTIONAL MEDICAL, INC.

**F** First
**C** Correctional
**M** Medical

## PSYCHIATRIC PROGRESS NOTE

NAME: ▓▓▓▓▓▓    SBI#: ▓▓▓▓▓▓    DATE: 1-10-04

**SUBJECTIVE:** EVENTS NOTED
Pt apparently has changed his name to "Kushal kalpan Shah" on
1/1/04 so that others will leave him alone. Feels he is @ the end of his
works to deal c the constant
pressure &
scrutiny.

**OBJECTIVE:**    Mental Status Exam:

**Appearance:** ☐ Well-groomed/Dressed ☑ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:** ☑ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☑ Slowed
☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS

**Speech:** ☐ Normal ☐ Slurred ☐ Loud ☑ Soft ☐ Pressured ☑ Slowed ☐ Monotone
**Mood:** _Sad / Anxious_

**Affect:** ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed ☐ Angry
☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

**Thought Process:** ☑ Goal-directed ☑ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☑ Tangential/Circumstantial ☐ Thought Blocking

**Thought Content:** ☐ Appropriate ☑ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations
☐ CAN / ☑ CANNOT contract for safety ☑ Delusions: describe _reference / persecution_
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☑ Ideas of Reference ☑ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe:_____

**Perceptual Disturbance:** ☑ NONE
☐ Hallucinations ☐ Auditory ☐ Visual ☐ Tactile ☐ Illusions ☐ Others_____

**Mini-Mental Status Examination:** (if necessary)

| | |
|---|---|
| 9 MR | **Level of Consciousness:** ☑ Awake ☑ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma |
| 9.80 PDD | (✓) Year/Season/Date/Day/Month    ( ) Read & Obey "CLOSE YOUR EYES" |
| 4.90 ADHD | ( ) State/County/Town/Building    ( ) Write a sentence |
| 3.90 ETOH dep | ( ) Immediate Recall 3 objects    ( ) Copy a design |
| 14.80 p-subs | ( ) Spell "WORLD" backwards or Serial 7's    ( ) Repeat "No if's, and's or but's" |
| 5.30 ch.schz-prnd | ( ) Name pencil and watch    ( ) Long-term recall of 3 objects |
| 5.90 ch.schz-undif | **ABSTRACTION:** ☑ Appropriate ☑ Concentrate ☑ Inappropriate: describe:_____ |
| 5.70 schz-aff | **INSIGHT:** ☑ Good ☑ Poor  **JUDGEMENT:** ☑ Good ☑ Poor |
| 3.82 subs-ind.psy | **MEDICATION SIDE EFFECTS:** YES / ☑ NO describe:_____ |
| 8.9 psy-nos | **Assessment:** Diagnostic Impressions: change previous diagnostic impression YES / ☑ NO |
| 1 dep-nos | |
| 6.33 m.dep-psy | **Axis I:** R/o psis ; R/o dep. Dro c psis , R/o malingering |
| 6.34 m.dep+psy | |
| 3.83 subs-ind.dep | **Axis II:** R/o paranoid Personality Do |
| 6.80 BPAD | |
| 9.81 PTSD | **Axis III:** ∅ |
| 0.02 GAD | **PLAN:    Recommendation / Treatment :** |
| 3.83 subs-ind.anx | PSYCHOEDUCATION/SUPPORT GIVEN / NOT GIVEN Patient IS / IS NOT a danger to SELF / OTHERS |
| 2.30 imp-nos | **MEDICATIONS:** change from previous regimen (YES) / NO |
| 9.9 adj | 1. Risperdal 2mg    3. |
| 11.9 pers | bid |
| 3.90 med-ind.mov't | 2.    4. |
| 55.2 maling'g | |

**RISKS / BENEFITS OF MEDICATIONS:** DISCUSSED / NOT DISCUSSED    NEED TO INCREASE DATA BASE / RAPPORT
**MEDICATIONS: PATIENT:** ACCEPTS REFUSES CONSENTS: SIGNED NOT SIGNED
**PATIENT INFORMED AND AWARE OF WAYS AND MEANS TO ACESS MENTAL HEALTH SERVICES** YES / NO
**MENTAL HEALTH GROUP REFERRAL** YES / NO
**COMMENTS:**
Will give trial of risperdal.    Await p testing

**MENTAL HEALTH CLASSIFICATION:** change from previous classification YES / NO

_Parsuru_
Mitchell Kho, M.D.
Psychiatrist

# Suicide Watch: Progress Note

**Date:** _11/15/04_ **Date Watch Initiated** _____ **Time:** _1610_

**FCM**

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.)    ____ Disheveled    ____ Unclean/malodorous
- ____ Eye contact good    _X_ Eye contact poor/avoidant    ____ Eye contact variable
- ____ Tearful/crying    ____ Agitated/restless    ____ Fatigued
- _X_ Self injuries present (Describe) _healed lacerations_

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day)    ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)    ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of _all_ emotions diminished)
- ____ Affect irritable    ____ Affect hostile    ____ Affect aggressive    ____ Affect labile/variable
- ____ Negative comments about self    _X_ Negative comments about future
- ____ Hopeless comments    ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Continues to suggest that he will kill_ _himself when he gets out of infirmary. Wants to know_ _why people won't just let him. "I don't know what to do." affect and mood sad, depressed, hopeless._

## A: Current Diagnoses
- ____ Major Depression    ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed    ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed    ____ Antisocial Personality Disorder
- _X_ Other _No psychosis, No depression No psychosis, No malingering No Paranoid personality D/O._

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____    decrease ____    from the previous day's level
of risk. _Continue on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ████████    **Number** ████████    **MH Clinician** _Robert Harris, PA, MSW_

FCM 2004    Proprietary Information Not for Distribution

## **Suicide Watch: Progress Note**

**Date:** *11/13/04* **Date Watch Initiated** _____ **Time:** *1557*

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply

 _X_ Expressing thoughts/intent of self harm
 _____ History of suicide attempt(s)
 _____ Exhibiting self harm behaviors
 _____ Non-compliance regarding psychiatric medications
 _____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
 _X_ Groomed (clean, hair combed, etc.) _____ Disheveled _____ Unclean/malodorous
 _____ Eye contact good _X_ Eye contact poor/avoidant _____ Eye contact variable
 _____ Tearful/crying _____ Agitated/restless _____ Fatigued
 _X_ Self injuries present (Describe) *healed lacerations*

**Specific Depression Symptoms:** Check all that apply
 _✓_ Sleep adequate (5-8 hours per day) _____ Sleep poor (< 5 hours or > 9 hours per day)
 _X_ Eating adequately (≥ approx. 60% of meals) _____ Eating poorly (≤ approx. 50%)
 _____ Affect appropriate to setting (subdued but engages with interviewer)
 _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
 _X_ Affect irritable _____ Affect hostile _____ Affect aggressive _____ Affect labile/variable
 _____ Negative comments about self _X_ Negative comments about future
 _____ Hopeless comments _____ Helpless comments
 _____ SMI (Diagnosis) _____
 _X_ Other symptoms/comments *Says he is tired of all the stuff*
*going on in prison. States he doesn't want to*
*take medications and will "do what I have to do"*
*when he gets the chance.*

**A: Current Diagnoses**
 _____ Major Depression _____ Major Depression, Recurrent
 _____ Bipolar Disorder, currently depressed _____ Bipolar Disorder, manic
 _____ Schizoaffective Disorder, currently depressed _____ Antisocial Personality Disorder
 _X_ Other *H/o psychosis, H/o depression ō psychosis, H/o malingering*
*H/o paranoid personality H/o*

**P: Suicide Watch Level (See Observation Levels form for more detail)**
 _____ Watch Level I: High risk (no personal or potentially hazardous material)
 _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
 _____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** _____ **decrease** _____ from the previous day's level
of risk *Continue to monitor on level II.*

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger in
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ▮▮▮▮▮▮ **Number** ▮▮▮▮▮▮ **MH Clinician** *Robert Harris, RN, MSc*
FCM 2004 Proprietary Information Not for Dist...

© FCM Form

**Informed Consent for Atypical Antipsychotics**
**FCM at _____ DCC _____ (Facility)**

**FIRST**

**CORRECTIONAL**

**MEDICAL**

## MEDICATION
This type of medication includes such medications as: Clozaril, Risperidol, Olanzapine (Zyprexa), Quetiapine (Seroquel) and Ziprasidone (Geodon).

## PURPOSE
This type of medication is used to manage treatment-resistant psychotic symptoms when other antipsychotic medications have been tried first.

## COMMON SIDE EFFECTS
Low blood pressure, rapid heart beating, serious changes in the blood, high blood sugar, weight gain, insomnia, nausea, drowsiness, tremors, lightheadedness, fever, sore throat, or weakness.  If you experience any of these side effects, immediately report them to any member of the health care staff.

## ALTERNATIVE TREATMENTS
This category of medication is effective when other antipsychotic medications have not been effective in reducing the symptoms of mental illness the inmate/resident is experiencing.  This class of medication relieves the same symptoms as other traditional antipsychotic medications.

## APPROXIMATE LENGTH OF CARE
These medications usually act within a few days and significant benefit may take up to three weeks. The provider will adjust the dosage from time to time, in most cases to the minimum dose that relieves the symptoms the inmate/detainee is experiencing.  The provider will order laboratory tests from time to time to ensure the medication is working safely.

## RISKS AND HAZARDS
Bone marrow suppression resulting in agranulocytosis (low white cells), glucose intolerance, and blood cholesterol imbalances may occur.  Avoid tobacco as it decreases the effectiveness of these drugs.

## NOTIFICATION
I understand I can decide to stop taking this medication any time by telling the Licensed Independent Provider (LIP) or any health care staff.  If I decide to stop taking this medication, it will not affect my ability to receive other health care.  I understand that by signing this form I am agreeing to let Dr. Raman treat me with a psychotropic drug.  Dr. Raman has explained the nature of this treatment and the reasons I am being treated.  I have also been informed about the alternative treatments, the risks, and hazards associated with this treatment, the possible side effects that I may experience from this treatment and the length of time I will be taking this drug.  Dr. Raman has given me a chance to ask questions I might have about my treatment and has answered all my questions.  I understand that I can discuss any other questions I might have about my treatment and the doctor/nurse practitioner and that a signed copy of this form will be given to me upon my request.

| | | |
|---|---|---|
| ██████████████ | | _11-10_ |
| Inmate/Resident Signature | Number | Time/Date |
| _Raman_ | | _11-10-04_ |
| Licensed Independent Provider Signature and Title | | Time/Date |

Proprietary Information—Not For Redistribution

## Suicide Watch: Progress Note

**Date:** 11/8/04 **Date Watch Initiated** _____ **Time:** 1540

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s) _____
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- ___ Groomed (clean, hair combed, etc.)  ____ Disheveled  ___ Unclean/malodorous
- ___ Eye contact good  ___ Eye contact poor/avoidant  ___ Eye contact variable
- ___ Tearful/crying  ___ Agitated/restless  ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- ___ Sleep adequate (5-8 hours per day)  ___ Sleep poor (< 5 hours or > 9 hours per day)
- ___ Eating adequately ($\geq$ approx. 60% of meals)  ___ Eating poorly ($\leq$ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable  ___ Affect hostile  ___ Affect aggressive  ___ Affect labile/variable
- ___ Negative comments about self  ___ Negative comments about future
- ___ Hopeless comments  ___ Helpless comments
- ___ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Unable to assess. IM @ count today._

**A: Current Diagnoses**
- ___ Major Depression  ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed  ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed  ___ Antisocial Personality Disorder
- ___ Other _____

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks $\leq$ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____ decrease ____ from the previous day
of risk. _Continue on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ▬▬▬▬ **Number** ▬▬▬▬ **MH Clinician** _Robert Harris, RN, MSW_
FCM 2004  Proprietary Information Not for Dist

# Suicide Watch: Progress Note

**FCM**

Date: _11/5/04_ Date Watch Initiated _____ Time: _1330_

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply

- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

## O: Current Status

**Physical Presentation:** Check all that apply

- _X_ Groomed (clean, hair combed, etc.) ____ Disheveled ____ Unclean/malodorous
- ____ Eye contact good ____ Eye contact poor/avoidant _X_ Eye contact variable
- ____ Tearful/crying ____ Agitated/restless ____ Fatigued
- _X_ Self injuries present (Describe) _healed lacerations ① forearm_

**Specific Depression Symptoms:** Check all that apply

- _X_ Sleep adequate (5-8 hours per day) ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals) ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of _all_ emotions diminished)
- ____ Affect irritable ____ Affect hostile ____ Affect aggressive ____ Affect labile/variable
- ____ Negative comments about self ____ Negative comments about future
- _X_ Hopeless comments ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _reports SI off and on, affect and mood sad, depressed. Continues to state he does not want to live and sees no purpose to his life_

## A: Current Diagnoses

- ____ Major Depression ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed ____ Antisocial Personality Disorder
- _X_ Other _R/o psychosis, R/o depression c̄ psychosis, R/o malingering_

## P: Suicide Watch Level (See Observation Levels form for more detail)

- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ____ from the previous day's level of risk. _Continue to monitor on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

Inmate _[redacted]_ Number _[redacted]_ MH Clinician _Robert Davis, RN, MSc_

FCM 2004                                    Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**FCM**

**Date:** _11/4/04_ **Date Watch Initiated** _____ **Time:** _____

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
_✗_ Expressing thoughts/intent of self harm
____ History of suicide attempt(s) _____
____ Exhibiting self harm behaviors
____ Non-compliance regarding psychiatric medications
____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
_✗_ Groomed (clean, hair combed, etc.)     ____ Disheveled     ____ Unclean/malodorous
____ Eye contact good          ____ Eye contact poor/avoidant     _✗_ Eye contact variable
____ Tearful/crying          ____ Agitated/restless          ____ Fatigued
_✗_ Self injuries present (Describe) _Healed locations ® forearm_
**Specific Depression Symptoms:** Check all that apply
_✗_ Sleep adequate (5-8 hours per day)     ____ Sleep poor (< 5 hours or > 9 hours per day)
_✗_ Eating adequately (≥ approx. 60% of meals)     ____ Eating poorly (≤ approx. 50%)
____ Affect appropriate to setting (subdued but engages with interviewer)
_✗_ Affect flat/blunted (range restricted, expression of all emotions diminished)
____ Affect irritable     ____ Affect hostile     ____ Affect aggressive     ____ Affect labile/variable
____ Negative comments about self          ____ Negative comments about future
_✗_ Hopeless comments               ____ Helpless comments
____ SMI (Diagnosis) _____
_x_ Other symptoms/comments _Continues depressed. Continues to_
_state there is no purpose to his life, and that_
_he has repeated thoughts of self harm. Mood sad._

### A: Current Diagnoses
____ Major Depression                    ____ Major Depression, Recurrent
____ Bipolar Disorder, currently depressed          ____ Bipolar Disorder, manic
____ Schizoaffective Disorder, currently depressed     ____ Antisocial Personality Disorder
_✗_ Other _H/o psychosis, H/o depression & H/o psychosis_
_R/o malingering_

### P: Suicide Watch Level (See Observation Levels form for more detail)
____ Watch Level I: High risk (no personal or potentially hazardous material)
_✗_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____     **decrease** ____     from the previous day's level
of risk. _Continue to monitor on level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ▮▮▮▮▮▮     **Number** ▮▮▮▮▮▮     **MH Clinician** _Robert Harris, LH, MSW_

FCM 2004                              Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: _11/8/04_  Date Watch Initiated _____  Time: _1430_

FCM

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply

_X_ Expressing thoughts/intent of self harm
____ History of suicide attempt(s)
____ Exhibiting self harm behaviors
____ Non-compliance regarding psychiatric medications
____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
_X_ Groomed (clean, hair combed, etc.)  ____ Disheveled ____ Unclean/malodorous
____ Eye contact good   ____ Eye contact poor/avoidant  _X_ Eye contact variable
____ Tearful/crying   ____ Agitated/restless  ____ Fatigued
_X_ Self injuries present (Describe) _Healed lacerations ® forearm_
**Specific Depression Symptoms:** Check all that apply
_X_ Sleep adequate (5-8 hours per day)  ____ Sleep poor (< 5 hours or > 9 hours per day)
_X_ Eating adequately (≥ approx. 60% of meals)  ____ Eating poorly (≤ approx. 50%)
____ Affect appropriate to setting (subdued but engages with interviewer)
_X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
____ Affect irritable  ____ Affect hostile  ____ Affect aggressive  ____ Affect labile/variable
____ Negative comments about self  ____ Negative comments about future
_X_ Hopeless comments  ____ Helpless comments
____ SMI (Diagnosis) _____
_X_ Other symptoms/comments _Continues depressed. Reports constant thoughts of self harm. Sees no purpose to his life._

**A: Current Diagnoses**
____ Major Depression   ____ Major Depression, Recurrent
____ Bipolar Disorder, currently depressed  ____ Bipolar Disorder, manic
____ Schizoaffective Disorder, currently depressed  ____ Antisocial Personality Disorder
_X_ Other _Adjustment D/O c̄ anxiety/depression_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
____ Watch Level I: High risk (no personal or potentially hazardous material)
_X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____   **decrease** ____   from the previous day ___ ___ of risk. _Continue to monitor on Level II_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger __ or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓▓  **Number** ▓▓▓▓▓  **MH Clinician** _Robert Harris, RN, MSc_

FCM 2004  Proprietary Information Not for Dist___

FIRST CORRECTIONAL MEDICAL, INC.

First Correctional Medical

## PSYCHIATRIC PROGRESS NOTE

NAME: [redacted] SBI#: [redacted] DATE: 11/3

SUBJECTIVE: EVENTS NOTED Pt insists he is special / different and that he is targeted because of that

OBJECTIVE: Mental Status Exam:

**Appearance:** ☐ Well-groomed/Dressed ☑ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:** ☐ Calm ☐ Cooperative ☑ Agitated ☐ Uncooperative ☑ Restless ☐ Hyperactive ☐ Slowed ☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS

**Speech:** ☐ Normal ☐ Slurred ☐ Loud ☑ Soft ☐ Pressured ☑ Slowed ☐ Monotone

**Mood:** sad / anxious

**Affect:** ☑ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed ☐ Angry ☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

**Thought Process:** ☐ Goal-directed ☐ Coherent ☑ Logical ☐ Incoherent ☑ Illogical ☐ Looseness of Associations ☐ Flight of Ideas ☐ Tangential/Circumstantial ☐ Thought Blocking → threatens suicide if sent out

**Thought Content:** ☑ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations ☐ CAN / CANNOT contract for safety ☑ Delusions: describe ? grandeur, persecution ☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☑ Ideas of Reference ☑ Paranoia ☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe:

**Perceptual Disturbance:** ☑ NONE ☐ Hallucinations ☐ Auditory ☐ Visual ☐ Tactile ☐ Illusions ☐ Others

**Mini-Mental Status Examination:** (if necessary)

**Level of Consciousness:** ☑ Awake ☑ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma

(✓) Year/Season/Date/Day/Month
( ) State/County/Town/Building
( ) Immediate Recall 3 objects
( ) Spell "WORLD" backwards or Serial 7's
( ) Name pencil and watch
( ) Read & Obey "CLOSE YOUR EYES"
( ) Write a sentence
( ) Copy a design
( ) Repeat "No if's, and's or but's"
( ) Long-term recall of 3 objects

**ABSTRACTION:** ☐ Appropriate ☐ Concentrate ☐ Inappropriate: describe:

**INSIGHT:** ☐ Good ☐ Poor **JUDGEMENT:** ☐ Good ☐ Poor

**MEDICATION SIDE EFFECTS:** YES / NO Describe:

**Assessment:** Diagnostic impressions: change previous diagnostic impression YES / NO

Axis I: R/O Psychosis; R/O depression c̄ psychosis, R/O malingering

Axis II: R/O paranoid personality D/O

Axis III: Ø

| | |
|---|---|
| 19 | MR |
| 99.80 | PDD |
| 14.90 | ADHD |
| 03.90 | ETOH dep |
| 04.80 | p-subs |
| 95.30 | ch.schz-pmd |
| 95.90 | ch.schz-undif |
| 95.70 | schz-aff |
| 93.82 | subs-ind.psy |
| 98.9 | psy-nos |
| 11 | dep-nos |
| 96.33 | m.dep-psy |
| 96.34 | m.dep+psy |
| 93.83 | subs-ind.dep |
| 96.80 | BPAD |
| 09.81 | PTSD |
| 00.02 | GAD |
| 93.83 | subs-ind.anx |
| 12.30 | imp-nos |
| 09.9 | adj |
| 01.9 | pers |
| 33.90 | med-ind.mov't |
| 65.2 | maling'g |

**PLAN:** Recommendation / Treatment:

**PSYCHOEDUCATION/SUPPORT:** GIVEN / NOT GIVEN Patient IS / IS NOT a danger to SELF / OTHERS

**MEDICATIONS:** change from previous regimen ( ) YES ( ) NO

1. Offer Ψ meds
2.
3.
4.

**RISKS / BENEFITS OF MEDICATIONS:** DISCUSSED / NOT DISCUSSED NEED TO INCREASE DATA BASE / RAPPORT

MEDICATIONS: PATIENT: ACCEPTS REFUSES CONSENTS: SIGNED NOT SIGNED

PATIENT INFORMED AND AWARE OF WAYS AND MEANS TO ACESS MENTAL HEALTH SERVICES YES / NO

**MENTAL HEALTH GROUP REFFERRAL** YES / NO

**COMMENTS:** Will get Ψ testing to R/O Psychosis. Offer antipsychotics / antidepressants if appropriate

**MENTAL HEALTH CLASSIFICATION:** change from previous classification YES / NO

[signature]

~~Mitchell Kho, M.D.~~
Psychiatrist

# FIRST CORRECTIONAL MEDICAL, INC.

**F** First
**C** Correctional
**M** Medical

## PSYCHIATRIC PROGRESS NOTE

NAME: ▓▓▓▓▓▓    SBI#: ▓▓▓▓▓▓    DATE: 10/2?

SUBJECTIVE:   EVENTS NOTED

They are all against me. I am a target for them because of what I think or believe - like Mahavir Jainism-nonviolence.

OBJECTIVE:   Mental Status Exam:

**Appearance:** ☐ Well-groomed/Dressed ☑ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:** ☐ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☐ Slowed
☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS

**Speech:** ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone

**Mood:** Anxious / frustrated

**Affect:** ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed ☑ Angry
☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

**Thought Process:** ☐ Goal-directed ☐ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☐ Tangential/Circumstantial ☐ Thought Blocking

**Thought Content:** ☐ Appropriate ☑ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations
☑ CANNOT contract for safety ☑ Delusions describe _persecution_
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☑ Ideas of Reference ☑ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe:_____

**Perceptual Disturbance:** ☑ NONE
☐ Hallucinations ☐ Auditory ☐ Visual ☐ Tactile ☐ Illusions ☐ Others _____

**Mini-Mental Status Examination: (if necessary)**

| | |
|---|---|
| 9    MR | **Level of Consciousness:** ☐ Awake ☑ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma |
| '9.80  PDD | ( ) Year/Season/Date/Day/Month        ( ) Read & Obey "CLOSE YOUR EYES" |
| 4.90  ADHD | ( ) State/County/Town/Building        ( ) Write a sentence |
| 13.90  ETOH dep | ( ) Immediate Recall 3 objects        ( ) Copy a design |
| 14.80  p-subs | ( ) Spell "WORLD" backwards or Serial 7's   ( ) Repeat "No if's , and's or but's" |
| '5.30  ch.schz-pmd | ( ) Name pencil and watch        ( ) Long-term recall of 3 objects |
| '5.90  ch.schz-undif | **ABSTRACTION:** ☐ Appropriate ☑ Concentrate ☐ Inappropriate: describe: _____ |
| '5.70  schz-aff | **INSIGHT:** ☐ Good ☑ Poor   **JUDGEMENT:** ☐ Good ☑ Poor |
| '3.82  subs-ind.psy | **MEDICATION SIDE EFFECTS:** YES ☑ NO Describe:_____ |
| '8.9  psy-nos | **Assessment:**   Diagnostic Impressions:  change previous diagnostic impression  YES / NO |
| 1    dep-nos | |
| '6.33  m.dep-psy | **Axis I :** Adj D/o & anxiety / depr. |
| '6.34  m.dep+psy | **Axis II :** R/o schizotypal / ASPD |
| '3.83  subs-ind.dep | |
| '6.80  BPAD | **Axis III :** Ø |
| 19.81  PTSD | **PLAN:**   **Recommendation / Treatment :** |
| 10.02  GAD | **PSYCHOEDUCATION/SUPPORT :** GIVEN / NOT GIVEN  Patient IS / IS NOT a danger to SELF /OTHERS |
| '3.83  subs-ind.anx | **MEDICATIONS:** change from previous regimen ( ) YES ☑ NO |
| 2.30  imp-nos | 1. NO ψ meds.        3._____ |
| 19.9  adj | |
| 11.9  pers | 2._____ |
| 13.90  med-ind.mov't | **RISKS / BENEFITS OF MEDICATIONS:** DISCUSSED / NOT DISCUSSED  NEED TO INCREASE DATA BASE / RAPPORT |
| 55.2  maling'g | **MEDICATIONS:** PATIENT: ACCEPTS  REFUSES  CONSENTS: SIGNED  NOT SIGNED |

**PATIENT INFORMED AND AWARE OF WAYS AND MEANS TO ACESS MENTAL HEALTH SERVICES** YES NO
**MENTAL HEALTH GROUP REFFERAL** YES NO
**COMMENTS:**

No ψ meds. Consider ψ eval (ψ testings) and beh modification Planned by MM

**MENTAL HEALTH CLASSIFICATION:** change from previous classification  YES NO

~~Mitchell Kho, M.D.~~
Psych~~iatr~~ist

## Suicide Watch: Progress Note

**Date:** 1/18/05    **Date Watch Initiated** _____    **Time:** 10:35

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
____ Expressing thoughts/intent of self harm
____ History of suicide attempt(s)
____ Exhibiting self harm behaviors
____ Non-compliance regarding psychiatric medications
____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
✓ Groomed (clean, hair combed, etc.) ____ Disheveled ___ Unclean/malodorous
✓ Eye contact good ___ Eye contact poor/avoidant ___ Eye contact variable
___ Tearful/crying ___ Agitated/restless ___ Fatigued
___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
✓ Sleep adequate (5-8 hours per day) ___ Sleep poor (< 5 hours or > 9 hours per day)
✓ Eating adequately (≥ approx. 60% of meals) ___ Eating poorly (≤ approx. 50%)
✓ Affect appropriate to setting (subdued but engages with interviewer)
___ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable ___ Affect hostile ___ Affect aggressive ___ Affect labile/variable
___ Negative comments about self ___ Negative comments about future
___ Hopeless comments ___ Helpless comments
___ SMI (Diagnosis) _____
✓ Other symptoms/comments _I/m was logical + coherent, denied any present_
_intent to do self harm, but would not give an answer about what he might do_
_if sent back to SHU. He acknowledged that the cuts he made on his arm last_
_week were done in anger ~~to assal~~ and not an attempt to harm himself._

**A: Current Diagnoses**
___ Major Depression ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed ___ Antisocial Personality Disorder
✓ Other _ASPD    R/O paranoid schtz_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
___ Watch Level I: High risk (no personal or potentially hazardous material)
✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ____ from the previous day
of risk.    No Δ

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger
or decrease until the clinician determines the inmate/detainee has improved sufficiently to
removed from Watch and released from the Infirmary.

**Inmate** ████████████ **Number** ████████ **MH Clinician** _D. McClem MSW_
FCM 2004                                                    Proprietary Information Not for D

# Suicide Watch: Progress Note

**FCM**

Date: _1/4/05_  **Date Watch Initiated** _____  **Time:** _10 30_

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply

- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

## O: Current Status

**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.)   ____ Disheveled   ____ Unclean/malodorous
- _X_ Eye contact good   ____ Eye contact poor/avoidant   ____ Eye contact variable
- ____ Tearful/crying   ____ Agitated/restless   ____ Fatigued
- _X_ Self injuries present (Describe) _multiple locations ① forearm_

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day)   ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)   ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ____ Affect irritable   ____ Affect hostile   ____ Affect aggressive   ____ Affect labile/variable
- ____ Negative comments about self   ____ Negative comments about future
- _X_ Hopeless comments   ____ Helpless comments
- ____ SMI (Diagnosis)
- _X_ Other symptoms/comments _Concerned his cutting self yesterday has affected his creditability c̄ this 4 nurse assured it did not. Will move back to PM 190. No further self harm behaviors noted since yesterday._

## A: Current Diagnoses

- ____ Major Depression   ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed   ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed   ____ Antisocial Personality Disorder
- _X_ Other _H/o paranoid schizo, H/o Depression_

## P: Suicide Watch Level (See Observation Levels form for more detail)

- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____   **decrease** ____   from the previous day's level of risk. _Continue to monitor on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ███████   **Number:** ███████   **MH Clinician** _Robert Harris, RN, MSW_

FCM 2004   ███████   Proprietary Information Not for Distribution



FIRST
CORRECTIONAL
MEDICAL

**FIRST CORRECTIONAL MEDICAL, INC.**
**PSYCHIATRIC PROGRESS NOTE**

NAME : ▮▮▮▮▮▮    SBI # ▮▮▮▮▮    DATE : 1/13/05

**SUBJECTIVE :**  EVENTS NOTED
Pt in 4 point restraints as he began acting out and self-mutilating when his privileges were taken away.

**OBJECTIVE :**   **Mental Status Exam :**
**Level of Consciousness:**  ☑ Awake ☑ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma
**Orientation:**  ☑ Time ☑ Place ☑ Person
**Appearance:**  ☐ Well-groomed/Dressed ☐ Well-nourished/developed ☑ Disheveled ☐ Weak ☐ Cachectic
**Behavior:**  ☐ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☐ Slowed
☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS
**Speech :**  ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone
**Mood :**  anxious / frustrated
**Affect :**  ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed
☐ Angry ☐ Euphoric/Expansive ☐ Fearful ☐ Anxious
**Thought Process:** ☐ Goal-directed ☑ Coherent ☑ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☐ Tangential/Circumstantial ☐ Thought Blocking ∅
**Thought Content:** ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations
☐ CAN/ CANNOT contract for safety    ☐ Delusions: describe _____
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe : _____
**Perceptual Disturbance:** ☐ NONE
☐ Hallucinations ☐ auditory ☐ visual ☐ tactile ☐ others _____ ☐ Illusions
**Abstraction :**  ☐ Appropriate ☐ Concrete ☐ Inappropriate: describe _____
**Insight :**  ☐ Good ☐ Poor ☑ Partial ☐ Manipulative    **JUDGEMENT :**  ☑ Good ☐ Poor
**Mini-Mental Status Examination : (if necessary)**

MEDICATION SIDE EFFECTS : YES  ☑ NO  Describe : _____

**ASSESSMENT :**  **DIAGNOSTIC IMPRESSIONS : change previous diagnostic impression    YES  ☑ NO**

| | schz | psy | dep | dys | anx | imp | adj | p-subs | pers |
|---|---|---|---|---|---|---|---|---|---|
| | 295.xx | 298.9 | 296.xx | 300.4 | 300.00 | 312.30 | 309.xx | 304.80 | 301.9 |

Axis I:  R/o paranoid sclz.   R/o depression
Axis II:  R/o paranoid PD.
Axis III:  ∅

**PLAN :**  **Recommendations / Treatment : NEED TO INCREASE DATA BASE/RAPPORT**
**PSYCHOEDUCATION/SUPPORT GIVEN/NOT GIVEN   Patient IS/IS NOT a danger to SELF/OTHERS**

**MEDICATIONS: change from previous regimen    ☐ YES   ☑ NO**

| | | | |
|---|---|---|---|
| 1. | ↑ Risperdal. | Rationale | Psis - resolving. |
| 2. | | Rationale | |
| 3. | | Rationale | |

**RISKS/BENEFITS OF MEDICATIONS DISCUSSED / NOT DISCUSSED**
**PATIENT ACCEPTS / REFUSES MEDICATIONS         CONSENT SIGNED / NOT SIGNED**
**PATIENT INFORMED & AWARE OF WAYS & MEANS TO ACCESS MENTAL HEALTH SERVICES:    YES / NO**
**REFERRAL ☐ Individual supp ☐ Individual dynamic ☐ Individual behavioral ☐ Individual cognitive ☐ Grief ☐ Group ☐ Inpatient**
**COMMENTS:**
↑ ongoing meds. Pt contracting for safety and
good behavior (will remove restraints - maintain level II
or transfer out from REM room. If Pt able to maintain beh
as he commits to - he wants to
serve out his time &
get out of the infirmary)
- then he can be
considered for D/C
in the near future

Raman Gopalakrishnan, MD.
Psychiatrist

FIRST
CORRECTIONAL
MEDICAL