# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 1/13/05 | 1355 | DSW | ③ "I'm going to cut myself every 5 mins. no matter what you do. I'm tired of all this shit. You can't stop me from killing myself. There is no good reason for me to live. You can put me in 4 pt. restraints but I will just bang my head on the metal bar." ⑥ I'M used his sharpened fingernail to inflict multiple lacerations to his ⑥ forearm. ⓐ Acting on suicidal impulses. Affect flat. Mood sad, depressed, hopeless. ⓟ Place in 4 pt. restraints per Dr. Lamon. Haldol 10 mg. and Cogentin 2 mg. PO given @ 1350 per Dr. Lamon. Continue to monitor on level II. ———— Robert Harris, RN, MSW |

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|
| ▉▉▉▉ | ▉▉▉ | | | ▉▉▉ | |

**INTERDISCIPLINARY PROGRESS NOTES**
☐ Continued on Reverse

I try to motivate myself but each time my mind goes back to me having a life sentence and that just drowns every bit of positivity in me. I can't find not one thing to look forward to each day. I can't even pretend like everything is okay because it's not and I know so. I feel as though people are out to get me and it recks my nerves which is pushing me over the edge. I try I don't just call it quits but I can't get myself going. I can't lie to you and say it's all well because it's not and I feel like trash. So please help me in anyway you can I will comply to any treatment.

Sincerely

Received 1/11/05 - R. Davis, RN, MSW

## Suicide Watch: Progress Note

FCM

**Date:** _1/12/05_ **Date Watch Initiated** _____ **Time:** _1618_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.) ____ Disheveled ___ Unclean/malodorous
- _X_ Eye contact good ____ Eye contact poor/avoidant ___ Eye contact variable
- ___ Tearful/crying ___ Agitated/restless ___ Fatigued
- _X_ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day) ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals) ___ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable ___ Affect hostile ___ Affect aggressive ___ Affect labile/variable
- ___ Negative comments about self ___ Negative comments about future
- _X_ Hopeless comments ___ Helpless comments
- ___ SMI (Diagnosis)
- _X_ Other symptoms/comments _Affect only mood and depressed_
_Continues to state life is not worth living. Wishes_
_he were dead. Not considered a candidate for_
_SNU @ this time per MH team._

## A: Current Diagnoses
- ___ Major Depression ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed ___ Antisocial Personality Disorder
- _X_ Other _H/o paranoid schiz, H/o paranoid PD._

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- _X_ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ___ from the previous day's level of risk. _Continue to monitor on level III._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ████████    **Number** ████████    **MH Clinician** _Robert Xxxxx, MSW_

FCM 2004    Proprietary Information Not for Distribution

# Suicide Watch: Progress Note

**Date:** _1/1/05_ **Date Watch Initiated** _____ **Time:** _1630_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.)   ____ Disheveled   ____ Unclean/malodorous
- _X_ Eye contact good   ____ Eye contact poor/avoidant   ____ Eye contact variable
- ____ Tearful/crying   ____ Agitated/restless   ____ Fatigued
- _X_ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day)   ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)   ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ____ Affect irritable   ____ Affect hostile   ____ Affect aggressive   ____ Affect labile/variable
- ____ Negative comments about self   ____ Negative comments about future
- _X_ Hopeless comments   ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Affect pale mood and depressed._
_Denies SI, HI. Overwhelmed c negative thoughts_
_today. Focused on his life sentence._

## A: Current Diagnoses
- ____ Major Depression
- ____ Bipolar Disorder, currently depressed
- ____ Schizoaffective Disorder, currently depressed
- ____ Major Depression, Recurrent
- ____ Bipolar Disorder, manic
- ____ Antisocial Personality Disorder
- _X_ Other _Ho Paranoid schizophrenic, Ho Paranoid PD_

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- ____ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- _X_ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ____ from the previous day level
of risk. _Continue to monitor on level III_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger _____
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓▓▓    **Number** ▓▓▓▓▓▓   **MH Clinician** _Robert Davis, RN, MSW_
FCM 2004                                      Proprietary Information Not for Disclosure

## Suicide Watch: Progress Note

**Date:** _1/10/05_ **Date Watch Initiated** _____ **Time:** _1031_

**FCM**

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply

- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ~~Exhibiting self harm behaviors~~
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**

**Physical Presentation:** Check all that apply

- _X_ Groomed (clean, hair combed, etc.)  ____ Disheveled  ____ Unclean/malodorous
- _X_ Eye contact good  ____ Eye contact poor/avoidant  ____ Eye contact variable
- ____ Tearful/crying  ____ Agitated/restless  ____ Fatigued
- _X_ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply

- _X_ Sleep adequate (5-8 hours per day)  ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)  ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of _all_ emotions diminished)
- ____ Affect irritable  ____ Affect hostile  ____ Affect aggressive  ____ Affect labile/variable
- ____ Negative comments about self  ____ Negative comments about future
- ____ Hopeless comments  ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Denies SI, HI. affect only mood sad. Requesting to go to SNU. Want to be involved in program._

**A: Current Diagnoses**

- ____ Major Depression  ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed  ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed  ____ Antisocial Personality Disorder
- _X_ Other _R/O Paranoid schizophrenia, R/O Paranoid PD_

**P: Suicide Watch Level (See Observation Levels form for more detail)**

- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- ____ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- _X_ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____  **decrease** ____ from the previous day's level of risk. _Continue to monitor on level III_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▮▮▮▮▮  **Number** ▮▮▮▮▮  **MH Clinician** _Robert Davis, RN, MSW_

FCM 2004                                     Proprietary Information Not for Distribution

# Suicide Watch: Progress Note

FCM

**Date:** _1/7/05_  **Date Watch Initiated** _____  **Time:** _1605_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- X Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- X Groomed (clean, hair combed, etc.)   ____ Disheveled   ___ Unclean/malodorous
- X Eye contact good   ___ Eye contact poor/avoidant   ___ Eye contact variable
- ___ Tearful/crying   ___ Agitated/restless   ___ Fatigued
- X Self injuries present (Describe) _none_ _____

**Specific Depression Symptoms:** Check all that apply
- X Sleep adequate (5-8 hours per day)   ____ Sleep poor (< 5 hours or > 9 hours per day)
- X Eating adequately (≥ approx. 60% of meals)   ____ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- X Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
- ___ Negative comments about self   ___ Negative comments about future
- ___ Hopeless comments   ___ Helpless comments
- ___ SMI (Diagnosis) _____
- X Other symptoms/comments _asking to move across hall where it is quieter. Gets upset when other I/M's become agitated. Unable to contract for safety._

**A: Current Diagnoses**
- ___ Major Depression   ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
- X Other _H/O Paranoid schizophrenia, H/O Paranoid PD_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- X Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____   decrease ___   from the previous day's level
of risk. _Continue on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger or
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ███████   **Number** ███████   **MH Clinician** _Robert Davis, LCW, MSW_

FCM 2004   Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**FCM**

**Date:** _1/6/05_    **Date Watch Initiated** _____    **Time:** _1356_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ~~____ Exhibiting self harm behaviors~~
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**

**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.)    ____ Disheveled    ____ Unclean/malodorous
- _X_ Eye contact good    ____ Eye contact poor/avoidant    ____ Eye contact variable
- ____ Tearful/crying    ____ Agitated/restless    ____ Fatigued
- _X_ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per <u>day</u>)    ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)    ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of <u>all</u> emotions diminished)
- ____ Affect irritable    ____ Affect hostile    ____ Affect aggressive    ____ Affect labile/variable
- ____ Negative comments about self    ____ Negative comments about future
- ____ Hopeless comments    ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _affect flat. Feeling little better today._ _Asking to be instated in groups and programs._ _Requesting move to other hall to get away from_ _other (disruptive inmates._

**A: Current Diagnoses**
- ____ Major Depression    ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed    ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed    ____ Antisocial Personality Disorder
- _X_ Other _No Paranoid Schizophrenia, No Paranoid P/D._

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- ____ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- _X_ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____    **decrease** ____ from the previous day's level
of risk. _Continue to monitor on level III._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ██████████    **Number** ██████████    MH Clinician _Robert Davis_, RN, MSW

FCM 2004    Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**FCM**

**Date:** _1/5/05_  **Date Watch Initiated** _____  **Time:** _0940_

### S: Symptoms Causing Initiation of Suicide Watch  Check all that apply
 **X**  Expressing thoughts/intent of self harm
 ____  History of suicide attempt(s)
 ____  Exhibiting self harm behaviors
 ____  Non-compliance regarding psychiatric medications
 ____  Other Cause(s) _____

### O: Current Status
**Physical Presentation:**  Check all that apply
 **✓** Groomed (clean, hair combed, etc.)   ____ Disheveled   ____ Unclean/malodorous
 **✓** Eye contact good   ____ Eye contact poor/avoidant   ____ Eye contact variable
 ____ Tearful/crying   ____ Agitated/restless   ____ Fatigued
 **X** Self injuries present (Describe) _none_ _____

**Specific Depression Symptoms:**  Check all that apply
 **X** Sleep adequate (5-8 hours per day)   ____ Sleep poor (< 5 hours or > 9 hours per day)
 **X** Eating adequately (≥ approx. 60% of meals)   ____ Eating poorly (≤ approx. 50%)
 ____ Affect appropriate to setting (subdued but engages with interviewer)
 **✓** Affect flat/blunted (range restricted, expression of all emotions diminished)
 ____ Affect irritable   ____ Affect hostile   ____ Affect aggressive   ____ Affect labile/variable
 ____ Negative comments about self   ____ Negative comments about future
 **X** Hopeless comments   ____ Helpless comments
 ____ SMI (Diagnosis) _____
 **X** Other symptoms/comments _Feeling hopeless, doesn't feel his_
 _life has any purpose. Would prefer to be dead._
 _affect and mood: flat, depressed._

### A: Current Diagnoses
 ____ Major Depression   ____ Major Depression, Recurrent
 ____ Bipolar Disorder, currently depressed   ____ Bipolar Disorder, manic
 ____ Schizoaffective Disorder, currently depressed   ____ Antisocial Personality Disorder
 **X** Other _H/o paranoid schizophrenia, H/o paranoid PD_

### P: Suicide Watch Level (See Observation Levels form for more detail)
 ____ Watch Level I: High risk (no personal or potentially hazardous material)
 ____ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
 **✓** Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ____ from the previous day's level
of risk. _Continue to monitor on level III._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ████████   **Number** ████████   **MH Clinician** _Robert Harris, RN, MSW_

FCM 2004   Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**FCM**

**Date:** 1/4/05  **Date Watch Initiated** _____  **Time:** 1007

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- X Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- X Groomed (clean, hair combed, etc.)  ___ Disheveled  ___ Unclean/malodorous
- X Eye contact good  ___ Eye contact poor/avoidant  ___ Eye contact variable
- ___ Tearful/crying  ___ Agitated/restless  ___ Fatigued
- X Self injuries present (Describe) _none_ _____

**Specific Depression Symptoms:** Check all that apply
- X Sleep adequate (5-8 hours per day)  ___ Sleep poor (< 5 hours or > 9 hours per day)
- X Eating adequately (≥ approx. 60% of meals)  ___ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- X Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable  ___ Affect hostile  ___ Affect aggressive  ___ Affect labile/variable
- ___ Negative comments about self  ___ Negative comments about future
- X Hopeless comments  ___ Helpless comments
- ___ SMI (Diagnosis) _____
- X Other symptoms/comments _Continues to feel hopeless & life sentence. Denies SI, HI @ present. Reports off and on thoughts of self harm or suicide. Asked about group therapy._

**A: Current Diagnoses**
- ___ Major Depression  ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed  ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed  ___ Antisocial Personality Disorder
- X Other _Ho Paranoid schizophrenia, Ho Paranoid PD_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- X Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ___  **decrease** ___  from the previous day's level of risk. _Continue to monitor on level III._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▮▮▮▮▮▮  **Number** ▮▮▮▮▮▮  **MH Clinician** _Robert E Davis, LW, MSW_

FCM 2004    Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**FCM**

**Date:** _1/3/04_ **Date Watch Initiated** _____ **Time:** _1420_ _____

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
__X__ Expressing thoughts/intent of self harm
____ History of suicide attempt(s)
____ Exhibiting self harm behaviors
____ Non-compliance regarding psychiatric medications
____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
__X__ Groomed (clean, hair combed, etc.)    ____ Disheveled    ____ Unclean/malodorous
__X__ Eye contact good    ___ Eye contact poor/avoidant    ___ Eye contact variable
____ Tearful/crying    ___ Agitated/restless    ___ Fatigued
__X__ Self injuries present (Describe) ___ _none_ _____
**Specific Depression Symptoms:** Check all that apply
__X__ Sleep adequate (5-8 hours per day)    ___ Sleep poor (< 5 hours or > 9 hours per day)
__X__ Eating adequately (≥ approx. 60% of meals)    ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
__X__ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable    ___ Affect hostile    ___ Affect aggressive    ___ Affect labile/variable
___ Negative comments about self    ___ Negative comments about future
__X__ Hopeless comments    ___ Helpless comments
___ SMI (Diagnosis) _____
__X__ Other symptoms/comments _Denies SI, HI @ present but admits to thinking about it off and on. Says some days he feels "OK" but other days just wants to end this life._

### A: Current Diagnoses
___ Major Depression    ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed    ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed    __ Antisocial Personality Disorder
__X__ Other _H/o paranoid schizophrenia, H/o Paranoid PD._

### P: Suicide Watch Level (See Observation Levels form for more detail)
___ Watch Level I: High risk (no personal or potentially hazardous material)
___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
__X__ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____ decrease ___ from the previous day's level
of risk. _Continue to monitor on level III_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ████████████    **Number** ██████████    **MH Clinician** _Robert Davis, M, MS_
FCM 2004    ████████    Proprietary Information Not for Distribution

# Suicide Watch: Progress Note

**Date:** _12/30/04_ **Date Watch Initiated** _____ **Time:** _0948_

FCM

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- _✗_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ~~____ Exhibiting self harm behaviors~~
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- _✗_ Groomed (clean, hair combed, etc.)    ____ Disheveled    ____ Unclean/malodorous
- _✗_ Eye contact good    ____ Eye contact poor/avoidant    ____ Eye contact variable
- ____ Tearful/crying    ____ Agitated/restless    ____ Fatigued
- _✗_ Self injuries present (Describe) _none_ _____

**Specific Depression Symptoms:** Check all that apply
- _✗_ Sleep adequate (5-8 hours per day)    ____ Sleep poor (< 5 hours or > 9 hours per day)
- _✗_ Eating adequately (≥ approx. 60% of meals)    ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _✗_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ____ Affect irritable    ____ Affect hostile    ____ Affect aggressive    ____ Affect labile/variable
- ____ Negative comments about self    ____ Negative comments about future
- _✗_ Hopeless comments    ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _✗_ Other symptoms/comments _Says there is no purpose for him to "be on this earth." Frustrated w/ his life. Sees no reason to live._

## A: Current Diagnoses
- ____ Major Depression    ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed    ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed    ____ Antisocial Personality Disorder
- _✗_ Other _H/o Paranoid schizophrenia, H/o Paranoid PD_

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- ____ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- _✗_ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____    **decrease** ____    from the previous day's level of risk. _Continue to monitor on level III._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓▓▓ **Number** ▓▓▓▓▓▓ **MH Clinician** _Robert Lewis, RN, MSW_

FCM 2004    Proprietary Information Not for Distribution

# Suicide Watch: Progress Note

FCM

**Date:** _12/29/04_ **Date Watch Initiated** _____ **Time:** _1020_

## S: Symptoms Causing Initiation of Suicide Watch  Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

## O: Current Status
**Physical Presentation:**  Check all that apply
- _X_ Groomed (clean, hair combed, etc.)   ____ Disheveled   ____ Unclean/malodorous
- _X_ Eye contact good   ___ Eye contact poor/avoidant   ___ Eye contact variable
- ___ Tearful/crying   ___ Agitated/restless   ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:**  Check all that apply
- _X_ Sleep adequate (5-8 hours per <u>day</u>)   ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)   ____ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect (flat)/blunted (range restricted, expression of <u>all</u> emotions diminished)
- ___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
- ___ Negative comments about self   ___ Negative comments about future
- ___ Hopeless comments   ___ Helpless comments
- ___ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Reports taking medications as prescribed. Denies SI, HI. Affect and mood flat today._

## A: Current Diagnoses
- ___ Major Depression   ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
- _X_ Other _H/o paranoid schizophrenia, H/o paranoid PD_

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- _X_ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ___   **decrease** ___   from the previous day's level
of risk. _Continue to monitor on level III._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger in ___
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ████████   **Number** ████████   **MH Clinician** _Robert Davis, RN, MSW_

FCM 2004   Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: 12.27.04 Date Watch Initiated _____ Time: 1400

FCM

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- [✓] Expressing thoughts/intent of self harm
- [ ] History of suicide attempt(s)
- [ ] Exhibiting self harm behaviors
- [ ] Non-compliance regarding psychiatric medications
- [ ] Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- [✓] Groomed (clean, hair combed, etc.) ___ Disheveled ___ Unclean/malodorous
- ___ Eye contact good [✓] Eye contact poor/avoidant ___ Eye contact variable
- ___ Tearful/crying ___ Agitated/restless ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- [✓] Sleep adequate (5-8 hours per day) ___ Sleep poor (< 5 hours or > 9 hours per day)
- [✓] Eating adequately (≥ approx. 60% of meals) ___ Eating poorly (≤ approx. 50%)
- [✓] Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable ___ Affect hostile ___ Affect aggressive ___ Affect labile/variable
- ___ Negative comments about self [✓] Negative comments about future
- [✓] Hopeless comments ___ Helpless comments
- ___ SMI (Diagnosis) _____
- ___ Other symptoms/comments  I/m reports has nothing to live for
  Cannot wait to get back to Stu so he can do it.
  facing rest of life in prison & hope for future & reason to live.
  Cmnr: Suggest journaling as a means to cope/explore thoughts & feelings related to me

**A: Current Diagnoses**
- ___ Major Depression ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed ___ Antisocial Personality Disorder
- ___ Other _____

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- [✓] Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ___    decrease ___    from the previous day's level
of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate ███████ Number ███████    MH Clinician _Julian Saturnosluw_

FCM 2004    Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: _10/24/04_   Date Watch Initiated _10/10/04_ Time: _11:00am_.

S: **Symptoms Causing Initiation of Suicide Watch** Check all that apply
_✓_ Expressing thoughts/intent of self harm
___ History of suicide attempt(s)
___ Exhibiting self harm behaviors
___ Non-compliance regarding psychiatric medications
___ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
_✓_ Groomed (clean, hair combed, etc.)    ___ Disheveled   ___ Unclean/malodorous
___ Eye contact good    _✓_ Eye contact poor/avoidant    ___ Eye contact variable
___ Tearful/crying    ___ Agitated/restless    ___ Fatigued
___ Self injuries present (Describe) _____
**Specific Depression Symptoms:** Check all that apply
___ Sleep adequate (5-8 hours per day)    _✓_ Sleep poor (< 5 hours or > 9 hours per day) _reports_ ⊕
_✓_ Eating adequately (≥ approx. 60% of meals)    ___ Eating poorly (≤ approx. 50%)  _nightmares_
___ Affect appropriate to setting (subdued but engages with interviewer)
___ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable    ___ Affect hostile    ___ Affect aggressive   ___ Affect labile/variable
___ Negative comments about self    ___ Negative comments about future
___ Hopeless comments    ___ Helpless comments
___ SMI (Diagnosis) _____
___ Other symptoms/comments _"why are they playing with my medication"_
_"I'm not going to be paranoid & feel like someone is setting_
_me up for the kill". "They are going to kill me"._

**A: Current Diagnoses**
___ Major Depression    ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed    ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed    ___ Antisocial Personality Disorder
_✓_ Other _R/o paranoid schizophrenia / no paranoid PD_.

**P: Suicide Watch Level (See Observation Levels form for more detail)**
___ Watch Level I: High risk (no personal or potentially hazardous material)
___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** _____    **decrease** _____   from the previous day
of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger
or decrease until the clinician determines the inmate/detainee has improved sufficiently to
removed from Watch and released from the Infirmary.

**Inmate** ███████████    **Number** ███████████   MH Clinician _Melesa Saturness/new_
Proprietary Information Not for Di

## Suicide Watch: Progress Note

Date: _12/23/04_ Date Watch Initiated _____ Time: _1105_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- X Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- X Groomed (clean, hair combed, etc.)  ____ Disheveled  ___ Unclean/malodorous
- X Eye contact good  ___ Eye contact poor/avoidant  ___ Eye contact variable
- ___ Tearful/crying  ___ Agitated/restless  ___ Fatigued
- X Self injuries present (Describe)  _none_

**Specific Depression Symptoms:** Check all that apply
- X Sleep adequate (5-8 hours per day)  ___ Sleep poor (< 5 hours or > 9 hours per day)
- X Eating adequately (≥ approx. 60% of meals)  ___ Eating poorly (≤ approx. 50%)
- X Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable  ___ Affect hostile  ___ Affect aggressive  ___ Affect labile/variable
- ___ Negative comments about self  ___ Negative comments about future
- ___ Hopeless comments  ___ Helpless comments
- ___ SMI (Diagnosis) _____
- X Other symptoms/comments _Denies SI, HI. affect and mood_
  _brighter. Taking all medications as prescribed._

**A: Current Diagnoses**
- ___ Major Depression  ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed  ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed  ___ Antisocial Personality Disorder
- X Other _r/o Paranoid schizophrenia, r/o Paranoid PD_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- X Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ____ from the previous day's level
of risk. _Continue to monitor on level III._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger inc
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate ▓▓▓▓▓▓▓ Number ▓▓▓▓▓▓ MH Clinician _Robert Harris, LI, MSW_
FCM 2004                                      Proprietary Information Not for Distribution



**FIRST CORRECTIONAL MEDICAL, INC.**
**PSYCHIATRIC PROGRESS NOTE**

NAME: ▮▮▮▮▮▮           SBI #: ▮▮▮▮▮▮        DATE: 12/22

**SUBJECTIVE:** EVENTS NOTED
Pt doing much better. More pleasant and
Cooperative. Reports ↓ paranoia - though admits to not being able to trust in

**OBJECTIVE:** Mental Status Exam:
**Level of Consciousness:** ☑ Awake ☑ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma
**Orientation:** ☐ Time ☐ Place ☑ Person
**Appearance:** ☑ Well-groomed/Dressed ☐ Well-nourished/developed ☐ Disheveled ☐ Weak ☐ Cachectic
**Behavior:** ☐ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☐ Slowed
☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS
**Speech:** ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone
**Mood:** 67
**Affect:** ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed
☐ Angry ☐ Euphoric/Expansive ☐ Fearful ☐ Anxious
**Thought Process:** ☑ Goal-directed ☐ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☐ Tangential/Circumstantial ☐ Thought Blocking
**Thought Content:** ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations
☐ CAN / CANNOT contract for safety          ☐ Delusions: describe _____
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe : _____
**Perceptual Disturbance:** ☑ NONE
☐ Hallucinations ☐ auditory ☐ visual ☐ tactile ☐ others _____ ☐ Illusions
**Abstraction :** ☐ Appropriate ☐ Concrete ☐ Inappropriate: describe _____
**Insight :** ☐ Good ☐ Poor ☐ Partial ☐ Manipulative          **JUDGEMENT :** ☐ Good ☐ Poor
**Mini-Mental Status Examination :** (if necessary)

**MEDICATION SIDE EFFECTS : YES / NO** Describe : _____

**ASSESSMENT :**     DIAGNOSTIC IMPRESSIONS : change previous diagnostic impression     YES     NO
schz    psy    dcp    dys    anx    imp    adj    p-subs    pers
295.xx  298.9  296.xx  300.4  300.00  312.30  309.xx  304.80  301.9

Axis I:   No  Paranoid schizophrenia
Axis II:      ☐  R/o Paranoid PD
Axis III:     ☐

**PLAN :**     Recommendations / Treatment : NEED TO INCREASE DATA BASE/RAPPORT
**PSYCHOEDUCATION/SUPPORT:** GIVEN / NOT GIVEN     Patient IS/IS NOT a danger to SELF/OTHERS

**MEDICATIONS: change from previous regimen     YES     NO**

1. Ct Risperdal.          Rationale   Psychosis.
2. _____               Rationale  _____
3. _____               Rationale  _____

**RISKS/BENEFITS OF MEDICATIONS:** DISCUSSED / NOT DISCUSSED
**PATIENT ACCEPTS / REFUSES MEDICATIONS**          **CONSENT** SIGNED / NOT SIGNED
**PATIENT INFORMED & AWARE OF WAYS & MEANS TO ACCESS MENTAL HEALTH SERVICES:** YES / NO
**REFERRAL** ☐ Individual supp ☐ Individual dynamic ☐ Individual behavioral ☐ Individual cognitive ☐ Grief ☐ Group ☐ Inpatient
**COMMENTS:**
Ct ongoing meds and supportive. Rx
Can Dc if Pt controlling for safety.

Raman Gopalakrishnan, MD.
Psychiatrist


**FIRST**
**CORRECTIONAL**
**MEDICAL**

## Suicide Watch: Progress Note

FCM

Date: _12/21/04_ Date Watch Initiated _____ Time: _1015_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
_X_ Expressing thoughts/intent of self harm
____ History of suicide attempt(s)
____ Exhibiting self harm behaviors
____ Non-compliance regarding psychiatric medications
____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
_X_ Groomed (clean, hair combed, etc.)   ____ Disheveled   ___ Unclean/malodorous
_X_ Eye contact good   ___ Eye contact poor/avoidant   ___ Eye contact variable
___ Tearful/crying   ___ Agitated/restless   ___ Fatigued
_X_ Self injuries present (Describe)   _none_
**Specific Depression Symptoms:** Check all that apply
_X_ Sleep adequate (5-8 hours per day)   ___ Sleep poor (< 5 hours or > 9 hours per day)
_X_ Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
_X_ Affect appropriate to setting (subdued but engages with interviewer)
___ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
___ Negative comments about self   ___ Negative comments about future
___ Hopeless comments   ___ Helpless comments
___ SMI (Diagnosis) _____
_X_ Other symptoms/comments _Continues to brighten affect and mood. Smiles alot. States feeling better. Denies SI, HI. Showered this morning._

**A: Current Diagnoses**
___ Major Depression   ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
_X_ Other _H/O Paranoid schizophrenia, H/O malingering_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
___ Watch Level I: High risk (no personal or potentially hazardous material)
___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
_X_ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____   **decrease** ____   from the previous day's level
of risk. _Continue to monitor on level III._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate _____ Number _____ MH Clinician _Robert Harris, RN, MSW_
FCM 2004                                        Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: _12/24/04_ Date Watch Initiated _____ Time: _0958_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- ☒ Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- ☒ Groomed (clean, hair combed, etc.) ___ Disheveled ___ Unclean/malodorous
- ☒ Eye contact good ___ Eye contact poor/avoidant ___ Eye contact variable
- ___ Tearful/crying ___ Agitated/restless ___ Fatigued
- ☒ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- ☒ Sleep adequate (5-8 hours per day) ___ Sleep poor (< 5 hours or > 9 hours per day)
- ☒ Eating adequately (≥ approx. 60% of meals) ___ Eating poorly (≤ approx. 50%)
- ☒ Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable ___ Affect hostile ___ Affect aggressive ___ Affect labile/variable
- ___ Negative comments about self ___ Negative comments about future
- ___ Hopeless comments ___ Helpless comments
- ___ SMI (Diagnosis) _____
- ☒ Other symptoms/comments _IM responding ⊕ to increased doseage of Risperdal, affect and mood bright. Denies SI, HI, A/V hallucinations._

**A: Current Diagnoses**
- ___ Major Depression ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed ___ Antisocial Personality Disorder
- ☒ Other _R/O Paranoid schizophrenia, R/O malingering_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ☒ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ___ **decrease** ___ from the previous day's level
of risk. _Continue to monitor on level III_

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger in ___
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate ▉▉▉▉▉▉ Number ▉▉▉▉▉ MH Clinician _Robert Davis, RN, MSW_
FCM 2004 ▉▉▉▉▉ Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: _12/17/04_ Date Watch Initiated _____ Time: _1030_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- X Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- X Groomed (clean, hair combed, etc.)   ___ Disheveled   ___ Unclean/malodorous
- X Eye contact good   ___ Eye contact poor/avoidant   ___ Eye contact variable
- ___ Tearful/crying   ___ Agitated/restless   ___ Fatigued
- X Self injuries present (Describe)  _none_

**Specific Depression Symptoms:** Check all that apply
- X Sleep adequate (5-8 hours per day)   ___ Sleep poor (< 5 hours or > 9 hours per day)
- X Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
- X Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
- ___ Negative comments about self   ___ Negative comments about future
- ___ Hopeless comments   ___ Helpless comments
- ___ SMI (Diagnosis) _____
- X Other symptoms/comments _affect and mood brighter today._
  _↑ risperdal could be more effective Denies SI/HI._

## A: Current Diagnoses
- ___ Major Depression   ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
- X Other _h/o Paranoid schizophrenia, h/o malingering_

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- X Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____   decrease X   from the previous day's level
of risk. _change from level II to level III._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate ▓▓▓▓▓▓▓ _____ Number ▓▓▓▓▓   MH Clinician _Robert Harris, LW, MSW_

FCM 2004   Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: _12/14/04_ Date Watch Initiated _____ Time: _1530_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- _X_ Groomed (clean, hair combed, etc.)   ____ Disheveled   ____ Unclean/malodorous
- _X_ Eye contact good   ____ Eye contact poor/avoidant   ____ Eye contact variable
- ____ Tearful/crying   ____ Agitated/restless   ____ Fatigued
- _X_ Self injuries present (Describe) _none_

**Specific Depression Symptoms:** Check all that apply
- _X_ Sleep adequate (5-8 hours per day)   ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)   ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ____ Affect irritable   ____ Affect hostile   ____ Affect aggressive   ____ Affect labile/variable
- ____ Negative comments about self   ____ Negative comments about future
- _X_ Hopeless comments   ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _Denies SI, HI @ present. Says gets "tired" of dealing c prison. Doesn't see any value in his life. affect and mood sad, depressed._

**A: Current Diagnoses**
- ____ Major Depression   ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed   ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed   ____ Antisocial Personality Disorder
- ____ Other _H/o Paranoid schizophrenia, H/o malingering_

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____ decrease ____ from the previous day's level of risk. _Continue on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

Inmate ▐██████   Number: ▐██████   MH Clinician _Robert Harris, RN, MSW_

FCM 2004   Proprietary Information Not for Distribution

FIRST
CORRECTIONAL
MEDICAL

**FIRST CORRECTIONAL MEDICAL, INC.**
**PSYCHIATRIC PROGRESS NOTE**

NAME: ▓▓▓▓▓▓▓   SBI #: ▓▓▓▓▓   DATE: 12/15/04

**SUBJECTIVE:   EVENTS NOTED:**
Pt reports 5% improvement. ⊕ disorganized beh.
Ψ testing complete. Test/Results o/w Gwen & appreciated.

**OBJECTIVE:   Mental Status Exam:**
**Level of Consciousness:** ☑ Awake ☐ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma
**Orientation:** ☐ Time ☐ Place ☐ Person
**Appearance:** ☑ Well-groomed/Dressed ☐ Well-nourished/developed ☐ Disheveled ☐ Weak ☐ Cachectic
**Behavior:** ☑ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☐ Slowed
☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS
**Speech:** ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone
**Mood:** Anxious
**Affect:** ☑ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed
☐ Angry ☐ Euphoric/Expansive ☐ Fearful ☐ Anxious
**Thought Process:** ☐ Goal-directed ☐ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☑ Tangential ☐ Circumstantial ☐ Thought Blocking ⊖
**Thought Content:** ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations
☐ CAN/CANNOT contract for safety   ☑ Delusions: describe reference/persecution.
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☑ Ideas of Reference ☑ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe: _____
**Perceptual Disturbance:** ☑ NONE
☐ Hallucinations ☐ auditory ☐ visual ☐ tactile ☐ others _____ ☐ Illusions
**Abstraction:** ☐ Appropriate ☑ Concrete ☐ Inappropriate: describe _____
**Insight:** ☐ Good ☑ Poor ☐ Partial ☐ Manipulative     **JUDGEMENT:** ☐ Good ☑ Poor
**Mini-Mental Status Examination:** (if necessary)

MEDICATION SIDE EFFECTS: YES ☑ NO Describe: _____

**ASSESSMENT:   DIAGNOSTIC IMPRESSIONS:** change previous diagnostic impression   YES   NO

| | schz | psy | dep | dys | anx | imp | adj | p-subs | pers |
|---|---|---|---|---|---|---|---|---|---|
| | 295.xx | 298.9 | 296.xx | 300.4 | 300.00 | 312.30 | 309.xx | 304.80 | 301.9 |

Axis I: R/o Paranoid schizophrenia, R/o Malingering
Axis II: Ø Paranoid PD R/o
Axis III: Ø

**PLAN:   Recommendations/Treatment:** NEED TO INCREASE DATA BASE/RAPPORT
**PSYCHOEDUCATION/SUPPORT:** GIVEN/NOT GIVEN   Patient IS/IS NOT a danger to SELF/OTHERS

**MEDICATIONS:** change from previous regimen  YES  NO
1. ↑ Risperdal to 4mg bid   Rationale 4 psis/paranoia.
2. _____ Rationale _____
3. _____ Rationale _____

**RISKS/BENEFITS OF MEDICATIONS:** DISCUSSED/NOT DISCUSSED
**PATIENT ACCEPTS/REFUSES MEDICATIONS**   CONSENT SIGNED/NOT SIGNED
**PATIENT INFORMED & AWARE OF WAYS & MEANS TO ACCESS MENTAL HEALTH SERVICES:** YES/NO
**REFERRAL** ☐ Individual supp ☐ Individual dynamic ☐ Individual behavioral ☐ Individual cognitive ☐ Grief ☐ Group
**COMMENTS:** will ↑ Risperdal to 4mg bid. Ct - supportive. Pt
compliant c̄ meds.

_Raman e._

FIRST
CORRECTIONAL
MEDICAL

Raman Gopalakrishnan
Psychiatrist



FIRST CORRECTIONAL MEDICAL, INC.
**PSYCHIATRIC PROGRESS NOTE**

NAME : ████████ey          SBI # : ████████          DATE : 12/8/04

**SUBJECTIVE** : EVENTS NOTED : I don't know what to say. Pt compliant ē meds.
Admits to eating her feces once last week — couldn't stop myself (!)
Not cu paranoid

**OBJECTIVE :**     Mental Status Exam :
**Level of Consciousness** : ☑ Awake ☐ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma
**Orientation:**     ☑ Time ☑ Place ☐ Person
**Appearance:**     ☐ Well-groomed/Dressed ☐ Well-nourished/developed ☑ Disheveled ☐ Weak ☐ Cachectic
**Behavior:**     ☐ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☑ Slowed
     ☑ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS
**Speech :**     ☐ Normal ☐ Slurred ☐ Loud ☑ Soft ☐ Pressured ☐ Slowed ☐ Monotone
**Mood :**     unknown | frustrated.
**Affect :**     ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed
     ☐ Angry ☐ Euphoric/Expansive ☐ Fearful ☑ Anxious
**Thought Process :** ☐ Goal-directed ☑ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
     ☐ Flight of Ideas ☑ Tangential/Circumstantial ☐ Thought Blocking     (P)          φ
**Thought Content :** ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations
     ☐ CAN / CANNOT contract for safety     ☐ Delusions: describe reference / persecution.
     ☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia
     ☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe :
**Perceptual Disturbance :** ☐ NONE     derogatory | threatening
     ☐ Hallucinations ☑ auditory ☐ visual ☐ tactile ☐ others ___ ☐ Illusions
**Abstraction :**     ☐ Appropriate ☑ Concrete ☐ Inappropriate: describe ___
**Insight :**     ☐ Good ☑ Poor ☐ Partial ☐ Manipulative     **JUDGEMENT :** ☐ Good ☑ Poor
**Mini-Mental Status Examination :** (if necessary)

**MEDICATION SIDE EFFECTS :** YES ☑ NO Describe : ___

**ASSESSMENT :**     **DIAGNOSTIC IMPRESSIONS : change previous diagnostic impression**     YES     NO
     schz     psy     dep     dys     anx     imp     adj     p-subs     pers
     295.xx  298.9   296.xx  300.4  300.00  312.30  309.xx  304.80  301.9

Axis I:  R/o malingering R/o dep. Dx/o ē φ etc. R/o schizophrenia
Axis II: R/o paranoid PD
Axis III:

**PLAN :**     **Recommendations / Treatment : NEED TO INCREASE DATA BASE/RAPPORT**
**PSYCHOEDUCATION/SUPPORT GIVEN/NOT GIVEN**     **Patient IS/IS NOT a danger to SELF/OTHERS**

**MEDICATIONS: change from previous regimen**     ☐ YES ☑ NO

     1.  Ct Risperdal          Rationale  paranoia
     2.  ___          Rationale ___
     3.  ___          Rationale ___

**RISKS/BENEFITS OF MEDICATIONS DISCUSSED / NOT DISCUSSED**
**PATIENT ACCEPTS / REFUSES MEDICATIONS**          **CONSENT SIGNED / NOT SIGNED**
**PATIENT INFORMED & AWARE OF WAYS & MEANS TO ACCESS MENTAL HEALTH SERVICES:**     ☑ YES / NO
**REFERRAL** ☑ Individual supp ☐ Individual dynamic ☐ Individual behavioral ☐ Individual cognitive ☐ Grief ☐ Group ☐ Inpatient
**COMMENTS:**     Ct ongoing meds, Level D obs . only. Await
ROLCHACH     pt compliant. will follow.

                    _____
                    Raman Gopalakrishnan, M.D.
                    Psychiatrist

**Patient Name:** 
**SBI#:**
**DOB:**
**Housing Unit:** DCC Infirmary
**Attending Psychiatrist:** Dr. Raman

**Educational Level:** Highest Completed 8th
**Handed:** Right Handed

**Examiner:** Gwen Scott-Jones, MSW

**Presenting Problem:** Mr. Lindsey was seen at the request of Dr. Raman for psychological testing to assess his current psychological functioning. Mr. Lindsey is presently in the infirmary and receiving acute care for his psychological condition.

**Brief Background Information:**
- Patient was reared by both his biological parents
- Patient reported that his father had history of drug and alcohol abuse
- Patient reports having a good relationship with his mother
- There is an unknown family history of mental illness
- Patient reported that he had history of receiving mental health treatment as an adolescent for suicide attempts (self-reported suicide attempts " 4or 5 times") and hearing voices
- Patient reported that he been incarcerated since the age of 18 for Murder
- Patient reported that he has Asthma

**Diagnostic Procedures:**
Clinical Interview
Mental Status Examination
Rorschach Projective Testing

**MSE:** Patient presented with adequate hygiene. He was alert and oriented to person, place, circumstances, month, but not time/date. His affect was neutral and his mood seemed depressive. Thought content was of delusional and hallucinatory phenomena. (e.g., "One of the people here put something in my room and it causes me to itch-they been after me since I been here in DCC ". "Voices told me to cut myself that is why I am here and they would of gotten mad with me if I did not eat my #2 –it made my stomach hurt"). However, thought processes were congruent to thought content. Suicidality and homicidality were presently absent. Funds of knowledge were limited and the patient presented with poor insight and judgment.

**Rorschach Projective Testing:** Mr. Lindsey approached the test in a cooperative manner. Brief statements characterized his verbal responses to the blots, demonstrating paucity of thought content. He was not integrating the whole picture on the blots and most if not all of his responses were considered non-normative or unusual. Nonetheless, the protocol was not scored because it was considered invalid because Mr. Lindsey only gave 13 responses and a valid protocol requires 14 responses for interpretation. There are numerous reasons why brief protocols occur, but either of two causes account for most: (1) resistance/defensiveness, or (2) severe impairment. However, it was opined by this examiner that Mr. Lindsey has a severe cognitive impairment or perceptual disturbance,

## Suicide Watch: Progress Note

Date: _11/1/04_ Date Watch Initiated _____ Time: _1128_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply

- _X_ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

**O: Current Status**

**Physical Presentation:** Check all that apply

- _X_ Groomed (clean, hair combed, etc.)    ____ Disheveled    ____ Unclean/malodorous
- ____ Eye contact good        ____ Eye contact poor/avoidant  _X_ Eye contact variable
- ____ Tearful/crying        ____ Agitated/restless        ____ Fatigued .
- ____ Self injuries present (Describe) _healed lacerations_

**Specific Depression Symptoms:** Check all that apply

- _X_ Sleep adequate (5-8 hours per day)    ____ Sleep poor (< 5 hours or > 9 hours per day)
- _X_ Eating adequately (≥ approx. 60% of meals)    ____ Eating poorly (≤ approx. 50%)
- ____ Affect appropriate to setting (subdued but engages with interviewer)
- _X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ____ Affect irritable    ____ Affect hostile    ____ Affect aggressive    ____ Affect labile/variable
- ____ Negative comments about self        ____ Negative comments about future
- _X_ Hopeless comments        ____ Helpless comments
- ____ SMI (Diagnosis) _____
- _X_ Other symptoms/comments _c/o of feeling overwhelmed c̄ life. Sees no reason to continue living. Sees no purpose in his life. Reports constant thoughts of self harm. Unable to contract for safety._

**A: Current Diagnoses**

- ____ Major Depression                ____ Major Depression, Recurrent
- ____ Bipolar Disorder, currently depressed    ____ Bipolar Disorder, manic
- ____ Schizoaffective Disorder, currently depressed    ____ Antisocial Personality Disorder
- _X_ Other _adjustment d/o c̄ anxiety / depression_

**P: Suicide Watch Level (See Observation Levels form for more detail)**

- ____ Watch Level I: High risk (no personal or potentially hazardous material)
- _X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ____ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ____ from the previous day of risk. _Continue to monitor on level II._

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger or decrease until the clinician determines the inmate/detainee has improved sufficiently to removed from Watch and released from the Infirmary.

Inmate ▓▓▓▓▓▓ Number ▓▓▓▓▓▓ MH Clinician _Robert Davis, RN, MSW_

FCM 2004                Proprietary Information Not for D

## Suicide Watch: Progress Note

Date: |2-09-04  Date Watch Initiated _____  Time: /0 30

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
____ Expressing thoughts/intent of self harm
____ History of suicide attempt(s)
____ Exhibiting self harm behaviors
____ Non-compliance regarding psychiatric medications
____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
___ Groomed (clean, hair combed, etc.)  ____ Disheveled ___Unclean/malodorous
___ Eye contact good  ___Eye contact poor/avoidant ___ Eye contact variable
___ Tearful/crying  ___ Agitated/restless  ___ Fatigued
___ Self injuries present (Describe) _____
**Specific Depression Symptoms:** Check all that apply
___ Sleep adequate (5-8 hours per day)  ___ Sleep poor (< 5 hours or > 9 hours per day)
___ Eating adequately (≥ approx. 60% of meals) ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
___ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable ___ Affect hostile ___ Affect aggressive ___Affect labile/variable
___ Negative comments about self  ___ Negative comments about future
___ Hopeless comments  ___ Helpless comments
___ SMI (Diagnosis) _____
___ Other symptoms/comments Depressed mood   SI O method
reports nothing to live for living is misery fearing
whole life cannot do it any more ? cannot contract for safety

**A: Current Diagnoses**
___ Major Depression  ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed  ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed ___Antisocial Personality Disorder
X  Other Adj HD  E Anxiety depression .

**P: Suicide Watch Level (See Observation Levels form for more detail)**
___ Watch Level I: High risk (no personal or potentially hazardous material)
 X Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____  decrease ___  from the previous day's level
of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate_____ Number_____ MH Clinician Melissa Gath MBS/MSW

FCM 2004                                               Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: _10/31/04_  Date Watch Initiated _____  Time: _10:30 a.m_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- ✓ Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- ___ Groomed (clean, hair combed, etc.)   ✓ Disheveled   ___ Unclean/malodorous
- ___ Eye contact good   ✓ Eye contact poor/avoidant   ___ Eye contact variable
- ___ Tearful/crying   ___ Agitated/restless   ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- ✓ Sleep adequate (5-8 hours per day)   ___ Sleep poor (< 5 hours or > 9 hours per day)
- ✓ Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
- ✓ Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
- ___ Negative comments about self   ___ Negative comments about future
- ___ Hopeless comments   ___ Helpless comments
- ___ SMI (Diagnosis) _____
- ___ Other symptoms/comments _I/M more Amenable to conversation_
  _today - still a little edgy but less angu evidenced._

**A: Current Diagnoses**
- ___ Major Depression   ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
- ✓ Other _Adjustment D/O w/ Anxiety depressed mood._

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____   decrease ____   from the previous day's level of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

Inmate ▓▓▓▓▓  Number ▓▓▓▓▓   MH Clinician _Earl M. White, MCeqMA-CADC_
FCM 2004   Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

**Date:** p-26-04    **Date Watch Initiated** _____    **Time:** /100

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- ✓ Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- ___ Groomed (clean, hair combed, etc.)    ✓ Disheveled    ___ Unclean/malodorous
- ___ Eye contact good    ✓ Eye contact poor/avoidant    ___ Eye contact variable
- ___ Tearful/crying    ___ Agitated/restless    ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- ✓ Sleep adequate (5-8 hours per day)    ___ Sleep poor (< 5 hours or > 9 hours per day)
- ✓ Eating adequately (≥ approx. 60% of meals)    ___ Eating poorly (≤ approx. 50%)
- ✓ Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable    ___ Affect hostile    ___ Affect aggressive    ___ Affect labile/variable
- ___ Negative comments about self    ___ Negative comments about future
- ___ Hopeless comments    ___ Helpless comments
- ___ SMI (Diagnosis) _____
- ___ Other symptoms/comments e/m reports "Babbling" my manhood is too.
gone my pride is gone _____

**A: Current Diagnoses**
- ___ Major Depression    ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed    ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed    ___ Antisocial Personality Disorder
- ✓ Other Adjustment d/o i anxiety depressed mood

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** _____    **decrease** _____    from the previous day's level of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▮▮▮▮▮    **Number** ▮▮▮▮    **MH Clinician** Melson Satlin mss/msw

FCM 2004    Proprietary Information Not for Distribution

# <u>Suicide Watch: Progress Note</u>

FCM

Date: 6-25-04   Date Watch Initiated 6-11-04 Time: @ 1300

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- ✓ Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- ___ Groomed (clean, hair combed, etc.)  ✓ Disheveled  ___ Unclean/malodorous
- ___ Eye contact good  ✓ Eye contact poor/avoidant  ___ Eye contact variable
- ___ Tearful/crying  ___ Agitated/restless  ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- ___ Sleep adequate (5-8 hours per day)  ___ Sleep poor (< 5 hours or > 9 hours per day)
- ___ Eating adequately (≥ approx. 60% of meals)  ✓ Eating poorly (≤ approx. 50%) by report.
- K Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of <u>all</u> emotions diminished)
- ___ Affect irritable  ___ Affect hostile  ___ Affect aggressive  ___ Affect labile/variable
- X Negative comments about self  K Negative comments about future
- X Hopeless comments  ___ Helpless comments
- ___ SMI (Diagnosis) _____
- ✓ Other symptoms/comments I/m reports O hope for future, nothing to
  life for and Believes he is suffering and cannot take it anymore.
  Intervention Crisis intervention think about future q positive things like
  pursing education q continuing to be in sons life I/m stated it didn't matter
  anyway. Wants to die. refer to psychiatrist

## A: Current Diagnoses
- ___ Major Depression  ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed  ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed  ___ Antisocial Personality Disorder
- ✓ Other Adjustment D/o ī anxiety, depressed mood.

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____   decrease ____   from the previous day's level
of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger incr___
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

Inmate ▓▓▓▓▓▓ Numb ▓▓▓▓▓▓   MH Clinician Melissa _____

FCM 2004   Proprietary Information Not for Distrib____

# Suicide Watch: Progress Note

**Date:** _1/2/04_    **Date Watch Initiated** _____    **Time:** _1330_

**FCM**

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply
✓ Expressing thoughts/intent of self harm
____ History of suicide attempt(s)
____ Exhibiting self harm behaviors
____ Non-compliance regarding psychiatric medications
____ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
___ Groomed (clean, hair combed, etc.)   ✓ Disheveled   ___ Unclean/malodorous
___ Eye contact good        ___ Eye contact poor/avoidant   ✓ Eye contact variable
___ Tearful/crying        ___ Agitated/restless        ___ Fatigued
✓ Self injuries present (Describe) _Open/red cuts / scratches on forearm._
**Specific Depression Symptoms:** Check all that apply
___ Sleep adequate (5-8 hours per day)      ___ Sleep poor (< 5 hours or > 9 hours per day)
___ Eating adequately (≥ approx. 60% of meals)      ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
___ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable    ___ Affect hostile    ___ Affect aggressive    ___ Affect labile/variable
___ Negative comments about self        ___ Negative comments about future
___ Hopeless comments        ___ Helpless comments
___ SMI (Diagnosis)
___ Other symptoms/comments _States some staff put bugs in his_
_room & that he observed. If they are trying to get him. States_
_he does not want to stay on this earth._

## A: Current Diagnoses
___ Major Depression        ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed    .    ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed    ___ Antisocial Personality Disorder
✓ Other _Adj. D/o w anxiety depressed mood._

## P: Suicide Watch Level (See Observation Levels form for more detail)
___ Watch Level I: High risk (no personal or potentially hazardous material)
✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase _____    decrease ___    from the previous day's level
of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** _____ **Number** _____ **MH Clinician** _E. White_ /MAC/ MA-
FCM 2004        Proprietary Information Not for Distribution    CAM

## Suicide Watch: Progress Note

Date: _1/22/04_  Date Watch Initiated _____  Time: _05 30_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- ✓ Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
- ___ Groomed (clean, hair combed, etc.)    ___ Disheveled   ___ Unclean/malodorous
- ___ Eye contact good        ___ Eye contact poor/avoidant  ___ Eye contact variable
- ___ Tearful/crying      ___ Agitated/restless    ___ Fatigued
- ✓ Self injuries present (Describe) _superficial cuts, scratches on (L) forearm_

**Specific Depression Symptoms:** Check all that apply
- ✓ Sleep adequate (5-8 hours per day)   ___ Sleep poor (< 5 hours or > 9 hours per day)
- ✓ Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable    ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
- ___ Negative comments about self        ___ Negative comments about future
- ___ Hopeless comments            ___ Helpless comments
- ___ SMI (Diagnosis) _____
- ___ Other symptoms/comments _pt was subdued today & had somewhat_
  _engageable. Still does not want to live, he states._

**A: Current Diagnoses**
- ___ Major Depression              ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed      ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
- ___ Other _____

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** _____    **decrease** _____    from the previous day
of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger
or decrease until the clinician determines the inmate/detainee has improved sufficiently to
removed from Watch and released from the Infirmary.

Inmate ▮▮▮▮▮▮ Number ▮▮▮▮▮  MH Clinician _E.L. White_
FCM 2004                          Proprietary Information Not for Dr·

# FIRST CORRECTIONAL MEDICAL, INC.

**First Correctional Medical**

## PSYCHIATRIC PROGRESS NOTE

NAME: _____  SBI#: _____  DATE: 10/10

**SUBJECTIVE:** EVENTS NOTED
I don't have anything to live for! I can't take the hole.
Everybody in the prison is against me.

**OBJECTIVE:** Mental Status Exam:

Appearance: ☐ Well-groomed/Dressed ☑ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

Behavior: ☐ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☑ Restless ☐ Hyperactive ☐ Slowed
☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS

Speech: ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone

Mood: _Anxious / Frustrated_

Affect: ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed ☐ Angry
☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

Thought Process: ☐ Goal-directed ☐ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☐ Tangential/Circumstantial ☐ Thought Blocking

Thought Content: ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal Ideations ☐ Homicidal Ideations
☐ CAN / CANNOT contract for safety ☐ Delusions: describe _____
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe: _____

Perceptual Disturbance: ☐ NONE
☐ Hallucinations ☐ Auditory ☐ Visual ☐ Tactile ☐ Illusions ☐ Others _____

Mini-Mental Status Examination: (if necessary)

Level of Consciousness: ☐ Awake ☐ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma

( ✓ ) Year/Season/Date/Day/Month ( ) Read & Obey "CLOSE YOUR EYES"
( ) State/County/Town/Building ( ) Write a sentence
( ) Immediate Recall 3 objects ( ) Copy a design
( ) Spell "WORLD" backwards or Serial 7's ( ) Repeat "No if's, and's or but's"
( ) Name pencil and watch ( ) Long-term recall of 3 objects

ABSTRACTION: ☐ Appropriate ☐ Concentrate ☐ Inappropriate: describe: _____

INSIGHT: ☐ Good ☐ Poor JUDGEMENT: ☐ Good ☐ Poor

MEDICATION SIDE EFFECTS: YES / NO Describe: _____

Assessment: Diagnostic impressions: change previous diagnostic impression YES / NO

Axis I: Adj Dro c anxiety/ depr; No Malingering

Axis II: Ø

Axis III: Ø

**PLAN: Recommendation / Treatment :**

PSYCHOEDUCATION/SUPPORT (GIVEN) NOT GIVEN Patient IS/IS NOT a danger to SELF/OTHERS

MEDICATIONS: change from previous regimen ( ) YES (✓) NO
1. No Meds. 3. _____
2. _____ 4. _____

RISKS / BENEFITS OF MEDICATIONS: DISCUSSED / NOT DISCUSSED   NEED TO INCREASE DATA BASE / RAPPORT

MEDICATIONS: PATIENT: ACCEPTS  REFUSES  CONSENTS: SIGNED  NOT SIGNED

PATIENT INFORMED AND AWARE OF WAYS AND MEANS TO ACESS MENTAL HEALTH SERVICES (YES)/ NO

MENTAL HEALTH GROUP REFFERAL  YES/ NO

COMMENTS:
No evo of Disorder or depression. Pt manipulative
and malingering. Maintain level II

**MENTAL HEALTH CLASSIFICATION:** change from previous classification YES / NO

_____
Mitchell Kho, M.D.
Psychiatrist

(Diagnosis code list, left margin)
319 MR
299.80 PDD
314.90 ADHD
303.90 ETOH dep
304.80 p-subs
295.30 ch.schz-prnd
295.90 ch.schz-undif
295.70 schz-aff
295.82 subs-ind.psy
298.9 psy-nos
311 dep-nos
296.33 m.dep-psy
296.34 m.dep+psy
293.83 subs-ind.dep
296.80 BPAD
309.81 PTSD
300.02 GAD
293.83 subs-ind.anx
112.30 imp-nos
109.9 adj
101.9 pers
133.90 med-ind.mov't
165.2 maling'g

# FIRST CORRECTIONAL MEDICAL, INC.

**F** **First**
**C** **Correctional**
**M** **Medical**

## PSYCHIATRIC PROGRESS NOTE

NAME: ▮▮▮▮▮▮   SBI#: ▮▮▮▮▮   DATE: 10/13

**SUBJECTIVE:**   EVENTS NOTED
If I ever go back to the CMU, You will find me string up. Pt reports being "abused."

**OBJECTIVE:**   Mental Status Exam:

**Appearance:** ☐ Well-groomed/Dressed ☑ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:** ☐ Calm ☐ Cooperative ☑ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☐ Slowed
☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS

**Speech:** ☐ Normal ☐ Slurred ☑ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone

**Mood:** _Angry / irritated_

**Affect:** ☑ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed ☑ Angry
☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

**Thought Process:** ☑ Goal-directed ☐ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations
☐ Flight of Ideas ☐ Tangential/Circumstantial ☐ Thought Blocking

**Thought Content:** ☑ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal Ideations ☐ Homicidal Ideations
☐ CAN / CANNOT contract for safety ☐ Delusions: describe_____
☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☑ Ideas of Reference ☑ Paranoia
☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe:_____

**Perceptual Disturbance:** ☑ NONE
☐ Hallucinations ☐ Auditory ☐ Visual ☐ Tactile ☐ Illusions ☐ Others_____

**Mini-Mental Status Examination:** (if necessary)

**Level of Consciousness:** ☐ Awake ☑ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma
( ) Year/Season/Date/Day/Month          ( ) Read & Obey "CLOSE YOUR EYES"
( ) State/County/Town/Building          ( ) Write a sentence
( ) Immediate Recall 3 objects          ( ) Copy a design
( ) Spell "WORLD" backwards or Serial 7's   ( ) Repeat "No if's , and's or but's"
( ) Name pencil and watch               ( ) Long-term recall of 3 objects

**ABSTRACTION:** ☐ Appropriate ☑ Concentrate ☑ Inappropriate: describe:_____

**INSIGHT:** ☑ Good ☐ Poor   **JUDGEMENT:** ☐ Good ☑ Poor

**MEDICATION SIDE EFFECTS:** YES / NO   Describe:_____

**Assessment:**   Diagnostic Impressions: change previous diagnostic impression   YES / NO

Axis I : Adj D/o E Anxiety /depression.

Axis II : Ø

Axis III : Ø

**PLAN:**   Recommendation / Treatment :

PSYCHOEDUCATION/SUPPORT GIVEN / NOT GIVEN   Patient IS / IS NOT a danger to SELF /OTHERS
MEDICATIONS: change from previous regimen ( ) YES ( ) NO
1. W/u Med1 .                3.

2.                          4.

RISKS / BENEFITS OF MEDICATIONS: DISCUSSED / NOT DISCUSSED   NEED TO INCREASE DATA BASE / RAPPORT
MEDICATIONS: PATIENT: ACCEPTS   REFUSES   CONSENTS: SIGNED   NOT SIGNED
PATIENT INFORMED AND AWARE OF WAYS AND MEANS TO ACESS MENTAL HEALTH SERVICES   YES / NO
MENTAL HEALTH GROUP REFFERAL   YES / NO

**COMMENTS:**
↑ Supportive Rp . Coordinate ā MH team on Rp Plan

**MENTAL HEALTH CLASSIFICATION:** change from previous classification   YES / NO

Mitchell Kho, M.D.
Psychiatrist

---

9    MR
9.80  PDD
4.90  ADHD
13.90 ETOH dep
14.80 p-subs
15.30 ch.schz-pmd
15.90 ch.schz-undif
15.70 schz-aff
13.82 subs-ind.psy
18.9  psy-nos
1    dep-nos
16.33 m.dep-psy
16.34 m.dep+psy
13.83 subs-ind.dep
16.80 BPAD
19.81 PTSD
10.02 GAD
13.83 subs-ind.anx
2.30  imp-nos
19.9  adj
11.9  pers
13.90 med-ind.mov't
55.2  maling'g

# Suicide Watch: Progress Note

Date: 10-9-04  Date Watch Initiated _____ Time: 1300

FCM

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply
- ✓ Expressing thoughts/intent of self harm
- ____ History of suicide attempt(s)
- ____ Exhibiting self harm behaviors
- ____ Non-compliance regarding psychiatric medications
- ____ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- ___ Groomed (clean, hair combed, etc.)    ✓ Disheveled    ___ Unclean/malodorous
- ___ Eye contact good    ✓ Eye contact poor/avoidant    ___ Eye contact variable
- ___ Tearful/crying    ___ Agitated/restless    ✓ Fatigued
- ✓ Self injuries present (Describe) Superficial Cuts on arm. Blood on shirt & floor.

**Specific Depression Symptoms:** Check all that apply
- ___ Sleep adequate (5-8 hours per day)    ___ Sleep poor (< 5 hours or > 9 hours per day)
- ___ Eating adequately (≥ approx. 60% of meals)    ___ Eating poorly (≤ approx. 50%)
- ✓ Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable    ___ Affect hostile    ___ Affect aggressive    ___ Affect labile/variable
- ___ Negative comments about self    ___ Negative comments about future
- ___ Hopeless comments    ___ Helpless comments
- ___ SMI (Diagnosis) _____
- ___ Other symptoms/comments I/m reports scratched self because bugs are crawling on him. "I have bugs under my skin." I/m asked to clean room and if felt bugs crawling on him will yell. Medical staff R/O psychosis.

## A: Current Diagnoses
- ___ Major Depression    ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed    ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed    ___ Antisocial Personality Disorder
- ✓ Other Adj. d/o anxiety & depressed mood

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase _____    decrease _____    from the previous day's level of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

Inmate ████████████  Number ████████  MH Clinician Melissa ███████ M.S.

Proprietary Information Not for Distribution

## Suicide Watch: Progress Note

Date: **018-04**   Date Watch Initiated _____ Time: **0900**

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
___ ✓ Expressing thoughts/intent of self harm
___ History of suicide attempt(s)
___ Exhibiting self harm behaviors
___ Non-compliance regarding psychiatric medications
___ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:**  Check all that apply
___ Groomed (clean, hair combed, etc.)    ✓ Disheveled ___ Unclean/malodorous
___ Eye contact good      ✓ Eye contact poor/avoidant ___ Eye contact variable
___ Tearful/crying      ___ Agitated/restless      ___ Fatigued
___ Self injuries present (Describe) _____
**Specific Depression Symptoms:**  Check all that apply
___ Sleep adequate (5-8 hours per day)    ✓ Sleep poor (< 5 hours or > 9 hours per day)
___ Eating adequately (≥ approx. 60% of meals)    ✓ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
___ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable   ___ Affect hostile   ___ Affect aggressive ___ Affect labile/variable
___ Negative comments about self      ___ Negative comments about future
___ Hopeless comments      ___ Helpless comments
___ SMI (Diagnosis) _____
___ Other symptoms/comments *reports Cannot do bele time will loose
mind not strong enough will kill self before do
hole time.*

**A: Current Diagnoses**
___ Major Depression      ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
✓ Other *Adj. Do with Anxiety & depression.*

**P: Suicide Watch Level (See Observation Levels form for more detail)**
___ Watch Level I: High risk (no personal or potentially hazardous material)
✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** _____   **decrease** ___ from the previous day
of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger
or decrease until the clinician determines the inmate/detainee has improved sufficiently to
removed from Watch and released from the Infirmary.

Inmate ▓▓▓▓ Number ▓▓▓▓   MH Clinician *Melissa Sotoms gms*
FCM 2004      Proprietary Information Not for Di

## **Suicide Watch: Progress Note**

Date: __10/15/04__  Date Watch Initiated _____  Time: __10 3 △__

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- ✓ Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

## **O: Current Status**
**Physical Presentation:**  Check all that apply
- ✓ Groomed (clean, hair combed, etc.)  ___ Disheveled  ___ Unclean/malodorous
- ✓ Eye contact good  ___ Eye contact poor/avoidant  ___ Eye contact variable
- ___ Tearful/crying  ___ Agitated/restless  ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:**  Check all that apply
- ___ Sleep adequate (5-8 hours per day)  ___ Sleep poor (< 5 hours or > 9 hours per day)
- ✓ Eating adequately (≥ approx. 60% of meals)  ___ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- ✓ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable  ___ Affect hostile  ___ Affect aggressive  ___ Affect labile/variable
- ✓ Negative comments about self  ✓ Negative comments about future
- ___ Hopeless comments  ___ Helpless comments
- ___ SMI (Diagnosis) _____
- ___ Other symptoms/comments  *Cooperative w/ writing in journal.*

## **A: Current Diagnoses**
- ___ Major Depression  ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed  ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed  ___ Antisocial Personality Disorder
- ✓ Other  *Adj. D/O w/ Anxiety & Depression*

## **P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ___    decrease ___    from the previous day's level
of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓  **Number** ▓▓▓▓  **MH Clinician** *E.M.▓▓▓* *M.S./MA - CADC*
FCM 2004  Proprietary Information Not for Dist.

## Suicide Watch: Progress Note

Date: **1 0/14/04** Date Watch Initiated _____ Time: **134 **

FCM

S: **Symptoms Causing Initiation of Suicide Watch** Check all that apply
- ✓ Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
- ✓ Groomed (clean, hair combed, etc.)    ___ Disheveled   ___ Unclean/malodorous
- ___ Eye contact good         ___ Eye contact poor/avoidant  ✓ Eye contact variable
- ___ Tearful/crying         ___ Agitated/restless       ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- ___ Sleep adequate (5-8 hours per day)      ___ Sleep poor (< 5 hours or > 9 hours per day)
- ___ Eating adequately (≥ approx. 60% of meals)      ___ Eating poorly (≤ approx. 50%)
- ___ Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable      ___ Affect hostile      ___ Affect aggressive      ___ Affect labile/variable
- ___ Negative comments about self            ___ Negative comments about future
- ___ Hopeless comments              ___ Helpless comments
- ___ SMI (Diagnosis) _____
- ___ Other symptoms/comments  *States wants to end life B/c*
  *authorities persecuting, commission - trying to get*
  *him B/c he is Muslim.*

## A: Current Diagnoses
- ___ Major Depression                 ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed    .    ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed    ___ Antisocial Personality Disorder
- ✓ Other *Adj. D/O c anxiety/depression*

## P: Suicide Watch Level (See Observation Levels form for more detail)
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____    decrease ____    from the previous day's level
of risk. _____

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

| Inmate [redacted] | Number [redacted] | MH Clinician *E. White, MSW - Mr* |

FCM 2004                                   Proprietary Information Not for Distribution

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|-----------|---------------------------------------------|
| 10/13/04 | 1430 | MH | S). I/m seen due to being on psychiatric observation level II infirmary. "I can't do this time mentally I cannot handle it. I promise I will die before I allow them to torture me. They threatened to take my pride with a broomstick I will die first. I swear on my mother and soon I will be hanging from a vent." |
| | | | O). I/m alert, oriented x 3, ⊕SI, depressed, angry negative thoughts controlling actions reports victimized in SHU and not strong enough mentally to do SHU time. |
| | | | A). I/m has a h/x of suicidal threats not in prison environment and paranoid personality by history. I/m will benefit from ongoing treatment to address these issues that lead to negative behaviors |
| | | | P) Remain on psych observation level II  Melissa ~~Slater~~ MSS/MSW). |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|--------------------|-----------|----------|
| ▓▓▓▓ | ▓▓▓▓ | | Diamen | | Inf |

FCM-002

## Suicide Watch: Progress Note

Date: __10/12/04__   Date Watch Initiated __10-9-04__  Time __0400__

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
__X__ Expressing thoughts/intent of self harm
_____ History of suicide attempt(s)
_____ Exhibiting self harm behaviors
_____ Non-compliance regarding psychiatric medications
_____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
___ Groomed (clean, hair combed, etc.)    ___ Disheveled  ___ Unclean/malodorous
___ Eye contact good        ___ Eye contact poor/avoidant  ___ Eye contact variable
___ Tearful/crying          ___ Agitated/restless        ___ Fatigued
___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
___ Sleep adequate (5-8 hours per day)     ___ Sleep poor (< 5 hours or > 9 hours per day)
___ Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
___ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable    ___ Affect hostile    ___ Affect aggressive   ___ Affect labile/variable
___ Negative comments about self          ___ Negative comments about future
___ Hopeless comments                ___ Helpless comments
___ SMI (Diagnosis) _____
___ Other symptoms/comments _c/m was sleeping_
_tried to wake-up  c/m didn't respond._

### A: Current Diagnoses
___ Major Depression                    ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed       ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed  ___ Antisocial Personality Disorder
___ Other _____

### P: Suicide Watch Level (See Observation Levels form for more detail)
___ Watch Level I: High risk (no personal or potentially hazardous material)
___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase _____   decrease _____   from the previous day
of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inma**█████████████ **Number** █████████  MH Clinician _Melissa Leckner_

FCM 2004                              Proprietary Information Not for Di

## **Suicide Watch: Progress Note**

Date: 10/11/04 Date Watch Initiated 10/9/04 Time: 0700

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
- X Expressing thoughts/intent of self harm
- ___ History of suicide attempt(s)
- ___ Exhibiting self harm behaviors
- ___ Non-compliance regarding psychiatric medications
- ___ Other Cause(s) _____

**O: Current Status**

**Physical Presentation:** Check all that apply
- X Groomed (clean, hair combed, etc.)   ___ Disheveled   ___ Unclean/malodorous
- X Eye contact good   ___ Eye contact poor/avoidant   ___ Eye contact variable
- ___ Tearful/crying   ___ Agitated/restless   ___ Fatigued
- ___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply
- X Sleep adequate (5-8 hours per day)   ___ Sleep poor (< 5 hours or > 9 hours per day)
- ___ Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
- X Affect appropriate to setting (subdued but engages with interviewer)
- ___ Affect flat/blunted (range restricted, expression of all emotions diminished)
- ___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
- ___ Negative comments about self   ___ Negative comments about future
- ___ Hopeless comments   ___ Helpless comments
- ___ SMI (Diagnosis)
- ___ Other symptoms/comments I/m reports came back to infirmary Due
  to being placed in a cell with food and water
  all over the floor of the cell is not suicide, although continues
  to report will use self if return to SHU.

**A: Current Diagnoses**
- ___ Major Depression   ___ Major Depression, Recurrent
- ___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
- ___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
- ___ Other _____

**P: Suicide Watch Level (See Observation Levels form for more detail)**
- ___ Watch Level I: High risk (no personal or potentially hazardous material)
- ___ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
- ___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: **an increase** ___   **decrease** ___   from the previous day's level of risk.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase or decrease until the clinician determines the inmate/detainee has improved sufficiently to be removed from Watch and released from the Infirmary.

**Inmate** ▓▓▓▓▓▓   **Number** ▓▓▓▓▓▓   **MH Clinician** _Melissa Sotken NBS/me_

FCM 2004   Proprietary Information Not for Distribution

## Suicide Watch: Initial Progress Note

**Inmate Name:** ▓▓▓▓▓▓  **Number** ▓▓▓▓▓▓

**Date:** _10/8/04_    **Time:** _1330_

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply

____ Thoughts of self harm: (Describe) _____

____ History of suicide attempt(s)    Method of attempt: _____

✓ Exhibiting self harm behaviors: (Describe) _Multiple scratches on (L) forearm_
_4 spot bleeding._

____ Non-compliance regarding psychiatric medications: (Describe how non-compliance is related to self harm concerns) _____

____Other Cause(s)_____

**O: Current Status**

**Physical Presentation:** Check all that apply

✓ Groomed (clean, hair combed, etc.)  ____ Disheveled  ___Unclean/malodorous

✓ Eye contact good        ___ Eye contact poor/avoidant  ___ Eye contact variable

___ Tearful/crying        ___ Agitated/restless    ___ Fatigued   ___Other _____

___ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply

✓ Sleep good (5-8 hours per day)     ___ Sleep poor (< 5 hours or > 9 hours per day)

✓ Eating adequately (≥ approx. 60% of meals) ___ Eating poorly (≤ approx. 50%)

✓ Affect appropriate to setting (subdued but engages with interviewer)

___ Affect flat/blunted (range restricted, expression of all emotions diminished)

___ Affect irritable  ___ Affect hostile  ___ Affect aggressive  ___Affect labile/variable

___ Negative comments about self      ___ Negative comments about future

___ Hopeless comments    ___Helpless comments

___ Presence of SMI (Diagnosis) _____

___ Other symptoms  _⊘ current SI/HI, ⊘ AH/VH, ⊘ delusions_

**Mental Status:** Check all that apply

✓ Alert      ✓ Oriented to place      ✓ Oriented to time (within 1-3 hc .

✓ Oriented to person

✓ Oriented to current situation (why being interviewed, current emotional status, etc.)

**A: Current Diagnoses**

___ Major Depression              ___ Major Depression, Recurrent

___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic

___ Schizoaffective Disorder, currently depressed  ___ Antisocial Personality Disord

___ Other  _799.9    Deferred_

**P: Suicide Watch Level (See Observation Levels form for more detail)**

___Watch Level I: High risk (no personal or potentially hazardous material)

✓ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)  _D/c back to SHu_

___Watch Level III: Low risk (some personal items and uniforms may be allowed  _ASAP_

_Keep on list until discharge back to SHU @_

Inmate/detainee will be seen daily for evaluation of suicide/self harm danger with there

interventions as needed.

Clinician Name _Carl White, m.d/ma/mk_

Proprietary Information No:

## Suicide Watch: ~~Initial Progress Note~~ *Prog Note*

**Inmate Name:** ████████████ **Number:** ████████

**Date:** _10/5/04_ **Time:** _____

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply

_✓_ Thoughts of self harm: (Describe) _____

_____ History of suicide attempt(s)    Method of attempt: _____

_____ Exhibiting self harm behaviors: (Describe) _____

_____ Non-compliance regarding psychiatric medications: (Describe how non-compliance is related to self harm concerns) _____

_____ Other Cause(s) _____

### O: Current Status

**Physical Presentation:** Check all that apply

_✓_ Groomed (clean, hair combed, etc.)   _____ Disheveled   _____ Unclean/malodorous
_✓_ Eye contact good   _____ Eye contact poor/avoidant   _____ Eye contact variable
_____ Tearful/crying   _____ Agitated/restless   _____ Fatigued   _____ Other _____
_____ Self injuries present (Describe) _____

**Specific Depression Symptoms:** Check all that apply

_✓_ Sleep good (5-8 hours per day)   _____ Sleep poor (< 5 hours or > 9 hours per day)
_✓_ Eating adequately (≥ approx. 60% of meals)   _____ Eating poorly (≤ approx. 50%)
_✓_ Affect appropriate to setting (subdued but engages with interviewer)
_____ Affect flat/blunted (range restricted, expression of all emotions diminished)
_____ Affect irritable   _____ Affect hostile   _____ Affect aggressive   _____ Affect labile/variable
_____ Negative comments about self   _____ Negative comments about future
_____ Hopeless comments   _____ Helpless comments
_____ Presence of SMI (Diagnosis) _____
_____ Other symptoms _I/m Denies any S/HI, Contracts for Safety_

**Mental Status:** Check all that apply

_✓_ Alert   _✓_ Oriented to place   _____ Oriented to time (within 1-3 hours)
_✓_ Oriented to person
_✓_ Oriented to current situation (why being interviewed, current emotional status, etc.)

### A: Current Diagnoses

_____ Major Depression   _____ Major Depression, Recurrent
_____ Bipolar Disorder, currently depressed   _____ Bipolar Disorder, manic
_____ Schizoaffective Disorder, currently depressed   _____ Antisocial Personality Disorder
_✓_ Other _Paranoid P/D_

### P: Suicide Watch Level (See Observation Levels form for more detail)

_____ Watch Level I: High risk (no personal or potentially hazardous material)
_✓_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
_✓_ Watch Level III: Low risk (some personal items and uniforms may be allowed

*D/C from INF with will flw c M-I counseling who I/m returns to ... see the stou*

Inmate/detainee will be seen daily for evaluation of suicide/self harm danger with therapeutic interventions as needed.

Clinician Name _____

Proprietary Information Not ___ ___ ___

## Suicide Watch: Progress Note

**Date:** /0/1/0/ **Date Watch Initiated** _____ **Time:** /5 3 6

**FCM**

**S: Symptoms Causing Initiation of Suicide Watch** Check all that apply
____ Expressing thoughts/intent of self harm
____ History of suicide attempt(s)
_X_ Exhibiting self harm behaviors *attempted to hang self.*
____ Non-compliance regarding psychiatric medications
____ Other Cause(s) _____

**O: Current Status**
**Physical Presentation:** Check all that apply
___ Groomed (clean, hair combed, etc.)  _X_ Disheveled  ___Unclean/malodorous
_X_ Eye contact good  ___ Eye contact poor/avoidant  ___ Eye contact variable
___ Tearful/crying  ___ Agitated/restless  ___ Fatigued
___ Self injuries present (Describe) _____
**Specific Depression Symptoms:** Check all that apply
_X_ Sleep adequate (5-8 hours per day)  ___ Sleep poor (< 5 hours or > 9 hours per day)
_X_ Eating adequately (≥ approx. 60% of meals)  ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
_X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable  ___ Affect hostile  ___ Affect aggressive  ___ Affect labile/variable
___ Negative comments about self  ___ Negative comments about future
___ Hopeless comments  ___ Helpless comments
___ SMI (Diagnosis) _____
_X_ Other symptoms/comments *A ↓O X 3. Denies A/V hallucinations.*
*Reports off and on thoughts of self harm.*
*Affect and mood flat, sad.*

**A: Current Diagnoses**
___ Major Depression  ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed  .  ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed  ___ Antisocial Personality Disorder
_X_ Other *Deferred*

**P: Suicide Watch Level (See Observation Levels form for more detail)**
___ Watch Level I: High risk (no personal or potentially hazardous material)
_X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an **increase** ____ **decrease** ____ from the previous day's level
of risk. *Continue on level II.*

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger increase
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** ▮▮▮▮▮  **Number** ▮▮▮▮▮  **MH Clinician** *Robert Harris, RN, MSW*
FCM 2004  Proprietary Information Not for Distribution

# Suicide Watch: Progress Note

**Date:** _10/4/04_ **Date Watch Initiated** _____ **Time:** _130_

## S: Symptoms Causing Initiation of Suicide Watch Check all that apply
____ Expressing thoughts/intent of self harm
____ History of suicide attempt(s)
_✓_ Exhibiting self harm behaviors *attempted to hang self*.
____ Non-compliance regarding psychiatric medications
____ Other Cause(s) _____

## O: Current Status
**Physical Presentation:** Check all that apply
___ Groomed (clean, hair combed, etc.)   _✓_ Disheveled   ___ Unclean/malodorous
___ Eye contact good   ___ Eye contact poor/avoidant   ___ Eye contact variable
___ Tearful/crying   ___ Agitated/restless   _✓_ Fatigued
___ Self injuries present (Describe) _____
**Specific Depression Symptoms:** Check all that apply
_✓_ Sleep adequate (5-8 hours per day)   ___ Sleep poor (< 5 hours or > 9 hours per day)
_✓_ Eating adequately (≥ approx. 60% of meals)   ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
_✓_ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable   ___ Affect hostile   ___ Affect aggressive   ___ Affect labile/variable
___ Negative comments about self   ___ Negative comments about future
___ Hopeless comments   ___ Helpless comments
___ SMI (Diagnosis) _____
_✓_ Other symptoms/comments   *I/m sleeping peacefully*.
_____
_____

## A: Current Diagnoses
___ Major Depression   ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed   ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
_✓_ Other _799.7 Deferred_

## P: Suicide Watch Level (See Observation Levels form for more detail)
___ Watch Level I: High risk (no personal or potentially hazardous material)
_✓_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed)

The checked Watch Level is: an increase ____   decrease ___   from the previous day a level
of risk. *Continue to monitor on Lv. II*.

Inmate/detainee will continue to be seen daily for evaluation of suicide/self harm danger
or decrease until the clinician determines the inmate/detainee has improved sufficiently to be
removed from Watch and released from the Infirmary.

**Inmate** [redacted]   **Number** [redacted]   **H Clinician** [signature]
FCM 2004   Proprietary Information Not for Dist

## Suicide Watch: Initial Progress Note

**Inmate Name:** ▓▓▓▓▓▓  ▓▓ **Number** ▓▓▓▓▓▓
**Date:** _9/30/04_                    **Time:** _1040_

---

### S: Symptoms Causing Initiation of Suicide Watch Check all that apply
_____ Thoughts of self harm: (Describe) _____

_____ History of suicide attempt(s)    Method of attempt: _____

__X__ Exhibiting self harm behaviors: (Describe) _Attempted to hang self_

_____ Non-compliance regarding psychiatric medications: (Describe how non-compliance is related to self harm concerns) _____

_____ Other Cause(s) _____

### O: Current Status
**Physical Presentation:** Check all that apply
___ Groomed (clean, hair combed, etc.)    _X_ Disheveled    ___ Unclean/malodorous
___ Eye contact good           ___ Eye contact poor/avoidant    _X_ Eye contact variable
___ Tearful/crying            ___ Agitated/restless    ___ Fatigued    ___ Other _____
___ Self injuries present (Describe) _____
**Specific Depression Symptoms:** Check all that apply
_X_ Sleep good (5-8 hours per day)      ___ Sleep poor (< 5 hours or > 9 hours per day)
_X_ Eating adequately (≥ approx. 60% of meals) ___ Eating poorly (≤ approx. 50%)
___ Affect appropriate to setting (subdued but engages with interviewer)
_X_ Affect flat/blunted (range restricted, expression of all emotions diminished)
___ Affect irritable    ___ Affect hostile    ___ Affect aggressive    ___ Affect labile/variable
___ Negative comments about self        ___ Negative comments about future
___ Hopeless comments        ___ Helpless comments
___ Presence of SMI (Diagnosis) _____
_X_ Other symptoms _Denies SI, HI @ present_
**Mental Status:** Check all that apply
_X_ Alert       _X_ Oriented to place       _X_ Oriented to time (within 1-3 hours)
_X_ Oriented to person
_X_ Oriented to current situation (why being interviewed, current emotional status, etc.)

### A: Current Diagnoses
___ Major Depression                    ___ Major Depression, Recurrent
___ Bipolar Disorder, currently depressed      ___ Bipolar Disorder, manic
___ Schizoaffective Disorder, currently depressed   ___ Antisocial Personality Disorder
_X_ Other _deferred_

### P: Suicide Watch Level (See Observation Levels form for more detail)
___ Watch Level I: High risk (no personal or potentially hazardous material)
_X_ Watch Level II: Moderate risk (same but with staggered checks ≤ 15 minutes)
___ Watch Level III: Low risk (some personal items and uniforms may be allowed

Inmate/detainee will be seen daily for evaluation of suicide/self harm danger with therapeutic interventions as needed.

Clinician Name _Robert Harris, RN, MSW_

     Proprietary Information Not for ▓▓ ▓▓▓▓▓

# FIRST CORRECTIONAL MEDICAL, INC.

First Correctional Medical

## PSYCHIATRIC PROGRESS NOTE

NAME: [redacted] SBI#: [redacted] DATE: 9/29/04

SUBJECTIVE: EVENTS NOTED
Pt anxious and upset. Was sent to isolation and is very anxious about his terminally ill mother. Feels there is nothing to live for.

OBJECTIVE: Mental Status Exam:

**Appearance:** ☐ Well-groomed/Dressed ☐ Disheveled ☐ Well-nourished/developed ☐ Weak ☐ Cachectic

**Behavior:** ☐ Calm ☐ Cooperative ☐ Agitated ☐ Uncooperative ☐ Restless ☐ Hyperactive ☐ Slowed ☐ Good eye contact ☐ Poor eye contact ☐ Bizarre ☐ Irritable ☐ AIMS

**Speech:** ☐ Normal ☐ Slurred ☐ Loud ☐ Soft ☐ Pressured ☐ Slowed ☐ Monotone

**Mood:** Anxious / upset / overwhelmed.

**Affect:** ☐ Appropriate ☐ Inappropriate ☐ Flat ☐ Blunted ☐ Constricted ☐ Depressed ☐ Angry ☐ Euphoric/Expansive ☐ Fearful ☐ Anxious

**Thought Process:** ☐ Goal-directed ☐ Coherent ☐ Logical ☐ Incoherent ☐ Illogical ☐ Looseness of Associations ☐ Flight of Ideas ☐ Tangential/Circumstantial ☐ Thought Blocking

**Thought Content:** ☐ Appropriate ☐ Racing thoughts ☐ Poverty of thought ☐ Suicidal ideations ☐ Homicidal ideations ☐ CAN / CANNOT contract for safety ☐ Delusions: describe ☐ Thought Broadcasting ☐ Thought Insertion ☐ Thought Control ☐ Ideas of Reference ☐ Paranoia ☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Preoccupations describe:

but cannot promise once he returns to SHU.

**Perceptual Disturbance:** ☐ NONE
☐ Hallucinations ☐ Auditory ☐ Visual ☐ Tactile ☐ Illusions ☐ Others

**Mini-Mental Status Examination:** (if necessary)

**Level of Consciousness:** ☐ Awake ☐ Alert ☐ Drowsy ☐ Lethargic ☐ Stuporous ☐ Coma

(✓) Year/Season/Date/Day/Month
( ) State/County/Town/Building
( ) Immediate Recall 3 objects
( ) Spell "WORLD" backwards or Serial 7's
( ) Name pencil and watch
( ) Read & Obey "CLOSE YOUR EYES"
( ) Write a sentence
( ) Copy a design
( ) Repeat "No if's, and's or but's"
( ) Long-term recall of 3 objects

**ABSTRACTION:** ☐ Appropriate ☐ Concentrate ☐ Inappropriate: describe:

**INSIGHT:** ☐ Good ☐ Poor **JUDGEMENT:** ☐ Good ☐ Poor

**MEDICATION SIDE EFFECTS:** YES / NO Describe:

***Assessment:*** **Diagnostic impressions: change previous diagnostic impression** YES / NO

Axis I: Adj D/O c̄ anxiety / depression.

Axis II: def.

Axis III: Ø

9 MR
9.80 PDD
4.90 ADHD
3.90 ETOH dep
4.80 p-subs
5.30 ch.schz-pmd
5.90 ch.schz-undif
5.70 schz-aff
3.82 subs-ind.psy
8.9 psy-nos
1 dep-nos
6.33 m.dep-psy
6.34 m.dep+psy
3.83 subs-ind.dep
6.80 BPAD
9.81 PTSD
0.02 GAD
3.83 subs-ind.anx
2.30 imp-nos
9.9 adj
1.9 pers
3.90 med-ind.mov't
5.2 maling'g

**PLAN:** **Recommendation / Treatment:**

**PSYCHOEDUCATION/SUPPORT:** GIVEN / NOT GIVEN Patient IS / IS NOT a danger to SELF / OTHERS

**MEDICATIONS:** change from previous regimen ( ) YES ( ) NO

1. W/H meds.
2.
3.
4.

**RISKS / BENEFITS OF MEDICATIONS:** DISCUSSED / NOT DISCUSSED NEED TO INCREASE DATA BASE / RAPPORT

MEDICATIONS: PATIENT: ACCEPTS REFUSES CONSENTS: SIGNED NOT SIGNED

PATIENT INFORMED AND AWARE OF WAYS AND MEANS TO ACESS MENTAL HEALTH SERVICES YES / NO

**MENTAL HEALTH GROUP REFFERRAL** YES / NO

**COMMENTS:** Will offer indiv / supportive Rx. W/H S/O depression and consider meds as needed.

**MENTAL HEALTH CLASSIFICATION:** change from previous classification YES / NO

[signature]
Mitchell Kho, M.D.
Psychiatrist

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 9/7/04 | 1330 | PSG | (S) Sitting by window. Dressed in blue paper gown. States he is not suicidal, but does not like the 15 days he has to spend in the SHU. Reports his mother is ill and that it is difficult for him when he can not telephone her. (O) Neat and well groomed. Denies SI, HI. Agreed that he may as well go back to the SHU, Serve the 15 days and move on. (A) A&0x3. Denies SI, HI, A/V hallucinations. affect and mood are appropriate. (P) Discharge from P observations. Discharge from the infirmary. ——— Robert Harris, RN, MSW |
| 9/9/04 | 1430 | MH | (S) I/m was seen in the INF for a routine Mental Health Appt. (O) Expressed S/I, "I'm going to hurt myself as soon as I can. Sooner or later you'll have to let me out of here". I/m claims that his mom is terminally ill and has recently taken a turn for the worse. (A) I/m is @ a ↑ risk for self-harm and needs to be maintained @ Level II until stable ——— (P) 1º Maintain Level II  2º Contact Counselor re, Contact family |

Facility Name _____ *DCC* _____     Month/Year _____     STOTE

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Risperdol 3mg PO bid x 7 days — A

RN Init. _____ START DATE 12/16/04 STOP DATE 12/22/04 — HS

0900

Risperdol 4mg PO 9 Pm x 7 days — 2100

RN Init. _____ START DATE 12/23/04 STOP DATE 12/29/04

Risperdol 4mg PO bid x 90 days — A

RN Init. _____ START DATE 12/30/04 STOP DATE 03/30/05 — HS

RN Init. _____ START DATE _____ STOP DATE _____

RN Init. _____ START DATE _____ STOP DATE _____

RN Init. _____ START DATE _____ STOP DATE _____

RN Init. _____ START DATE _____ STOP DATE _____

ALLERGY: *NKDA*

DIAGNOSIS:

PATIENT NAME: ████████  ID: ████████  WING: 190

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | PO | Laurie Craig LPN | LC |
| | HE | | |
| Deb Roswell cnia | DL | | |
| N. OBALE | N.O | | |

**DOCUMENTATION CODES =**
- DC - Discontinued Order
- DO - Dose Omitted
- MH - Medical Hold
- R - Refused
- C - Court
- LD - Lock Down
- S - Self Administered
- NS - No Show
- O - Other

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

Facility Name _____ DCC
Month/Year _ DEC/04 ·
STDT02

| | HOUR | 1 | 2 | 3 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cepacol Throat Lozenges · T Lozenges
PO Q4° PRN
RN Init. VO   START DATE 12/5/04   STOP DATE — PRN

Risperdol 3mg PO Bid x 7 days
RN Init. ___ RN  START DATE 12/15/04   STOP DATE 12/17/04 — AP

Risperdol 3mg PO Bid x 9 days
RN Init. ___ RN  START DATE 12/15/04   STOP DATE — 0900 / 2100

Risperdol 3mg PO x 7 days 12/19/04
RN Init. ___ RN  START DATE 12/19/04  STOP DATE 12/20/04 — 0900

Risperdol 4mg PO x 7 days 12/19/04   12/21/04
RN Init. ___ RN  START DATE 12/22/04  STOP DATE 12/22/05 — 2100

Risperdol 4 mg PO x 90 days Bid
RN Init. ___ RN  START DATE 12/22/04  STOP DATE 03/21/05 — A HS

Albuterol MDI 2puffs QID prn x90d Rodgers
RN Init. ___  START DATE 12/20/04  STOP DATE 3/20/04 — PRN

RN Init. ___   START DATE ___   STOP DATE ___

RN Init. ___   START DATE ___   STOP DATE ___

ALLERGY  NKDA
DIAGNOS __
PATIENT NAME ▓▓▓▓▓   ID ▓▓▓▓▓   WING 190

DOCUMENTATION CODES =
DC - Discontinued Order     R - Refused            S - Self Administered
DO - Dose Omitted           C - Court              NS - No Show
MI - Medical Hold           LD - Lock Down         O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| Victor ___ RN | VO | Maria Ramos RN | MR |
| N. OBALE | N.O. | Ann Swanson LPN | AP |
| Andre ___ | AP | CA June RN | NC |
| RN ___ | J | | |

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Risperdal 2mg po BID x 90 Days — A
Raman START DATE 12-04-04 STOP DATE 03-03-05 — P

Risperdal 1.5mg po BID x 7 Days — A
Raman START DATE 11-28-04 STOP DATE 12-03-04 — P / STOP

QVAR 80mcg ii puffs BID PRN x 90 Days — PRN
START DATE 10/8/04 STOP DATE 01/08/05

Albuterol MDI ii puffs _____ — PRN
START DATE 10/8/04 STOP DATE _____ / Renewed 12/20/04

Risperdal 2mg T tab PO q AM x 90 days — A
Raman START DATE 12/1/04 STOP DATE 3/1/04

Risperdal 3mg T tab PO q PM x 90 days — P
Raman START DATE 12/1/04 STOP DATE 3/1/04

Haldol 5mg PO/IM q6° PRN x 7 days
agitation ē danger to self/others/disorganized behavior — PRN
START DATE 11/25/04 STOP DATE 12/1/04

Cogentin 1mg PO/IM q6° PRN x 7 days
agitation ē danger to self/others/disorganized behavior — PRN
START DATE 11/25/04 STOP DATE 12/1/04

TAO to (L) forearm - Apply TID x 10 days — A / N / P
N Init. N-0 Roger START DATE 11/23/04 STOP DATE 11/28/04

ALLERGY: NKDA

DIAGNOSIS:

PATIENT NAME: _____    ID: _____    WING: 190

DOCUMENTATION CODES =
DC - Discontinued Order
DO - Dose Omitted
MH - Medical Hold
R - Refused
C - Court
LD - Lock Down
S - Self Administered
NS - No Show
O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| Deb Rockwell, LPN | DR | Ellen Semler RN | ET |
| M Obale, LPN | N-0 | Tina Johnson RN | |
| Victoria RN | VD | Kimberly Sampule RN | |
| Andre S Gulicka | AG | Maria Krause LPN | |
| P R | | Ann Swanson LPN | |

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS



| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cepacol lozenger ÷ Q6h prn X5 day — R
Purdano   START DATE 1-15-04   STOP DATE 11-20-04 — N

Risperdal   0.5mg P.O. BID x 3days — A
then
N Init. Raman START DATE 11/17/04 STOP DATE 11/20/04 — P

Risperdal   1 mg   PO   BID x 7 days — A
then
N Init. Raman START DATE 11/21/04 STOP DATE 11/27/04 — P

Risperdal   1.5 mg   PO BID x 7days — A
N Init. Raman START DATE 11/28/04 STOP DATE 12/03/04 — P

Risperdal 2mg   PO B.i.d   X 90days — A
N Init. Raman START DATE 12/04/04 STOP DATE 03/03/05 — P

~~Cepacol lozenge X 5 day q.o. q° prn per usal P~~ — q°
N Init. START DATE 11-22-04 STOP DATE 11-29-04

TAO to (L) Forearm Apply TID x 10 days — A
(L) Forearm  BID X 5 days — N
Rogers   START DATE 11-23-04 STOP DATE 12-3-04 — P

Hydrocortisone cream 1% apply to
(L) arm BID X 5 days — 0900
Rogers   START DATE 11-23-04 STOP DATE 11-28-04 — HS

Risperdal 1.5mg PO Bid x 3days — A
Raman   START DATE 11/25/04 STOP DATE 11/28/04 — P

ALLERGY NKDA

DIAGNOSIS

PATIENT NAME ████████    WING 190

**DOCUMENTATION CODES**
C - Discontinued Order      R - Refused          S - Self Administered
O - Dose Omitted            C - Court            NS - No Show
- Medical Hold              LD - Lock Down       O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| N. OBALE | N-0. | Maria Ramos | |
| Jen Blauer | JB | A Smith | |
| B Bishop Ba | B | Olive De ka | |

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Risperdal 2mg po BID x 3 days   **A**
                             **P**
Raxman   START DATE 11/28/04 STOP DATE 11/30/04   **P**

Haldol 5mg IM/PO q 6° PRN x 7days   **P**
  agitation ≅ danger to self/others/disorganized behavior   **R**
Raxman   START DATE 11/25/04 STOP DATE 12/1/04   **N**

Cogentin 1mg PO/IM q 6° PRN x 7 days   **P**
agitation ≅ danger to self/others/disorganized behavior   **R**
Raxman   START DATE 11/25/04 STOP DATE 12/1/04   **N**

N Init.   START DATE   STOP DATE

N Init.   START DATE   STOP DATE

N Init.   START DATE   STOP DATE

N Init.   START DATE   STOP DATE

N Init.   START DATE   STOP DATE

N Init.   START DATE   STOP DATE

ALLERGY  NKDA

DIAGNOSIS

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| P Bucky Bar | B3 | | |

ID _____  WING 190

DOCUMENTATION CODES =
| | | |
|---|---|---|
| DC - Discontinued Order | R - Refused | S - Self Administered |
| DO - Dose Omitted | C - Court | NS - No Show |
| H - Medical Hold | LD - Lock Down | O - Other |

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS



| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

QVAR 80 mcg ii Puffs BID PRN
x 90d
Rodgers for  START DATE 10/8/04  STOP DATE 01/08/05  [P R N]

Albuterol MDI ii Puffs QID PRN x90 Days
Rodgers for  START DATE 10/08/04  STOP DATE 01/08/05  [P R N]

Vit A + D to Face BID x5 days
C.J. Rogers  START DATE 11/05/04  STOP DATE 11/10/04  [A P]

CTM 4mg po _____  START DATE 11/7/04  STOP DATE ____  [P R N]

Risperdal 1mg po BID x 3days
Boman  START DATE 11/10/04  STOP DATE 11/13/04  [A P]

Risperdal 1mg po q AM x 3days
Boman  START DATE 11/14/04  STOP DATE 11/16/04  [A]

Risperdal 2mg po q PM x 3days
Boman  START DATE 11/14/04  STOP DATE 11/16/04  [P]

Risperdal 2mg po BID x 9days
Boman  START DATE 11/7/04  STOP DATE ____  [A P]

Cepacol lozenges q4hrs PRN for sore throat
Init.  START DATE 11-14-04  STOP DATE 11-16-04  [P R N]



ALLERGY  NKDA

PATIENT NAME ____  ID# ____  WING 190

DOCUMENTATION CODES =
DC - Discontinued Order    R - Refused    S - Self Administered
DO - Dose Omitted    C - Court    NS - No Show
MH - Medical Hold    LD - Lock Down    O - Other

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| Lernie Jahsonion H Suna RN | H | Maria Lamoth Gholiverde | |
| N. OBALE | N.O | Anu Swanamed, Deela Savage, LPN | BS |
| Po | | Ellen Jenex RN | |
| Barb_____ | | C. Stringer | CA |

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QVAR 80mcg ii puffs BID PRN X 30 DAYS<br>N Rodgers  START DATE 10-08 04 STOP DATE 01-08 05 | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Albuteral MDI ii puffs QID PRN X 90 DAYS<br>N Rodgers  START DATE 10-08 04 STOP DATE 01-08 05 | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Haldol 10 mg IM x i dose.<br>N Init. Defalie  START DATE 10/24/04 STOP DATE — | 2030 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cogentin 1 mg IM x i dose.<br>N Init. Defalie  START DATE 10/24/04 STOP DATE — | 2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ativan 1 mg IM x i dose.<br>N Init. Defalie  START DATE 10/24/04 STOP DATE — | 2030 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| phosphosoda 1.5 glass fluid X 1 Dose<br>Rodgers  START DATE 10-25-04 STOP DATE 10-25-04 | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 fleet Bisacodyl tabs (5mg) X 1 Dose<br>N Rodgers  START DATE 10-25-04 STOP DATE 10-25-04 | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vit. A&D to face  BID x 5 DAYS<br>Rodgers  START DATE 16-26-04 STOP DATE 10-31-04 | A P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N Init.  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY   NKDA

DIAGNOSIS

PATIENT NAME

DOCUMENTATION CODES =

DC - Discontinued Order    R - Refused    S - Self Administered
DO - Dose Omitted    C - Court    NS - No Show
J - Medical Hold    LD - Lock Down    O - Other

190
787
WING

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| Deb Rylander rn | DR | Ann Swanson LPN | AS |
| Sholuer da Raish | | | |
| Jenkslew | | | |
| Bishopsu | | | |
| Sue Dawn Roos, rn | | | |

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS



Facility Name __ DCC __     Month/Year __ 10/04 __     STDT0₂

| | HOUR | 1 | 2 | 3 | | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QVAR MDI 2puffs Bid prn X120days Rodgrs N Init. START DATE 9/28/04 STOP DATE 3/28/05 | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Albuterol MDI 2puffs Qid prn X120days Rodgrs N Init. START DATE 9/28/04 STOP DATE 1/28/05 | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QVAR MDI 2puffs BID PRN X 120DAYS prn Rdgers N Init. START DATE 10-4-04 STOP DATE 02-04-04 | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Albuterol MDI 2puffs Qid PRN X 120DAYS prn Rdgers N Init. START DATE 10-4-04 STOP DATE 02-04-04 | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N Init. START DATE STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGY  Nkda

DIAGNOSIS  DOB ████████

PATIENT NAME ████████  ID ████████  WING 191

| NURSE'S SIGNATURE | INITIAL | NURSE'S SIGNATURE | INITIAL |
|---|---|---|---|
| | | _Denise Jurrose_ | ? |
| | | Ann Swanson RN | AS |

**OCUMENTATION CODES =**

| | | |
|---|---|---|
| C - Discontinued Order | R - Refused | S - Self Administered |
| O - Dose Omitted | C - Court | NS - No Show |
| - Medical Hold | LD - Lock Down | O - Other |

**Lu Dawn Ross, RN**

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

Facility Name _____ *DCC* _____  Month/Year _____ *9/04* _____  STDT0:

| | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

QVAR INHaler π puffs BID
PRN x 120 days

Rodgers   START DATE 9/28/04   STOP DATE 3/28/05

P
R
N

Albuterol MDI π puffs QID
PRN x 120 days

Rodgers   START DATE 9/28/04   STOP DATE 3/28/05

P
R
N

IN Init.   START DATE   STOP DATE

IN Init.   START DATE   STOP DATE

IN Init.   START DATE   STOP DATE

IN Init.   START DATE   STOP DATE

N Init.   START DATE   STOP DATE

N Init.   START DATE   STOP DATE

ALLERGY *NKDA*

IAGNO

PATIENT NAME | | | ID | | WING   SHU

NURSE'S SIGNATURE   INITIAL   NURSE'S SIGNATURE   INITIAL

N. Jackson RN

LuDawn Ross RN

DOCUMENTATION CODES =
DC - Discontinued Order     R - Refused          S - Self Administered
DO - Dose Omitted           C - Court            NS - No Show
I - Medical Hold            LD - Lock Down       O - Other

PHARMACY SUGGESTIONS / RECOMMENDATIONS DO NOT SUPERCEDE PHYSICIAN ORDERS

# PHYSICIAN'S ORDER SHEET

**START**

noted
Obell
1/3/05

1/13/05
4:12pm

Remove restraints.
Maintain level II observation only.

Ct Risperdal 4 mg po tid x (90)

_[signature]_

**START NEW ORDERS BELOW**

**START**

**START NEW ORDERS BELOW**

**START**

NAME: Lindsey Gerson

ALLERGIES:

ID: 326202

DOB: 2/19/82

FCM-001

**PHYSICIAN'S ORDER**

# PHYSICIAN'S ORDER SHEET

NAME
ALLERGIES   Nerga

**START**

1/10/05
C. Kaybe
1/10/05

Cepacol Throat Lozenges ⊤ PO6°
PRN x 7d.

**START NEW ORDERS BELOW**

START 1/13/05

0950

Place IM on level II
psychiatric observations

Robert Harris, RN, MSW

1/13/05
0950   noted - R. Harris, RN, MSW

**START NEW ORDERS BELOW**

START 1/13/05

1342

PLACE IM IN 4PT. RESTRAINTS FOR
SAFETY TO SELF (IM INFLICTED
MULTIPLE LACERATIONS TO ⊕ FOREARM
4 PT. RESTRAINTS FOR MAX OF 8 HRS.
~~HALDOL 10 MG. PO Q6° ⊕~~ ERROR RH
HALDOL 10MG. PO/IM Q6° PRN x 3 DAYS
COGENTIN 2 MG, PO/IM Q6° PRN) FOR
AGITATED OR SELF HARM BEHAVIORS.
V/O DR. LAMAN - R. Harris, RN, MSW

1/13/05
1342   noted - R. Harris, RN, MSW

FCM-001                    **PHYSICIAN'S ORDERS**

# PHYSICIAN'S ORDER SHEET

**START** 12/17/04
1030

△ to level III & observation

Robert Davis, RN, MSW

12/17/04
1030 — noted — R. Davis, RN, MSW

**START NEW ORDERS BELOW**

**START**

QUAR D/C
Albuterol MDI 2puffs QID PRN
X 90d.

**START NEW ORDERS BELOW**

**START**
① ✓ CBC, fasting custom panel within 2 weeks.
② note refusal form on chart for CCC visit

ALLERGIES NAME

NKDA

ID

DOB