C.A. No. 04-1383-SLR

Lindsey v. Rispoli et al.

GERRON LINDSEY

SBI No. 326202

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

September 20, 2005

Dear Honorable Judge Robinson:

Would it be possible if I could get a copy of the motion requesting a transfer I filed. I had my own copy and I send that to the Law Library for copies and it got lost apparently. If I could get a copy of it along with the letter I included with I would appreciate it.

Thank You For Your Time

Respectfully

[signature]

FILED
OCT - 5 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

