GERRON LINDSEY, D.C.C.
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

October 4, 2005

Civ. No. 04-1383-SLR

Lindsey v. Rispoli et al

Dear Ms. Honorable Judge Robinson:

I respectfully request this Honorable Court to grant a time extension for Summary Judgment Motion which are due October 31, 2005, Answering briefs which are due November 30, 2005, and Reply Briefs which are due December 14, 2005.

1) I am Pro se and trying to understand and litigate the above mentioned case correctly.

2) I have limited access to the law library because I am house in the maximum security unit.

3) In order to get the proper writing supplies I must wait for commissary which come 1 time every two weeks.

I respect as this time extension be granted

FILED
OCT 11 2005
SUE L. ROBINSON
U.S. DISTRICT JUDGE

I/M GERRON LINDSEY
SBI# 326202   UNIT SHU-18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. Mrs. X-RAY

LEGAL MAIL
10-4-05

Judge Sue L. Robinson
U.S. District Court
844 N. King Street
Wilmington, Delaware
19801