IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civ. No. 04-1383-SLR ) |
| LT. RISPOLI, C/O MOORE, C/O VICTOR GONZALEZ, SGT. CARPENTER, C/O MANNO, C/O TERRY, NURSE HOLLY, and NURSE BRENDA, | ) ) ) ) ) ) |
| Defendants. | ) |

O R D E R

At Wilmington this 12th day of October, 2005, defendants having filed information within D.I. 30 that appears to be personal and may not be appropriate to share on the public docket;

IT IS ORDERED that, should a party want the personal information to be treated as confidential, the party shall immediately file with the court a motion to seal D.I. 30. This procedure is outlined in the "Notice Regarding Personal Information"[1] attached to this order.

                                  _____
                                       United States District Judge

---

[1] Visit this court's website for more information regarding privacy and the process for sealing documents at www.ded.uscourts.gov and click on the "CM/ECF" link to access "Standing Order and Administrative Procedures" (SEE Paragraph (I) Privacy).