

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| | | |
|---|---|---|
| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
| **Carvel State Building** | **102 West Water Street** | **114 E. Market Street** |
| **820 N. French Street** | **Dover, DE 19901** | **Georgetown, DE 19947** |
| **Wilmington, DE 19801** | **Criminal Division (302) 739-4211** | **(302) 856-5352** |
| **Criminal Division (302) 577-8500** | **Fax: (302) 739-6727** | **Fax: (302) 856-5369** |
| **Fax: (302) 577-2496** | **Civil Division (302) 739-7641** | **TTY: (302) 856-2500** |
| **Civil Division (302) 577-8400** | **Fax: (302) 739-7652** | |
| **Fax: (302) 577-6630** | **TTY: (302) 739-1545** | |
| **TTY: (302) 577-5783** | | |

**PLEASE REPLY TO:**

October 13, 2005

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Wilmington, DE 19801

**Re:    Lindsey v. Rispoli, et al.**
       **C.A. No. 04-1383-SLR**

Dear Judge Robinson:

This is to advise the Court that Defendants in the above-referenced matter do not oppose Plaintiff Gerron Lindsey's Motion for Extension of Time with respect to summary judgment briefing (D.I. 33).

Should Your Honor require additional information, I am available at the convenience of the Court.

                                                            Respectfully,

                                                            /s/ Eileen Kelly

                                                            Eileen Kelly
                                                            Deputy Attorney General

cc:    Gerron Lindsey
       SBI # 00326202