IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1383-SLR |
| ) | |
| LT. RISPOLI, C/O NFN MOORE, ) | |
| C/O VICTOR GONZALES, SGT. ) | |
| CARPENTER, NURSE BRENDA, ) | |
| C/O MANNO, and C/O TERRY, ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 17th day of October, 2005, having reviewed plaintiff's letter request for an extension;

IT IS ORDERED that said request (D.I. 33) is granted and the scheduling order dated March 30, 2005 and modified by the order entered on June 28, 2005 is hereby modified further as set forth below:

1. **Discovery.** All discovery in this case shall be initiated so that it will now be completed on or before **November 29, 2005.**

2. **Summary Judgment Motions.** All summary judgment motions along with opening briefs and affidavits, if any, in support of each motion, shall be served and filed on or before **December 29, 2005.** Answering briefs and affidavits, if any, shall be filed on or before **January 31, 2006.** Reply briefs shall be

filed on or before **February 14, 2006.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge