GERRON LINDSEY

326202

1181 PADDOCK ROAD

SMYRNA, DEL 19977

Oct. 8. 2005

04-1383

Lindsey v. Rispoli et al   1:05-cv-00632 - SLR

Enclosed is a 7.00 check for the following:

1) A copy of the request for a facility transfer and the attachments with it. (Filed on 7/06/2005  DI. # 22

2) Motion to dismiss illegally seized evidence (D.I # 24)

Sincerely

FILED

OCT 1 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



RETURN FOR POSTAGE

WILMINGTON DE
PM 17 OCT 2005

I/M Gerrow Lindsey

SBI# 326202    UNIT SHU

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Clerk of U.S. District Court

844 North King Street Lockbox 18

Wilmington, Delaware

19801-3570

19801-3570