**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1383-SLR |
| | ) | |
| LT. RISPOLI, C/O MOORE, | ) | |
| C/O VICTOR GONZALEZ, | ) | |
| SGT. CARPENTER, C/O MANNO, | ) | |
| C/O TERRY, NURSE HOLLY, and | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW State Defendants Lieutenant Marcello Rispoli, Corrections Officer Marshall Moore IV, Corrections Officer William Terry, Corrections Officer Victor Gonzalez, Sergeant Stephanie Carpenter, and Corrections Officer Donna Manno, by and through the undersigned counsel, and hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

                                                  **DEPARTMENT OF JUSTICE**
                                                **STATE OF DELAWARE**

                                                /s/ Eileen Kelly
                                                Eileen Kelly (I.D. 2884)
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French St., 6th Floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
                                                eileen.kelly@state.de.us

Dated: December 29, 2005

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-1383-SLR |
| | ) |
| LT. RISPOLI, C/O MOORE, | ) |
| C/O VICTOR GONZALEZ, | ) |
| SGT. CARPENTER, C/O MANNO, | ) |
| C/O TERRY, NURSE HOLLY, and | ) |
| NURSE BRENDA, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS SO ORDERED,** this _____day of _____, 2006 that State Defendants' Motion for Summary Judgment is hereby **GRANTED.**

_____
United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 29, 2005, I electronically filed *State Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on December 29, 2005, I have mailed by United States Postal Service, the document to the following non-registered party: Gerron Lindsey.

 

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us