IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GERRON MAURICE LINDSEY,      )
                                  )
        Plaintiff,          )
                                  )
v.                                 )
                                  )
LT. RISPOLI, C/O MOORE,      )   C.A. No. 04-1383-SLR
C/O VICTOR GONZALEZ,         )
SGT. CARPENTER, C/O MANNO,  )
C/O TERRY, NURSE HOLLY and  )
NURSE BRENDA,               )
                                  )
        Defendants.        )

        Deposition of GERRON MAURICE LINDSEY taken pursuant to notice at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware, beginning at 10:30 a.m. on Tuesday, August 16, 2005, before Robert Wayne Wilcox, Jr., Registered Professional Reporter and Notary Public.

APPEARANCES:

        GERRON MAURICE LINDSEY (pro se)
        SBI NO. 00326202
          Delaware Correctional Center
          1181 Paddock Road
          Smyrna, Delaware 19977
          for himself,

        EILEEN KELLY, ESQ.
        STATE OF DELAWARE DEPARTMENT OF JUSTICE
          820 North French Street - 6th Floor
          Wilmington, Delaware 19801
          for the Defendants Lt. Rispoli, C/O Moore,
          C/O Victor Gonzalez, Sgt. Carpenter,
          C/O Manno & C/O Terry.

------------------------------------------------------

WILCOX & FETZER
1330 King Street - Wilmington, Delaware 19801
(302) 655-0477



WILCOX & FETZER LTD.
Registered Professional Reporters
ORIGINAL

 1      A.    No.

 2      Q.    Now, your lawsuit is about an incident that

 3   happened in October 2004.  That's right, isn't it?

 4      A.    Yes.

 5      Q.    What I'd like you to do is just describe for me

 6   what happened.  What are the facts that are the basis for

 7   your lawsuit that we're here about today?

 8      A.    I don't understand what you're saying.

 9      Q.    Okay.  You filed a lawsuit about something that

10   happened in October of 2004.  Right?

11      A.    Yes.

12      Q.    I want you to just tell me what happened.

13      A.    On October 9th, 2004 --

14      Q.    Right.

15      A.    -- at approximately 2030 hours, I was housed in

16   the infirmary, 191 cell.

17      Q.    Can you stop for a second?

18            It seems like you're reading from something.

19      A.    Yes.

20      Q.    Can you tell me what you're reading from?

21      A.    I'm reading from the lawsuit, the original civil

22   action.

23      Q.    Oh.  You're reading from the complaint?

24      A.    Yes, I am.



**WILCOX & FETZER LTD.**
Registered Professional Reporters

1    Q.    Okay.  I understand that, but I want you to tell

2    me what happened in your words.

3    A.    I don't have a good memory.

4    Q.    Okay.  If you were to put that paper aside, would

5    you be able in your own words to tell me what happened?

6    A.    No, I would not, because someone wrote this for

7    me.  I didn't write this myself.

8    Q.    Who wrote it?

9    A.    I'm not going to mention that person's name.

10    Q.    Other than what's there in the lawsuit, other

11    than what you're reading, can you tell me anything about

12    what happened?  Do you remember anything?

13    A.    Some things I remember.

14    Q.    Such as?

15    A.    Like when I was in the infirmary before I went

16    back to the SHU, I was telling CO Manno about what was

17    going on with me at that point.  She went and got

18    Nurse Brenda.  I talked to her.  She just said, oh, he

19    all right or something along those lines.  And I went

20    back to SHU.  I have to read off this.  I'm --

21    Q.    I really need you to tell me what you remember,

22    because I do have that document.  So I already know what

23    that says.

24    A.    While I was in the SHU -- first, before I went in

1    the cell, it was like wet with a wet mattress and food

2    like all over the walls, because the person before me

3    like I guess got mad or something and like flooded the

4    cell with water and like through stuff everywhere or

5    something. And I asked them -- this lady Sergeant

6    Carpenter can she put me in another cell. And she said,

7    no, go in that cell.

8         I went in that cell and told them I wanted

9    to see the nurse because I had like thoughts of hurting

10   myself. And I seen a nurse. Ain't too much come out of

11   that because the entire time Rispoli was telling the

12   nurse -- basically telling her don't listen to me pretty

13   much.

14        I got back in the cell. They took all my

15   clothes from me. And I had this metal thing that was in

16   the cell. It was in there before I even went in the

17   cell. I took it and started cutting my arm.

18        So when they came to the door -- I believe

19   it was CO Gonzalez. It was another person with him, but

20   I don't know who that was. But he told me to step back

21   to the door with my hands behind me back. So I did that.

22   I heard him say something about calling Lieutenant

23   Rispoli.

24        So when Lieutenant Rispoli arrived -- I



1    heard him behind me.  And the door open and he reached

2    around me and sprayed me with some pepper spray in my

3    face.  So I just stood there like he told me to do.  He

4    put me in handcuffs and told me to stand in the middle of

5    the cell.

6              I stepped to the middle of the cell, which I

7    did.  And I know they sprayed me with a water hose for a

8    little while.  He told me to look up at him.  I looked up

9    at him, and he sprayed me in the face with the pepper

10   spray again.  I know some more stuff happened then.  I

11   just don't remember it.

12             Then I remember I got over to the infirmary.

13   Nurse Brenda came to me and asked me -- well, actually,

14   she said to the officer those are not bite marks on him.

15   He used something sharp.  So the officer searched me.  He

16   didn't find anything.

17             So the officers left.  And Nurse Brenda came

18   and opened up this little thing that's on the door and

19   was cleaning the spray off of me.  Well, not actually

20   cleaning it.  She gave me like a dry rag to try to get it

21   off of me, which I attempted to.  But a dry rag only like

22   rubbed the stuff into my skin worse.  So I gave it to

23   back to her.  And she like put some dressing stuff on my

24   arm or something.  And I remember I took the metal thing

1    out of my mouth and gave it to her that I had.  I don't

2    know.

3        Q.    Have you told me everything that you can remember

4    about the incident?

5        A.    That's everything -- basically everything I

6    remember.

7        Q.    Now, I think you said that you started out in the

8    infirmary before this whole incident happened of getting

9    cap-stunned.

10       A.    Yes.

11       Q.    Do you remember why you were in the infirmary at

12   that time?

13       A.    I was in -- I was coming off of suicide watch.

14       Q.    So someone made a decision to send you back to

15   SHU from the infirmary.  Is that right?

16       A.    Yes.

17       Q.    Do you know who made that decision?

18       A.    No, I do not.

19       Q.    Now, is Officer Manno the person who came to get

20   you from the infirmary?

21       A.    No.  It was some other officer.  It wasn't

22   Officer Manno because she was working in the infirmary.

23       Q.    Okay.  Did you have some discussion or some talk

24   with Officer Manno about how you were feeling?

Gerron Maurice Lindsey                                    15

1      A.    Yes.  And she went and got Nurse Brenda.

2      Q.    Do you remember what you told Officer Manno?

3      A.    That I had thoughts of hurting myself.

4      Q.    What did she say?

5      A.    She went and got Nurse Brenda.  I also remember

6  at that point I had a sheet around my neck or something.

7  And when Nurse Brenda came, she asked for it.

8      Q.    Did you have a sheet around your neck when you

9  were talking to Officer Manno?

10     A.    I don't remember.

11     Q.    So Officer Manno got Nurse Brenda.  Is that

12 right?

13     A.    Yes.

14     Q.    Then what did Nurse Brenda say?

15     A.    I'm fine.

16     Q.    She said you were fine?

17     A.    Yes.

18     Q.    While you were still in the infirmary before you

19 were moved back to SHU, did you have any more

20 conversations with Officer Manno?

21     A.    Prior to that.  Maybe before or something.

22     Q.    Oh, okay.

23           But on that day, other than what you just

24 told me, did you have any talks with Manno about anything

1   else?

2      A.   I'm sure I did, because she's working over there

3   and I always talked to people.  I'm pretty sure I did.

4      Q.   Do you remember telling her anything else about

5   having thoughts about hurting yourself?

6      A.   I'm not sure.

7      Q.   Do you remember who came and took you back to

8   SHU?

9      A.   I believe it was Officer Terry, if I remember

10  correct.  One of them, anyway.

11     Q.   When Terry was bringing you back to SHU, did you

12  have any conversation with him?

13     A.   No.  I don't believe I talked to him.

14     Q.   When you went back to SHU, is it right that you

15  were placed into a cell?

16     A.   Yes.

17     Q.   Was this a cell by yourself?  You were put in

18  there by yourself?  It was a one-person cell?

19     A.   Yes.

20     Q.   Do you remember who put you in the cell?

21     A.   I believe it was Sergeant Carpenter.  And I told

22  her about the floor being wet and the mattress and the

23  food all over the cell.

24     Q.   Were you going back to the same cell that you had

```
 1   been in before?

 2        A.    No, I was not.

 3        Q.    So this was a different cell?

 4        A.    Yes.

 5        Q.    So there was water on the floor when you got

 6   there?

 7        A.    Yes.  From an inmate named Kevin Brathwaite.  And

 8   they moved him to another cell.

 9        Q.    So Brathwaite had been in that cell before you

10   got there?

11        A.    Yes.  And he like just tore his cell up

12   completely.  And they put him in a different cell and put

13   me in that one.

14        Q.    How do you know that that happened?

15        A.    Because, for one, he got a disciplinary action

16   for it.  And he told me he did.  He made some type of

17   joke out of it or something like it was funny.

18        Q.    He told you about it later?

19        A.    Yeah.  And he got a write-up about it.

20        Q.    Do you remember when you talked to him about

21   that?

22        A.    Over in the infirmary I talked to him.

23        Q.    So you didn't throw the water on the floor?

24        A.    No.  If I would have thrown the water or all that
```

Gerron Maurice Lindsey                    18

1   stuff on the floor, I would have received a disciplinary

2   action for it, in which I didn't.

3       Q.    I believe you said that you asked Sergeant

4   Carpenter to be moved to another cell and she said no.

5   Is that right?

6       A.    Yes.  I know she made some other smart comments,

7   but I don't remember.

8       Q.    But you don't remember what those were?

9       A.    No.  Just like -- I get smart comments.  I just

10  got a smart comment from her the other night when she

11  stuck her middle finger up at me and made a bunch of

12  obscene gestures to me.

13      Q.    Okay.  But you don't remember what else she said

14  on October 9th?

15      A.    No, I don't remember.

16      Q.    I'm sorry.  I don't remember what you said about

17  this.  You may have already told me this.

18            At some point you told someone that you had

19  thoughts of hurting yourself.  Who was that?  Was that

20  Carpenter?

21      A.    I told one -- first I told CO Manno over at the

22  infirmary.

23      Q.    Right.

24            But, I mean, once you were back in the SHU.



Gerron Maurice Lindsey                          19

1     A.    In the SHU I told one of them officers.

2     Q.    Okay.  So you told one of the officers back in

3  SHU that you had thoughts of hurting yourself?

4     A.    Yes.

5     Q.    Do you remember how long this was after you were

6  placed in your cell?

7     A.    No, I don't remember.

8     Q.    Do you know if it was a matter of minutes or a

9  matter of hours?

10     A.    It wasn't hours.

11     Q.    Now, when you said, "I have thoughts of hurting

12  myself," whoever you said it to, what happened next?

13     A.    I seen this Nurse Holly for a little while.

14     Q.    Okay.  Do you remember, did Nurse Holly come to

15  your cell?

16     A.    No.  They took me to the interview room.

17     Q.    Do you remember who took you over to the

18  interview room?

19     A.    No.  I -- it was so many officers.

20     Q.    That's fine.

21           What time of day was this?

22     A.    This was in the evening.

23     Q.    Was Nurse Holly assigned to that building?

24     A.    I'm not sure.  Only security would know that.

Gerron Maurice Lindsey                                        20

1     Q.    Now, you talked to Nurse Holly in an interview

2  room.  Is that right?

3     A.    Before I talked to her, Lieutenant Rispoli told

4  me to tell her I'm fine.

5     Q.    Okay.  Where were you when Lieutenant Rispoli

6  said that to you?

7     A.    I was in the interview room.

8     Q.    Were you in the interview room with just you and

9  Rispoli?

10    A.    No.  There was other officers there.

11    Q.    Do you remember who they were?

12    A.    No, I do not.

13    Q.    But Nurse Holly was not there.  Is that right?

14    A.    No.  This was before she came.

15    Q.    Okay.  So before the nurse came, Rispoli told you

16  to tell her that you're okay?

17    A.    Yes.

18    Q.    Did he say anything else?

19    A.    Not that I can remember.

20    Q.    So then Nurse Holly came into the interview room?

21    A.    Yes.

22    Q.    She talked to you?

23    A.    I told her how I felt.

24    Q.    Do you remember what you told her?

Gerron Maurice Lindsey                                        21

1    A.    I told her I had thoughts of hurting myself.  And

2    mental health always advises anyone if you're having

3    those thoughts to tell someone.  But once I did, it was

4    basically ignored.

5    Q.    When you were talking to Nurse Holly, was it just

6    the two of you in the interview room?

7    A.    No, it was not.

8    Q.    Who else was there, if you remember?

9    A.    All of the officers were in there, including

10   Lieutenant Rispoli.

11   Q.    Do you remember what other officers were there?

12   A.    No, I don't.

13   Q.    Now, when you told Nurse Holly that you had

14   thoughts of hurting yourself, what did she say?

15   A.    She wasn't saying too much because Lieutenant

16   Rispoli kept like, I guess, overpowering her to like

17   basically say what to do -- what he wanted her to do.

18   Q.    What did he say?

19   A.    He was saying like we should just put him back in

20   the cell and take his clothes from him and take his

21   mattress and stuff, which they did do.

22   Q.    What did Nurse Holly say, if anything?

23   A.    She said something like, woo, like, well,

24   something about by the morning he'll be dead or

1    something.  Something along those lines, she said.

2        Q.   Do you know if Nurse Holly called anyone about

3    you at that point?

4        A.   I don't know.  I mean, I wasn't in an area where

5    I could see her or something if she made a phone call or

6    something like that.  She leave out and go back to her

7    office.  I can't see everything she do.

8        Q.   Okay.  While you were in the interview room, did

9    she leave?

10       A.   Yes.

11       Q.   Did she come back?

12       A.   Not that I know of.

13       Q.   So after you talked with Nurse Holly, you were

14   taken back to the same cell.  Is that right?

15       A.   Yes.  And all my clothes was taken and my

16   mattress.

17       Q.   Where were you when your clothes were taken?

18       A.   I was inside the cell.  And my clothes was taken.

19       Q.   So you were brought back to the cell first.  Is

20   that right?

21       A.   Yes.

22       Q.   Do you remember who brought you back?

23       A.   The same group of officers that took me to the

24   interview room.



Gerron Maurice Lindsey                    23

1       Q.    Okay.   Rispoli was one of them?

2       A.    Yes.

3       Q.    When you got back to your cell, was your mattress

4    already gone?

5       A.    No.   They told me to strip down, and then they

6    removed the mattress and everything from the cell.

7       Q.    So you undressed and they took your clothes?

8       A.    Yes.

9       Q.    They took your mattress?

10      A.    Yes.

11      Q.    Did you have any bedding in the cell with you?

12   Like a pillow or anything?

13      A.    In fact, yes, I did have a -- I had a -- some

14   sheets and blankets before that.

15      Q.    Did they take those also?

16      A.    Yes.   In fact, I had a sheet tied to the vent

17   when they -- the first time they took me out.   And that

18   was -- yeah.   Somewhere like that.

19      Q.    Once you were in SHU before you saw Nurse Holly,

20   you had had a sheet tied to a vent at some point?

21      A.    Yes.

22      Q.    Was it around your neck as well?

23      A.    Yes.   I'm not -- my memory is not good.   That's

24   why I wanted to read off this, because as soon as

Gerron Maurice Lindsey                                    24

1    something is not -- if it's left out or something and I'm

2    put at fault -- I told you ahead of time that my memory

3    is not good.

4        Q.    I do appreciate that.

5              All right.  Okay.  So you're back in your

6    cell without your clothes.  Then what happened?

7        A.    Can I ask you a question?

8        Q.    Yes.

9        A.    How come you're asking me the same question over

10   again?  You asked me that, and I'm positive I explained

11   that to you -- the situation where I had the thing and I

12   cut my arm.  I explained that to you already.

13       Q.    Okay.  Well, what I'm trying to do is get more

14   details.  But you're right.  That question was kind of

15   broad.  So I'm going to ask you a more specific question.

16   Okay?  Let me think about where I am.

17             I believe you said there was a sharp object

18   in the cell when you got there.  Right?

19       A.    Yes.

20       Q.    Now, where was it exactly in the cell?

21       A.    It was under the flap on like a little part of

22   the wall.

23       Q.    Is that the flap where you get your food tray?

24       A.    Yes.



1    Q.    What did the object look like?

2    A.    I don't really remember what it looked like.

3    Q.    Once you found this sharp object, what did you do

4    with it?

5    A.    Start cutting myself with it.

6    Q.    Did you use your hand to press the object into

7    your skin?

8    A.    I used this hand and did this all over my arm.

9    Q.    Okay.  You just showed us some scratches on your

10   arm.

11   A.    Yes.

12   Q.    On your left arm?

13   A.    Yes.

14   Q.    Are those scratches that you got from the sharp

15   object that day that we're talking about?

16   A.    Yes.

17   Q.    When you scratched yourself with the sharp

18   object, did you bleed?

19   A.    Yes.

20   Q.    During that time period when you were scratching

21   yourself in the arm, did you bite your arm at all?

22   A.    No, I did not.

23   Q.    At some point you put the sharp object into your

24   mouth.  Is that right?

1      A.    That's correct.

2      Q.    When did you do that, do you remember?

3      A.    I did that before the officers even came on the

4  tier.  Because if I did it in front of them, then they

5  would know it was there and they would know I had a sharp

6  object.  They didn't know that.  So they came to the

7  assumption as, well, he bit himself.

8      Q.    Once you cut yourself and you were bleeding, did

9  you bang on your door or anything to get attention?

10     A.    Not at all.  I was walking back and forth in the

11  cell.

12     Q.    How did an officer find out that you were

13  bleeding?

14     A.    CO Gonzalez came by during his check and looked

15  in my cell.

16     Q.    When Gonzalez saw that you were bleeding, did he

17  open your cell at that time?

18     A.    No.  The cell was not -- he told me to step back

19  and put my hands behind my back.

20     Q.    Did you do that?

21     A.    Yes, I did.

22     Q.    When you had your hands behind your back, were

23  you facing the door of your cell?

24     A.    No.  My back was against the -- my back was to

Gerron Maurice Lindsey                              27

```
 1    the door.
 2        Q.    Oh, I see.
 3              So your back was to the door with your hands
 4    behind your back?
 5        A.    Yes, it was.
 6        Q.    Did he handcuff you at that time?
 7        A.    No, he did not.  He left me just like that until
 8    Lieutenant Rispoli arrived.
 9        Q.    When Rispoli opened the door to the cell, did you
10    still have your back to the door?
11        A.    Yes, I did.  He reached -- then he reached around
12    my body and sprayed me in the face with some pepper
13    spray.
14        Q.    Do you remember how long the spraying lasted?  Do
15    you remember about how many seconds that was?  Minutes?
16        A.    It felt like as if somebody dumped a bowl of
17    water on my head or something.
18        Q.    At that time did he spray you just once?
19        A.    It was all in my face and in the back of my hair.
20        Q.    Did he come into the cell with you when he
21    sprayed you?
22        A.    The second time.
23        Q.    Okay.  The first time that we were just talking
24    about when he reached around you --
```

**W&F**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

```
 1      A.    Yes.

 2      Q.    -- was he in the cell with you?

 3      A.    He was right behind me with the door open, and he

 4   reached around me.  He sprayed me in my face with the

 5   spray and like brought his hand back and got like the

 6   back of my hair and stuff.

 7      Q.    Once you had been sprayed that time that we're

 8   just talking about, what did you do?

 9      A.    I did nothing.  There wasn't nothing I could do.

10   I can't see.  I had pepper spray in my face.

11      Q.    Okay.  So at that point you were unable to see?

12      A.    Yeah.  To a certain extent.  I mean, I opened my

13   eyes.  I could see people around me.  Like it's a blur.

14   But it burned.  But, I mean, I don't have too much of a

15   clear picture.

16      Q.    Do you know whether right after you had been

17   sprayed anybody came into the cell with you?

18      A.    Lieutenant Rispoli did.  He told me to step into

19   the cell first.  And I got sprayed down with a water hose

20   while him and his buddies stood there and like laughed

21   like it was funny or something.

22      Q.    When he sprayed you down, did he spray your whole

23   body or just your face?

24      A.    He sprayed my entire body.
```



Gerron Maurice Lindsey                              29

1     Q.    When you cut yourself when you were bleeding, was

2    there enough blood that there was blood on the floor?

3    I'm trying to find out how much you were bleeding when

4    you cut yourself.

5     A.    Yes.  It was.

6     Q.    So it was running down your arm and onto the

7    ground?

8     A.    Yes.

9     Q.    You said that Rispoli was spraying you and there

10   was some other -- you said his buddies were there?

11    A.    Yes.

12    Q.    Do you know who they were?

13    A.    No.  I know there was officers there, but I don't

14   know who they were.  I mean, most likely it was the same

15   officers that's mentioned on this.

16    Q.    Was Rispoli saying anything to you while he was

17   spraying you with the hose?

18    A.    I mean, there was a lot of laughing and joking

19   going on.

20    Q.    Once they stopped spraying you with the hose,

21   were you removed from the cell?

22    A.    He stepped in the cell at that point and told me

23   to look up and sprayed me in the face with the pepper

24   spray once again.



1      Q.    Okay.  So he stopped spraying you with water,

2  came into the cell and then sprayed you with pepper spray

3  a second time?

4      A.    Yes.

5      Q.    Was that in your face?

6      A.    Yes.

7      Q.    After he sprayed you in the face that second

8  time, did he then leave the cell?

9      A.    We all left the cell, and they put me back in

10  the -- they took me to the interview room.

11      Q.    Was that the same interview room you were in

12  before?

13      A.    Yes.

14      Q.    After he sprayed you the second time with the

15  pepper spray, did he hose you again with water?

16      A.    I know I got hosed one time.

17      Q.    When you were hosed with water the first time,

18  did that water wash your face where the pepper spray was?

19      A.    I wasn't even facing him.

20      Q.    Okay.  So when --

21      A.    I had my back turned towards him.

22      Q.    So while you were being hosed with water, you

23  still had the pepper spray in your face?

24      A.    Yes.



**WILCOX & FETZER LTD.**
Registered Professional Reporters

1     Q.    Now, when he took you back to the interview room,

2  you were still undressed?

3     A.    Yes.

4     Q.    And I'm sorry.  I can't remember.

5           Did you see Nurse Holly again when you went

6  back to the interview room?

7     A.    I'm not sure.  I don't -- it's just if I don't

8  write something down immediately or something I don't --

9  from my memory, I don't remember.

10    Q.    Okay.  Did you go from the interview room back to

11 the infirmary?

12    A.    Yes.  At that point.

13    Q.    Were you given clothes at some point?

14    A.    I was given clothes while I was in the interview

15 room when Lieutenant Rispoli made a threat to sodomize me

16 with a broom stick or something.

17    Q.    That was while you were in the interview room

18 still undressed or getting dressed?

19    A.    I was getting dressed at that point.

20    Q.    Do you know if anybody else heard Rispoli say

21 that to you about sodomizing you?

22    A.    His fellow officers heard him.  They were there

23 with him.

24    Q.    Again, you don't remember who they were.  Is that

1   right?

2       A.    Probably the same officers I mentioned in here.

3       Q.    Did Rispoli say anything else to you that you

4   remember?

5       A.    I don't remember.

6       Q.    Okay.  You testified that when you were over in

7   the infirmary Nurse Brenda gave you a dry rag.

8       A.    Yeah.

9       Q.    Did she give you anything else for the pepper

10  spray?

11      A.    Not to my knowledge.  I know that next day I told

12  the doctor that the pepper spray was on me, and the

13  doctor told me, well, we don't treat that.  So I stayed

14  in that cell for three days with the pepper spray on my

15  skin.  And that doctor was Dr. Rogers.

16      Q.    Dr. Rogers?

17      A.    Dr. Dale Rodgers, yes.  I complained to her about

18  it.  And when she asked the officer can I get a shower,

19  the officer said, oh, no, he don't get a shower.  So I

20  had it on my skin for three days until I actually got a

21  shower and washed it off me.

22      Q.    What parts of your skin was the pepper spray on,

23  if you can recall?

24      A.    It was on the back of my hair, on my neck, the

1    front of my face.  And, in fact, all the places it was at

2    Nurse Brenda like wrote it down in my chart -- in my

3    medical chart.

4        Q.    Was the pepper spray bothering you for the whole

5    three days?

6        A.    Yes, it was.  It was very irritating.

7        Q.    So it was irritating your skin?

8        A.    Yes, it was.

9        Q.    What about your eyes?  Was it bothering your

10   eyes?

11       A.    Anytime I rubbed my eyes or do anything with my

12   eyes -- I can close them and go to sleep and I wake up

13   and open them.  As soon as the air hit them, they started

14   burning.

15       Q.    Did you get to take a shower after three days?

16       A.    Yes.

17       Q.    Now, once you take your shower, did the pepper

18   spray feel better?

19       A.    I mean, once I got it off my skin, I was fine.  I

20   was told that they don't treat pepper spray, in which I

21   got a decision back from the bureau chief on a grievance.

22   They told me they don't treat pepper spray.

23       Q.    So you filed a grievance about not getting

24   treatment for the pepper spray?



Gerron Maurice Lindsey                    34

1    A.   I filed a grievance about every incident that's

2  involved in this matter.

3    Q.   Okay.  When you were brought to the infirmary

4  after this pepper spray incident, were you still bleeding

5  from your arm?

6    A.   I imagine so.

7    Q.   I think you said that Nurse Brenda bandaged your

8  arm when you went to the infirmary.

9    A.   Yes.  And put some type of dressing on it.

10    Q.   Was that the first time it was bandaged since you

11  cut it?

12    A.   Hold on.  I answered that question.

13         At this time Nurse Brenda cleaned my wounds

14  and said she wanted the item I used to cut myself.  And I

15  turned it over to her.  And I then asked Nurse Brenda for

16  something to clean the pepper spray off with.  And she

17  gave me a rag, which made it burn worse.  She cleaned the

18  blood off my arm and placed a bandage on it.

19    Q.   Other than that bandage, did you get any other

20  treatment for your arm when you were there in the

21  infirmary?

22    A.   I don't see it on here, so I must have not got

23  it.

24    Q.   When you were bought to SHU from the infirmary