DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 12/20/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : LINDSEY, GERRON M | **SBI#** : 00326202 | **Institution** : DCC |
| **Grievance #** : 8215 | **Grievance Date** : 10/09/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Disciplinary | **Incident Date** : 10/09/2004 | **Incident Time** : 20:30 |
| **IGC** : Curlett, Dawn M | **Housing Location** : Bldg 19, Upper, Tier B, Cell 9, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On the above date and approx. time I returned to the S.H.U. from the infirmary and was placed in building 18 c-tier L-2. The cell that I was placed in had food all over the floor and wall and the floor had puddles of water with a mattress without a plastic cover and I was told by Sgt. Carpenter to sleep in it. When C/O Gonzales passed out sheets I tied my sheet around my neck and attatched it to my vent. At this time C/O Gonzales gave me an order to come down which I did and I was taken into the interview room where Nurse Holly came to speak with me. I told this nurse I had thoughts on hurting myself and she replied saying! Oh well by morning you'll be dead. At this point the nurse told Lt. Rispoli to take my clothes and my mattress. For approx. ten minutes I was in the cell without clothes and a mattress on a wet floor. At this point I started to cut up my arm with an object I had. C/O Gonzales noticed the blood when he came by to do his checks and called for back up. While these officers awaited for back up an officer told me to stand at the door with my hands behind my back which I did do. At this point Lt. Rispoli got my cell opened reached around my body and pepper sprayed me. He then told me to stand in the center of the cell which I did do. At this point Lt. Rispoli hand cuffed me and backed up to the door and sprayed my body down with a garden hose saying: It will be a cold night for you. Lt. Rispoli continued to spray me with the hose while making jokes for approx. five minutes. At this point Lt. Rispoli came back into the cell and told me to look up at him and pepper sprayed me directly in my face. I was then then taken to the interview room where I was cuffed to the table and sat on the floor naked. Approx. 30 minutes later Lt. Rispoli came in and told me to get dress and he uncuffed me. He stated: the next time you pull this shit you will find a broom up your ass. I was then taken to the infirmary bare footed. Lt. Rispoli wrote a report saying when he came to my cell I was biting myself to justify him pepper spraying me. Nurse Brenda is my witness that the wombs I have are not bite marks they came from a metal object which I gave to nurse Brenda once I go to the infirmary. So Lt. Rispoli had no reason to pepper spray me 2 time within 10 minutes. end of report.

Remedy Requested: Investigation by grievance board, internal affairs and warden Thomas Carroll.

**Remedy Requested** : Non-Grievable, Disciplinary Action  
Expired filing period, exceeds 7 days from date of occurrence.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : NO | **Date Received by Medical Unit** : |
| **Investigation Sent** : | **Investigation Sent To** : |
| **Grievance Amount** : | |

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/20/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name**: LINDSEY, GERRON M | **SBI#** : 00326202 | **Institution** : DCC |
| **Grievance #** : 8215 | **Grievance Date** : 10/09/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Disciplinary | **Incident Date** : 10/09/2004 | **Incident Time** : 20:30 |
| **IGC** : Curlett, Dawn M | **Housing Location** :Bldg 19, Upper, Tier B, Cell 9, Single | |

### INFORMAL RESOLUTION

Offender's Signature: _____

Date : _____

Witness (Officer) : _____