

Incident# 1076357

Delaware Correctional Center
Smyrna Landing Road
**SMYRNA DE, 19977**
Phone#: 302-653-9261

Date: 01/10/2005

# INCIDENT REPORT

**Group#:** N/A  **Type:** Inmate Involved  **Incident Date:** 10/09/2004  **Time:** 22:20  **Confidential:** No

**Facility:** DCC, Delaware Correctional Center  **Followup Required:** No

**Associated Disciplinary Report #(s):** 1013459
**Associated Disciplinary Report #(s):** 1013460

**Incident Location:** Bldg.18 C Tier
**Location Description:**

**Violated Conditions:** 1. 06/200.203 Disorderly or Threatening Behavior
2. 03/200.106 Creating a Health, Safety or Fire Hazard

**Description of Incident:**

On 10/9/04 at approx. 2010 I/M Lindsey transferred to SHU #18 CL2 Isolation from infirmary to serve sanction time. Since 9/1/04 I/M Lindsey has transferred to infirmary and back to SHU four times due to him saying he will hang himself. When Lindsey returned to SHU tonight I spoke to him in Lieutenants office and he told me that he was through playing games that he wants to get his isolation time over with.

At approx. 2220 I (Rispoli) was called to #18 due to I/M Lindsey ▓▓▓▓▓ saying that they would hang themselves. I reported to #18 CL2 where Lindsey was housed and I had him cuffed and removed to an interview room. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ then went and spoke to I/M Lindsey in interview room and he told me that he was not going to hurt himself that he only wanted someone to mop up the water in his cell. Lindsey had thrown water all over the floor in CL2. Nurse Furne seen I/M Lindsey in interview room. The water was mopped up by staff and Nurse Furne said we could put him back in CL2. CL2 on strip status as a precaution. Lindsey put back in CL2 at approx. 2230 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

At approx. 2310 I was called back to #18 C-tier due to a report that I/M Lindsey had cut himself. When I arrived at CL2 I observed that I/M Lindsey's arm was bleeding and he was biting into his cut arm with his teeth. I opened the cell door and I capstunned Lindsey's face to stop him from injuring himself. There was much blood on the floor and on his left forearm. I then took a garden hose and washed off his arm and the floor. I entered the cell and applied gauze bandage around his left forearm to stop the bleeding. Lindsey was cuffed and put in interview room. Lindsey told me that he wanted to return to the infirmary and that he did not want to do his isolation time. ▓▓▓▓▓▓▓▓▓▓ Nurse Furne then notified her supervisor and the order was given by medical to transfer Lindsey and Brathwaite back to infirmary. Transfer completed at approx. 2400 by Sgt. Terhune, C/O Terry, C/O D. Layton and C/O Dittman.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  **Date Collected:** N/A
**Discovered By:** N/A  **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
This report. Both inmates referred to disciplinary hearing. Both inmates transferred to infirmary. Noose made from linnen turned over to shift commander.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Marcello, Rispoli T | N/A | Staff Lt./Lt |
| Staff | Stephanie, Carpenter J | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Casey, Phelps J | N/A | Correctional Officer |

| Incident# | | | | |
|---|---|---|---|---|
| 1016357 | | | | |

Case 1:04-cv-01383-SLR  Document 29-5  Filed 12/29/2005  Page 2 of 8   Date: 01/10/2005

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 10/09/2004 | Time: 22:20 | Confidential: No |

| | | | | |
|---|---|---|---|---|
| Staff | Neil, Stevens A | | N/A | Correctional Officer |
| Staff | Ronald, Kitching | | N/A | Correctional Officer |
| Staff | Marshall, Moore V IV | | N/A | Correctional Officer |
| Staff | William, Terry C | | N/A | Correctional Officer |
| Staff | John, Dittman E | | N/A | Correctional Officer |
| Staff | Harold, Terhune W III | | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Donald, Layton W Jr. | | N/A | Correctional Officer |
| Staff | Holly, Furne | | N/A | Contractors - Medical |
| Inmate | Gerron, Lindsey M | | 00326202 | N/A |
| Staff | Victor, Gonzalez | | N/A | Correctional Officer |
| Staff | Craig, Harms Jr | | N/A | Correctional Officer |
| Staff | Freida, Woodard M | | N/A | Correctional Officer |
| Staff | Kira, Hargan | | N/A | Contractors - Medical |

**Reporting Officer:** Rispoli, Marcello T (Staff Lt./Lt)   **Entered By:** Rispoli, Marcello T (Staff Lt./Lt)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 10/10/2004  **Approved by:** Mccreanor, Michael  (Shift Commander - Large Inst.)
**Comments:** N/A