DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/20/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 7796 | Grievance Date : 10/12/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Resol. Date : 06/29/2005 |
| Grievance Type: Medical Staff | Incident Date : 10/09/2004 | Incident Time : 12:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** For the past 3 days I had pepper spray on my skin and in my hair. I was given a rag which only made it burn worst. For 3 days I had to go through pain & Suffering with this stuff on me. No one from medical did nothing to treat it. I told Dr. Rogers also and she refused to give me any treatment.

**Remedy Requested** : Investigate by medical supervisor

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 10/18/2004 |
| Investigation Sent : 10/18/2004 | Investigation Sent To : Wolken, Gina |
| Grievance Amount : | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/20/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION ||||
|---|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC ||
| Grievance # : 7796 | Grievance Date : 10/12/2004 | Category : Individual ||
| Status : Resolved | Resolution Status: Level 3 | Inmate Status : ||
| Grievance Type: Medical Staff | Incident Date : 10/09/2004 | Incident Time : 12:00 ||
| IGC : Merson, Lise M | Housing Location :Bldg 19, Upper, Tier B, Cell 9, Single |||

**INFORMAL RESOLUTION**

Investigator Name : Wolken, Gina                         Date of Report  10/18/2004

Investigation Report : Medical does not treat the cap stun, medical only treats if you have injuries aftrer the cap stun and make sure your vital signs are stable
Refused to sign.

Reason for Referring:

Offender's Signature: _____

Date : _____

Witness (Officer) : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/20/2005

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 7796 | Grievance Date : 10/12/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Medical Staff | Incident Date : 10/09/2004 | Incident Time : 12:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

### IGC

Medical Provider:                       Date Assigned

Comments:

☒ Forward to MGC            ☐ Warden Notified

☐ Forward to RGC            Date Forwarded to RGC/MGC : 11/09/2004

☐ Offender Signature Captured      Date Offender Signed      :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/20/2005

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 7796 | Grievance Date : 10/12/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Medical Staff | Incident Date : 10/09/2004 | Incident Time : 12:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

### APPEAL REQUEST

No appeal returned

### REMEDY REQUEST

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/20/2005

# GRIEVANCE INFORMATION - BGO

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: LINDSEY, GERRON M | **SBI#**: 00326202 | **Institution**: DCC |
| **Grievance #**: 7796 | **Grievance Date**: 10/12/2004 | **Category**: Individual |
| **Status**: Resolved | **Resolution Status**: Level 3 | **Inmate Status**: |
| **Grievance Type**: Medical Staff | **Incident Date**: 10/09/2004 | **Incident Time**: 12:00 |
| **IGC**: Merson, Lise M | **Housing Location**: Bldg 19, Upper, Tier B, Cell 9, Single | |

### REFERRED TO

**Due Date**:   **Referred to**:   **Name**:

**Type of Information Requested**:

### DECISION

**Date Received**: 02/22/2005
**Decision Date**: 03/17/2005   **Vote**: Deny
**Comments**:
FCM determined that your vital signs were stable and that you sustained no injuries as a result of the cap stun incident.

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/20/2005

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : LINDSEY, GERRON M | SBI# : 00326202 | Institution : DCC |
| Grievance # : 7798 | Grievance Date : 10/12/2004 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Medical Staff | Incident Date : 10/09/2004 | Incident Time : 12:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 19, Upper, Tier B, Cell 9, Single | |

### DECISION

Decision Date: 06/23/2005          Vote : Deny

Comments :
I concur with the recommendation of the BGO

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/20/2005

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: LINDSEY, GERRON M | **SBI#** : 00326202 | **Institution** : DCC |
| **Grievance #** : 7796 | **Grievance Date** : 10/12/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status**: Level 3 | **Inmate Status** : |
| **Grievance Type**: Medical Staff | **Incident Date** : 10/09/2004 | **Incident Time** : 12:00 |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 19, Upper, Tier B, Cell 9, Single | |

### MGC

**Date Received** : 11/09/2004     **Date of Recommendation**: 02/18/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Rickards, Suesanh | Deny |
| Staff | | McEntire, Jeremy | Deny |
| Staff | | Branch, Adriene | Deny |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

**Uphold : 0**          **Deny : 3**          **Abstain : 1**

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 2/15/05. Medical assess for injuries we do not remove the pepper spray. appeal form provided.