| STATE OF DELAWARE<br>DELAWARE CORR CENTER | SOP NUMBER<br>4.4 | PAGE NUMBER<br>1 OF 23 |
|---|---|---|
| MANUAL | OPR: DEPUTY WARDEN | |
| CHAPTER: 4<br>DECISION MAKING<br>RELATIVE TO INMATES | SUBJECT: INMATE GRIEVANCE<br>PROCEDURE | |
| APPROVED BY WARDEN: | | |
| EFFECTIVE DATE: 4-15-97 | | |

I.   **Authority:** Department of Correction policy 4.4 and Bureau of
     Prisons Procedure 4.4.

II.  **Purpose:** To set forth guidelines for Inmate Grievances in
     order to reduce tension and to effectively resolve grievances
     within the facility.  Every inmate will be provided a timely
     and effective means of having issues brought to the attention
     of those who can offer administrative remedies before court
     petitions can be filed.  Inmates should seek their counselor's
     advise on how to best pursue a response to concerns before
     prematurely filing a grievance.

III. **Applicability:** All employees and inmates under custody or
     supervision of Delaware Correctional Center.

IV.  **Definitions:** As used in this document, the following shall
     apply:

     A.   **Bureau Grievance Officer (BGO):**  An employee at the
          Bureau level who mediates appeal of the Warden's/Warden's
          Designee's decision.

| STATE OF DELAWARE<br>DELAWARE CORR CENTER | SOP NUMBER<br>4.4 | PAGE NUMBER<br>2 OF 23 |
|---|---|---|
| SUBJECT:   INMATE GRIEVANCE PROCEDURE | | |

B.  **Emergency Grievance:**  An issue that concerns matters which under regular time limits would subject the inmate to a substantial risk of personal, physical or psychological harm.

C.  **Grievance:** A written complaint concerning the substance or application of a policy or practice; any action toward an inmate by staff or other inmates; any condition or incident within the institution that affects an inmate.

D.  **Inmate Grievance Chair (IGC):** An institutional employee designated to handle inmate grievances.

E.  **Inmate Grievance Procedure (IGP):**  The formal process provided to inmates to resolve disputes.

F.  **Outside Reviewer:** An individual not associated with DOC who hears inmate grievance appeals referred by the Bureau Grievance Officer and Chief, Bureau of Prisons.

G.  **Resident Grievance Committee (RGC):**  A committee comprised of institutional staff and inmates that hears inmate grievances and makes a recommendation to the Warden/Warden's Designee.

H.  **Reprisal:** Any action or threat of action against inmates or staff based solely on their participation or use of the Inmate Grievance Procedure.

| STATE OF DELAWARE<br>DELAWARE CORR CENTER | SOP NUMBER<br>4.4 | PAGE NUMBER<br>3 OF 23 |
|---|---|---|
| SUBJECT: INMATE GRIEVANCE PROCEDURE | | |

V.  **Procedure:**

A.  Copies of the Inmate Grievance Procedure are to be made
available in each housing unit, in each library, in each
counselor's office, Shift Commander's Office and in each
Inmate Grievance Chair's office. Additionally, as an
integral part of institutional orientation, all staff and
inmates will receive a procedural briefing including the
opportunity to have questions answered.

1.  All inmates, regardless of physical
condition/security status/administrative status,
shall be entitled to use the Inmate Grievance
Procedure. Inmate complaints regarding policies and
conditions must be within Department of Correction
jurisdiction. This includes actions by employees,
inmates, and incidents occurring within the
institution that affect them personally. NOTE:
Policies that have their own formal appeal
mechanisms are not grievable through the Inmate
Grievance Procedure. Specifically excluded from the
Inmate Grievance Procedure are issues concerning
Disciplinary, Classification, and Parole Board
decisions. All medical grievances are referred
directly to the contract medical care provider and
monitored by the Bureau of Prisons on

| STATE OF DELAWARE DELAWARE CORR CENTER | SOP NUMBER 4.4 | PAGE NUMBER 4 OF 23 |
|---|---|---|
| SUBJECT: INMATE GRIEVANCE PROCEDURE | | |

Form 585 & 585A (Medical Grievance Forms).

2. The Inmate Grievance Procedure shall afford the grievant a meaningful remedy. Relief may include an agreement by the Warden/Warden's Designee to remedy an objectionable condition within a reasonable, specified time period; change in institutional policy or practices; or restitution.

3. The Inmate Grievance Procedure prohibits reprisals against staff or inmates for their use or participation in the process. If either participant experiences adverse reactions, they may appeal directly to the Warden/Warden's Designee. The Warden/Warden's Designee shall offer a written response within ten calendar days upon receipt of the appeal. This decision is appealable to the Chief, Bureau of Prisons for final disposition.

4. No staff or inmate named in a grievance shall participate in any capacity in the resolution decision. Grievances filed against the Inmate Grievance Chair or appealing authority shall be referred to the next higher authority.

B. All grievances will be kept separate from the inmate's case file. Neither staff or inmates will have access to these records except to the extent necessary for

| STATE OF DELAWARE<br>DELAWARE CORR CENTER | SOP NUMBER<br>4.4 | PAGE NUMBER<br>5 OF 23 |
|---|---|---|
| SUBJECT: INMATE GRIEVANCE PROCEDURE | | |

clerical processing, resolution, or decision compliance.

C. The maximum period between initial grievance receipt and final appeal response shall not exceed 180 calendar days. If a full Resident Grievance Committee cannot be convened as scheduled, another hearing shall be rescheduled as soon as possible.

1. Inmates are prohibited from submitting more than one grievance arising from a single incident.

2. If more than one inmate files a grievance on the same incident, the Inmate Grievance Committee will consolidate the staff investigations and Resident Grievance Committee hearings into a single "group grievance." All individuals involved will be notified by the Inmate Grievance Chair.

3. Inmate Grievance Chair will provide a copy of the response to each Inmate Grievance Procedure step to the grievant, within seven calendar days of receipt of said response.

D. The Resident Grievance Committee will be comprised of two inmates who are elected by a majority vote from their own housing unit and two staff members designated by the Warden/Warden's Designee. Designated staff members will include custody and treatment staff, as well as those who have frequent contact within the grievant's housing unit.

| STATE OF DELAWARE<br>DELAWARE CORR CENTER | SOP NUMBER<br>4.4 | PAGE NUMBER<br>6 OF 23 |
|---|---|---|
| SUBJECT:   INMATE GRIEVANCE PROCEDURE | | |

Each Resident Grievance Committee member has one vote;
the Inmate  Grievance Chair will only vote to break a
tie.

1.   Inmate Resident Grievance Committee members and two
     inmate alternates shall serve for a term of six
     months.  Staff Resident Grievance Committee members
     serve at the discretion of the Warden/Warden's
     Designee.  One staff member will be from Treatment
     and one from Security.

2.   The Resident Grievance Committee will deliberate on
     it's findings and forward it's recommendation to
     the Warden/Warden's Designee.

3.   All  investigative  work  must  be  completed  and
     documented by the Leadworker, Area Lieutenant, etc,
     prior to the Resident Grievance Committee hearing.

4.   Inmates are allowed to retract a grievance at any
     time during the process by written notice to the
     Inmate Grievance Chair.

5.   The Inmate Grievance Chair will submit a monthly
     Inmate Grievance Procedure status report to the
     Delaware  Correctional  Center  Support  Services
     Manager, and the Bureau Grievance Officer and the
     Chief, Bureau of Prisons.

| STATE OF DELAWARE<br>DELAWARE CORR CENTER | SOP NUMBER<br>4.4 | PAGE NUMBER<br>7 OF 23 |
|---|---|---|
| SUBJECT:  INMATE GRIEVANCE PROCEDURE | | |

E.   When remedies are outside of the institution and may
     require more time, the Inmate Grievance Chair will notify
     the grievant of the implementation plan and schedule upon
     receipt of written notification of concurrence, by the
     outside entity.

F.   The specific duties of the Inmate Grievance Chair and
     Bureau Grievance Officer are listed in the Inmate
     Grievance Procedure Training Manual.  Analysis of their
     performance is the sole responsibility of their immediate
     supervisors.

G.   <u>Resolution Levels</u>:

     1.   **Level I (Informal Resolution):**  The Inmate
          Grievance Procedure process begins when an inmate
          files Form #584R.  The grievant must complete this
          form within seven days following the incident and
          forward it to the Inmate Grievance Chair.   The
          Inmate Grievance Chair shall forward the grievance
          to the Security Superintendent who, in turn, will
          forward it to Shift Commanders and inmates' housing
          unit supervisors within two days of receipt.

          a.   Housing    unit    Leadworkers    and/or    Area
               Supervisors shall investigate, document all
               findings on Form #175R, attempt resolution and

| STATE OF DELAWARE DELAWARE CORR CENTER | SOP NUMBER 4.4 | PAGE NUMBER 8 OF 23 |
|---|---|---|
| SUBJECT: INMATE GRIEVANCE PROCEDURE | | |

report results to the Inmate Grievance Chair within three (3) calendar days of their receipt of the grievance. Resolution ends the Inmate Grievance Procedure process; the Inmate Grievance Chair closes the file and monitors issues of compliance.

b. Unresolved grievances are referred to Level II.

2. **Level II (Resident Grievance Committee Recommendation/Warden's Decision):**

a. The Resident Grievance Committee will convene within thirty (30) days of Inmate Grievance Chair receipt of the grievance to examine the issue and documented investigative data from Form #175R, hear testimony, and make a recommendation. The Grievant will be offered the opportunity to participate in the hearing through discussion of any information presented. The Resident Grievance Committee may ask questions it feels relevant to the issue. If the Resident Grievance Committee determines that further investigation is required, it may grant an additional five days, by majority Resident Grievance Committee

| STATE OF DELAWARE<br>DELAWARE CORR CENTER | SOP NUMBER<br>4.4 | PAGE NUMBER<br>9 OF 23 |
|---|---|---|
| SUBJECT:    INMATE GRIEVANCE PROCEDURE | | |

member vote and grievant consent, to complete it's work. All Resident Grievance Committee work is to be documented and forwarded to the Inmate Grievance Chair on Form #584A. The Inmate Grievance Chair will forward the Resident Grievance Committee recommendation to the Warden/Warden's Designee.

b.  The Warden/Warden's Designee will respond on Form #584B within ten calendar days and forwards that response to the Inmate Grievance Chair for distribution. If the Warden/Warden's Designee and grievant concur with the Resident Grievance Committee recommendation the grievance is deemed resolved; the Inmate Grievance Chair closes the file and monitors issues of compliance. If there is no concurrence, the grievance is referred to Level III.

| STATE OF DELAWARE<br>DELAWARE CORR CENTER | SOP NUMBER<br>4.4 | PAGE NUMBER<br>10 OF 23 |
|---|---|---|
| SUBJECT:   INMATE GRIEVANCE PROCEDURE | | |

3.   **Level III (The Final Decision):**

    a.   The Bureau Grievance Officer will review the grievance file upon receipt. Concurrence with the Warden/Warden's Designee decision and signature by the Bureau Grievance Officer and Chief, Bureau of Prisons ends the Inmate Grievance Procedure process; the Inmate Grievance Chair closes the file and monitors issues of compliance.

    b.   At the Bureau Grievance Officer's discretion, mediation between grievant and the Warden/Warden's Designee may be attempted or Outside Review recommended. Outside Review is recommended in only those instances where interpretation of law or expansion of policy are necessary.

    c.   The Chief, Bureau of Prisons, who's decision is final and not open to grievant interpretation, may accept or reject the Bureau Grievance Officer's written recommendation. Final decisions and the grievance file are returned to the Inmate Grievance Chair for closure and monitoring for

| STATE OF DELAWARE DELAWARE CORR CENTER | SOP NUMBER 4.4 | PAGE NUMBER 11 OF 23 |
|---|---|---|
| SUBJECT:   INMATE GRIEVANCE PROCEDURE | | |

issues of compliance.

**H.  Emergency Grievance:**

    1.  Issues that concern substantial risk of personal, physical or psychological inmate injury shall be addressed immediately by the Warden/Warden's Designee.  A copy of the grievance will be sent to the Inmate Grievance Chair upon receipt by the Warden/Warden's Designee, who shall respond within one calendar day.

    2.  Grievant appeals of the Warden/Warden's Designee decision will be decided by the Chief, Bureau of Prisons within one calendar day upon receipt of the appeal.

    3.  If the Warden/Warden's Designee determines that the grievance does not meet the emergency criteria, the grievance will be returned to the inmate for processing through the normal Inmate Grievance Procedure process steps.

**I.  Universal Grievance:**

    1.  Issues that concern the entire system and not just one inmate, a group of inmates, or one institution are to be presented by the Bureau Grievance Officer to the Chief, Bureau of Prisons.

| STATE OF DELAWARE<br>DELAWARE CORR CENTER | SOP NUMBER<br>4.4 | PAGE NUMBER<br>12 OF 23 |
|---|---|---|
| SUBJECT:  INMATE GRIEVANCE PROCEDURE | | |

J.  **Institutional Transfer:**

    1.  Transfers can be delayed for any inmate who has filed a grievance and been notified of an Resident Grievance Committee hearing date until the hearing has concluded. If circumstance require immediate transfer, the Inmate Grievance Chair at the institution where the grievance was filed will proceed in the grievant's absence, utilizing the normal Inmate Grievance Procedure process.

    2.  The Warden/Warden's Designee decision will be forwarded to the Inmate Grievance Chair at the grievant's new location for review. If the grievant appeals to Level III, the Inmate Grievance Committee at the grievant's new location shall forward the file to the Inmate Grievance Chair at the original location for Bureau Grievance Officer review. Grievances filed against the sending institution after an inmate's transfer, but inside the standard seven day window following an incident, shall be forwarded by the Inmate Grievance Chair at the new location to the Inmate Grievance Chair at the original location for processing.

| STATE OF DELAWARE DELAWARE CORR CENTER | SOP NUMBER 4.4 | PAGE NUMBER 13 OF 23 |
|---|---|---|
| SUBJECT: INMATE GRIEVANCE PROCEDURE | | |

K. **Appeals:**

    1.    Grievant appeals must be signed, dated and state the specific reason for the appeal on Form #584C. This form is given to Inmate Grievance Chair who is responsible for tracking each grievance. Grievants have three calendar days upon receipt of their copy of the Warden/Warden's Designee decision to appeal, as well as, to include any additional information for review by the Bureau Grievance Office. The Inmate Grievance Chair will forward the appeal and file to this level.

    2.    The Chief, Bureau of Prisons decisions are final and not appealable.

This SOP is subject to change at the discretion of the Warden.

attachments
SCW041197

**FORM #584R**

**GRIEVANCE FORM**

FACILITY:_____  DATE:_____

GRIEVANT'S NAME:_____  SBI#: _____

CASE#:_____  TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____  DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?       ____(YES)       ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____  DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

REV: JAN/97          ORIGINAL: INSTITUTION FILE          COPY:GRIEVANT

GRIEVANCE FORM #584R
Page two

## INFORMAL RESOLUTION

BRIEFLY STATE THE CONDITIONS OF THE INFORMAL RESOLUTION. BE SPECIFIC. LIST THE NAMES, ISSUES AND PARTIES TO THIS AGREEMENT WHICH ADDRESS THE ACTION REQUESTED.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _____

DATE: _____

WITNESS (OFFICER): _____

## FORM #175R

## INMATE GRIEVANCE HOUSING UNIT INVESTIGATION REPORT

## THIS FORM MUST BE COMPLETED *WITHIN 3 CALENDAR DAYS* OF RECIEPT FROM I.G.C.

INMATE:_____          S.B.I #_____

CASE#:_____          DATE RECEIVED FROM I.G.C.:_____

HOUSING UNIT:_____

/////////////////////////////////////////////////////////////////////////////////////////

*FACTS/DETAILS DETERMINED BY THE INVESTIGATOR:*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**FORM #175R**
**Page two**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

INVESTIGATOR (SHIFT LEADER):_____     DATE:_____

**IF REFERRED TO THE NEXT SHIFT LEADER EXPLAIN WHY :**

_____

_____

_____

_____

_____

DATE FORWARDED TO I.G.C.:_____

STAFF SIGNATURE:_____

## FORM #584A

### R.G.C. RECOMMENDATION

### THIS MUST BE COMLETED & RETURNED TO THE I.G.C. WITHIN 30 CALENDAR DAYS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


R.G.C. MEMBERS:

INMATE REPRESENTATIVE:_____

INMATE REPRESENTATIVE:_____

COUNSELOR:_____

SECURITY:_____

INMATE GRIEVANT CHAIRSPERSON:_____


REV: JAN/97              ORIGINAL: INSTITUTION FILE              COPY:GRIEVANT

## FORM #584B

### WARDEN'S/WARDEN'S DESIGNEE RESPONSE

### TO BE COMPLETED & RETURNED TO THE IGC WITHIN TEN CALENDAR DAYS

GRIEVANT'S NAME:_____     SBI#:_____

HOUSING UNIT: _____     CASE#:_____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**WARDEN/WARDEN'S DESIGNEE SIGNATURE**          **DATE:**_____

### I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)

YES:_____                               NO:_____

_____          _____
**GRIEVANT'S SIGNATURE**                   **DATE**

_____          _____
**I.G.C. SIGNATURE**                       **DATE**

**REV: JAN/97**          **ORIGINAL: INSTITUTION FILE**          **COPY: GRIEVANT**

## FORM #584C

### GRIEVANCE APPEAL FORM:

#### THIS MUST BE COMPLETED AND RETURNED TO THE IGC WITHIN 3 DAYS OF RECEIPT OF THE WARDEN/WARDEN'S DESIGNEE DECISION

GRIEVANT:_____    SBI#_____

HOUSING UNIT:_____    CASE#:_____

DATE:_____

**THIS FORM IS TO BE USED ONLY IN THE EVENT OF A DECISION APPEAL. PLEASE SPECIFY THE REASON FOR THE APPEAL IN THE SPACE BELOW.**

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


#### IF YOU NEED ADDITIONAL SPACE ,PLEASE CONTINUE WRITING ON THE BACK OF THIS FORM.

**ORIGINAL: INSTITUTION FILE**                                    **COPY: GRIEVANT**

## FORM #585

## MEDICAL GRIEVANCE

FACILITY:_____     DATE SUBMITTED:_____

INMATE'S NAME: _____     SBI#:_____

HOUSING UNIT: _____     CASE #:_____

///////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____     DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

MEDICAL GRIEVANCE FORM #585
Page two

## SECTION #2

**IF GRIEVANT DOES NOT AGREE TO THE DECISION OF THE MEDICAL GRIEVANCE COMMITTEE THEY MUST RESPOND , IN WRITING , WITHIN TWO DAYS OF THE RECIEPT OF THE DECISION. SPACE FOR AN APPEAL HAS BEEN PROVIDED ON THIS FORM IN SECTION #3.**

RESPONSE BY M.G.C.:_____

_____

_____

_____

_____

_____

_____

_____

_____

DATE RECIEVED BY GRIEVVANT:_____ GRIEVANT SIGNATURE:_____

DOES GRIEVANT ACCEPT M.G.C. DECISION? _____(YES) _____(NO)

## SECTION #3

IF YOU WISH TO APPEAL PLEASE USE THE SPACE PROVIDED BELOW:TO EXPLAIN WHY:

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE: _____ DATE:_____

**ORIGINAL: INSTITUTION FILE**                    **COPY: GRIEVANT**

Procedure 4.4
Page 23 of 23

**FORM #585A**

**MEDICAL LOG**

FACILITY:_____

INMATE NAME:_____          SBI#_____

HOUSING UNIT:_____

CASE #:_____

DATES                                                                TREATMENT

STAFF SIGNATURE:_____          DATE:_____