**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

January 4, 2006

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

**Re:    Lindsey v. Rispoli, et al.
        C.A. No. 04-1383-SLR**

Dear Judge Robinson:

   This is to advise the Court that Plaintiff and the State Defendants have voluntarily agreed to dismiss the above-referenced action.

   Therefore, State Defendants hereby withdraw their pending Motion for Summary Judgment, filed December 29, 2005. The fully executed Stipulation of Dismissal will be filed separately.

   I am available if the Court requires further information.

                                                               Respectfully,

                                                               /s/ Eileen Kelly

                                                               Eileen Kelly
                                                               Deputy Attorney General

cc:    Gerron Maurice Lindsey
       SBI# 326202