IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 04-1383-SLR |
| | ) | |
| LT. RISPOLI, C/O MOORE, | ) | |
| C/O VICTOR GONZALEZ, | ) | |
| SGT. CARPENTER, C/O MANNO, | ) | |
| C/O TERRY, NURSE HOLLY, and | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED,** by and between Plaintiff Gerron Maurice Lindsey and Defendants Lieutenant Marcello Rispoli, Corrections Officer Marshall Moore IV, Corrections Officer William Terry, Corrections Officer Victor Gonzalez, Sergeant Stephanie Carpenter, and Corrections Officer Donna Manno ("State Defendants"), that any and all of Plaintiff's claims against State Defendants are dismissed with prejudice.

Gerron Maurice Lindsey, *Pro Se*
Plaintiff

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th fl.
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2006, I electronically filed *Stipulation of Dismissal* with the Clerk of Court using CM/ECF. I hereby certify that on January 4, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Gerron Maurice Lindsey.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us