IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1383-SLR |
| | ) |
| NURSE BRENDA, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 20th day of January, 2006, defendant Nurse Brenda having failed to file a responsive paper to the complaint or enter an appearance in the above captioned case since the executed waiver of service was filed on January 27, 2005 (D.I. 13);

IT IS ORDERED that, on or before **February 21, 2006,** defendant shall respond to all outstanding discovery requests or shall show cause why judgment should not be entered against her in the above captioned action for failure to defend. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN JUDGMENT BEING ENTERED AGAINST DEFENDANT.

　　　　　　　　　　　　　　　　　　／s／ Sue L. Robinson
　　　　　　　　　　　　　　　　　United States District Judge