IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1383-SLR |
| | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

At Wilmington this 13th day of March, 2006;

IT IS ORDERED that plaintiff's motions for various relief (D.I. 26, 27, 28, 29) are denied as moot in light of the settlement agreement and stipulation of dismissal submitted by the state defendants.

                                                        */s/ Sue L. Robinson*
                                            United States District Judge