IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1383-SLR |
| | ) |
| NURSE BRENDA, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 13th day of March, 2006, having considered remaining defendant Nurse Brenda's failure to respond to the court's order of January 20, 2006, and the absence of any court filings by this defendant;

IT IS ORDERED that, on or before **April 14, 2006**, plaintiff shall apply to the court for an entry of default in appearance against defendant Nurse Brenda. See Fed. R. Civ. P. 55(a). FAILURE TO TIMELY PURSUE THIS LAST AVAILABLE REMEDY WILL RESULT IN DISMISSAL OF THIS CASE.

                                                     _____
                                                     United States District Judge