IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1383-SLR |
| | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendant, | ) | |

**DIRECTION TO ENTER DEFAULT JUDGMENT**

In accordance with the provisions of Rule 55(a), the **Defendant, Nurse Brenda** having failed to answer, plead or otherwise defend, Plaintiff herein, hereby directs you to enter judgment by default in favor of **Plaintiff, Gerron Maurice Lindsey** and against **Defendant, Nurse Brenda** for the amount of One Million ($1,000,000.00). And for such other and further relief as may be deemed just and proper under the circumstances.

GERRON MAURICE LINDSEY
SBI NO. 326202
UNIT SHU 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE  19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1383-SLR |
| | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendant, | ) | |

### AFFIDAVIT OF GERRON MAURICE LINDSEY

| | |
|---|---|
| **STATE OF DELAWARE** | ) |
| | ) ss. |
| **NEW CASTLE COUNTY** | ) |

    **Gerron Maurice Lindsey** being duly sworn, deposes and says that;

1. He is the Pro-Se Plaintiff in the above-captioned case.

2. To the best of his knowledge, **Defendant, Nurse Brenda**, against whom judgment is sought is not an infant or incompetent person;

3. **Defendant, Nurse Brenda** has failed to appear in accordance with the rules of this court;

4. To the best of his knowledge, **Defendant, Nurse Brenda** is not in the Armed Forces of the United States of America or subject to the Soldiers' and Sailors' Relief Act; and

5. The amounts shown on the foregoing statement are justly due and owing by the defendant to the plaintiff, and no part thereof has been paid.

 

                                                                                                       GERRON MAURICE LINDSEY
                                                                                                               PRO-SE

**SWORN TO AND SUBSCRIBED** before me this 24 day of March, 2006.

_____
Notary Public
Commission Expires

Sheri L. Godwin
Notary Public
My Commission Expires:
04/24/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1383-SLR |
| | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendant, | ) | |

TO:
    GERRON MAURICE LINDSEY
    SBI NO. 326202
    UNIT SHU 19
    DELAWARE CORRECTIONAL CENTER
    1181 PADDOCK ROAD
    SMYRNA, DE  19977

    The Judgment Docket assigned to this case is _____.



I/M Gerron Lindsey
SBI# 326202    UNIT 2.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL
3-29-05

United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

LEGAL MAIL

LEGAL MAIL