OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 5, 2006

TO: Gerron Maurice Lindsey
SBI# 326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Deficiency Letter for DI 45; 04-1383(SLR)**

Dear Mr. Lindsey:

Papers have been received by this office for filing in the above matter which do not conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must be served by you, upon Nurse Brenda**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson