IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GERRON MAURICE LINDSEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-1383-SLR |
| | ) | |
| NURSE BRENDA, | ) | |
| | ) | |
| Defendant, | ) | |

I, Gerron Maurice Lindsey hereby certify that on this __11__ day of April, 2006, I caused a copy of the foregoing **DIRECTION TO ENTER DEFAULT JUDGMENT AND AFFIDAVIT OF GERRON MAURICE LINDSEY** to be served via certified mail, return-receipt requested to the following:

~~LT.~~ Nurse BRENDA ~~RISPOLI~~
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

GERRON MAURICE LINDSEY
SBI NO. 326202
UNIT SHU 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE 19977

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1383-SLR |
| ) | |
| NURSE BRENDA, ) | |
| ) | |
| Defendant, ) | |

**DIRECTION TO ENTER DEFAULT JUDGMENT**

In accordance with the provisions of Rule 55(a), the **Defendant, Nurse Brenda** having failed to answer, plead or otherwise defend, Plaintiff herein, hereby directs you to enter judgment by default in favor of **Plaintiff, Gerron Maurice Lindsey** and against **Defendant, Nurse Brenda** for the amount of One Million ($1,000,000.00). And for such other and further relief as may be deemed just and proper under the circumstances.

GERRON MAURICE LINDSEY
SBI NO. 326202
UNIT SHU 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE  19977

APR 1 8 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NURSE BRENDA, )<br>)<br>Defendant, ) | Civ. No. 04-1383-SLR |

### AFFIDAVIT OF GERRON MAURICE LINDSEY

**STATE OF DELAWARE** )
                             ) ss.
**NEW CASTLE COUNTY** )

**Gerron Maurice Lindsey** being duly sworn, deposes and says that;

1. He is the Pro-Se Plaintiff in the above-captioned case.

2. To the best of his knowledge, **Defendant, Nurse Brenda**, against whom judgment is sought is not an infant or incompetent person;

3. **Defendant, Nurse Brenda** has failed to appear in accordance with the rules of this court;

4. To the best of his knowledge, **Defendant, Nurse Brenda** is not in the Armed Forces of the United States of America or subject to the Soldiers' and Sailors' Relief Act; and

5. The amounts shown on the foregoing statement are justly due and owing by the defendant to the plaintiff, and no part thereof has been paid.

                                                                          GERRON MAURICE LINDSEY
                                                                          PRO-SE

SWORN TO AND SUBSCRIBED before me this <u>24</u> day of <u>March</u>, 2006.

_____
Notary Public
Commission Expires

>
> Sheri L. Godwin
> Notary Public
> My Commission Expires:
> 04/24/2008

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 04-1383-SLR |
| ) | |
| NURSE BRENDA, ) | |
| ) | |
| Defendant, ) | |

**TO:**

GERRON MAURICE LINDSEY
SBI NO. 326202
UNIT SHU 19
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE  19977


The Judgment Docket assigned to this case is _____.

IM GIERRON LINDSEY
SBI# 326202   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail
4-11-06

Clerk of United States District court
Lock Box 18
844 King street
Wilmington, Delaware
19801

U.S.M.S.
X-RAY