Gerron Lindsey
SBI No. 326202, D.C.C.
1181 Paddock Road
Smyrna, Delaware 19977

September 25, 2006

Re: Lindsey v. Nurse Brenda
Civ. No. 04-1383-SLR

Dear Clerk:

On March 30, 2006 I filed a Motion for Default Judgment. The court then issued a Deficiency Notice telling me, I must serve Nurse Brenda and that was done. Is there anything further I need to do or file? If so please advise me.

Sincerely,

Cc: File

FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM GERRON LINDSEY
SBI# 326202    UNIT 24
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Clerk, Lockbox 18
844 King Street
U.S. Court House
Wilmington, Delaware
19801

$00.390
SEP 28 2006
MAILED FROM ZIP CODE 19977