LAW OFFICES

# MCCULLOUGH & MCKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH  (DE, PA) | 1225 N. KING STREET | PENNSYLVANIA OFFICE |
| DANIEL L. MCKENTY  (DE) | SUITE 1100 | 123 S. Broad STREET |
| GERALD J. HAGER  (DE, PA) | P.O. BOX 397 | Suite 2035 |
| DANA SPRING MONZO  (DE, PA) | WILMINGTON, DE 19899-0397 | Philadelphia, PA 19109 |
| | TEL: (302) 655-6749 | |
| **PARALEGALS** | FAX: (302) 655-6827 | **Writer's Direct Contact** |
| JUSTINA K. BAYLESS | | Telephone Extension:  31 |
| CANDACE E. HOLMES | | dmonzo@mccmck.com |
| LAURA B. SPENCE | | www.mccmck.com |
| MARY S. MOONEY | | |

January 2, 2007

The Honorable Sue L. Robinson
District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, DE 19801

   **RE: Lindsey v. Nurse Brenda**
      **U.S. District Court, C.A. No. 04-1383**

Dear Judge Robinson:

  It has recently come to our attention that a default judgment is pending in the above-mentioned case.  As counsel for First Correctional Medical and its employees, I am requesting a 60-day extension of time in which to investigate the allegations of the Complaint and the pending default judgment against Nurse Brenda.  At this point in time, I am unsure if Nurse Brenda is an FCM employee and whether the allegations in the Complaint are during the time frame when First Correctional Medical was the healthcare provider for the Delaware prison system.  I have requested a copy of the Complaint as well as a copy of the waiver signed by Nurse Brenda.  Should this case involve my clients, I would then enter my appearance and request an opportunity to defend this case.

  Please do not hesitate to contact me should you have any questions or concerns on anything contained herein.  I remain,

            Respectfully yours,

            /s/ Dana Spring Monzo
            Dana Spring Monzo, Del. Bar # 4605

DSM:ceh
H:\FILES\DAN\Lindsey (FCM)\Robinson1 - ext
 cc: Tammy Kastre, M.D.
    Ms. Sue Cianciolo
    Ms. Aliceson Elmer