GERRON LINDSEY SBI NO. 326202
D.C.C. - 1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
JAN 12 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

January 5, 2006

The Honorable Sue L. Robinson
District of Delaware
844 North King Street, Room 4209
Lock Box 31
Wilmington, Delaware 19801

RE: Lindsey v. Nurse Brenda
C.A. No. 04-1383

Dear Judge Robinson:

I would like to make an objection to Nurse Brenda request for time extension for the for the following reasons:

(1) Initially nurse Brenda was served with the civil action and she signed the waiver.

(2) Nurse Brenda failed to plead or answer the complaint.

(3) The court made nurse Brenda aware of the pending action sometime in 2006, still defendant failed to answer or plead.

(4) March 13, 2006 the court made an order to show cause to plaintiff applying for entry of default in appearance against defendant nurse Brenda. The court further stated: Failure to timely pursue this last

(5) On ~~March~~ March 31, 2006 plaintiff's Motion for Default Judgment was entered. On April 18, 2006 a notice of service was entered for Default Judgment as to Nurse Brenda by Plaintiff.

(6) 9 months later Nurse Brenda decided to enter appearance.

Clearly the defendant was aware of the pending action and at this late date the dendant is requesting an extension. I respectfully ask the court to deny the defense request.

Respectfully Submitted,

*Gervon Lindsey*

I/M Gerron Lindsey
SBI# 326202    UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



LEGAL MAIL

The Honorable Sue L. Robinson
District of Delaware
844 North King Street, Room 4209 - LockBox 31
Wilmington, Delaware 19801

