IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1383-SLR |
| | ) |
| NURSE BRENDA, | ) |
| | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's order of February 16, 2007;

IT IS ORDERED AND ADJUDGED that default judgment be and is hereby entered in favor of plaintiff Gerron Maurice Lindsey and against defendant Nurse Brenda Holwerda pursuant to Fed. R. Civ. P. 55(b)(2).

_____
United States District Judge

Dated: March 21, 2007

_____
(By) Deputy Clerk