GERRON LINDSEY
SBI NO. 326202
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

August 11, 2007

Re: Lindsey v. Nurse Brenda,
Civ. A. No. 04-1383-SLR

I would like the last 2 pages of the docket sheet in the above case.

Sincerely,

Cc: File

INM GERRON LINDSEY
SBI# 326202   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL
MAIL

United States District Court
Lockbox 18
844 King Street
Wilmington, Delaware
19801