OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 22, 2007

TO:

**Gerron Maurice Lindsey**
SBI# 326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

  **RE:** *Request for Copywork;*

    Lindsey v. Rispoli, et al , CA 04-1383 SLR

Dear Mr. Lindsey:

  A letter has been received by the Clerk's Office from you requesting the last two pages of your docket sheet. Please find these pages enclosed along with a copy your receipt.

  Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

           Sincerely,

/rwc           PETER T. DALLEO
            CLERK

cc: The Honorable Sue L. Robinson
enc.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 22, 2007

TO:

**Gerron Maurice Lindsey**
SBI# 326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:** *Request for Copywork;*

        <u>Lindsey v. Rispoli, et al</u> , CA 04-1383 SLR

Dear Mr. Lindsey:

   A letter has been received by the Clerk's Office from you requesting the last two pages of your docket sheet.  Please find these pages enclosed along with a copy your receipt.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                  Sincerely,

/rwc                                       PETER T. DALLEO
                                          CLERK

cc: The Honorable Sue L. Robinson
enc.