GERRON LINDSEY-326202

1181 Paddock Road

Smyrna, Del. 19977

Sept 6, 2007



Re: Lindsey v. Rispoli / Lindsey v. Nurse Brenda

04-1383-SLR


    I am not understanding or clear on the above matter. The court granted my motion for default Judgment now I recieved an noticed stating that the case is closed. Does this mean the case ~~was~~ of : Lindsey v. Nurse Brenda is closed as well? I am pro se therefore I am not clear on this. If my case of default Judgment against Nurse Brenda is closed please advise me of why.

                            Sincerely,

Cc:File

I.M. GARROW LINDSEY

SBI# 326202 UNIT 21

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk of United States District Court

844 N. King Street, Lockbox 18

Wilmington, Delaware 11801

19801835619 C0012

02 1A
000460897 5
MAILED FROM ZIPCODE 19977

UNITED STATES POSTAGE

PITNEY BOWES

$00.410

SEP 07 2007