IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERRON MAURICE LINDSEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-1383-SLR |
| NURSE BRENDA, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington this 19th day of December, 2007, having considered plaintiff's letter requesting clarification (D.I. 55);

IT IS ORDERED that, on or before **January 18, 2008**, plaintiff shall file a motion with the court for entry of judgment by default for said defendant in accordance with Fed. R. Civ. P. 55(b)(2) or show cause why defendant should not be dismissed from the above-captioned action for failure to prosecute. In his application, plaintiff shall tell the court in detail what relief he is seeking from this defendant and the grounds upon which he bases his request for relief. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THIS CASE.

                                                    _/s/ Sue L. Robinson_
                                                    United States District Judge