Gierron Lindsey,
    Plaintiff,

v.

Nurse Brenda,
    Defendant.

Civ. No. 04-1383-SLR

```
FILED
JAN 28 2008
BC
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

Dear Clerk:

    On December 19, 2007, the court issued an Order Stating:

    On or before January 18, 2008, plaintiff shall file a motion with the court for entry of judgment by default for said defendant in accordance with Fed.R.Civ.P. 55(b)(2) or show cause why defendant should not be dismissed from the above-captioned action for failure to prosecute. In his application, plaintiff shall tell the court in detail what relief he is seeking from this defendant and the grounds upon which he bases his request for relief.

    I filed the motion and served the defendant with a copy. Could the court advised me when the motion was recieved and if any further steps need to be taken by me?

Respectfully Submitted,

[signature]



I/M Gierron Lindsey A.K.A. Kushal Shah
SBI# 326202   UNIT 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of Clerk
U.S. District Court
844 King Street, Lockbox 18
Wilmington, Delaware
19801