Gerron Lindsey
326202, D.C.C.
1181 Paddock Road
Smyrna, Delaware 19977

May 9, 2008

Re: Lindsey v. Nurse Brenda,
Civ. No. 04-1383-SLR

Dear Clerk:

I would like to request a docket sheet in the above matter.



Sincerely,

Cc: File G.L.

I/M Kushal Shah a.k.a G. Lindsey
SBI# 326200  UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL
MAIL

United States District Court
- Lockbox 18 - Boggs Federal Building
844 King Street
Wilmington, Delaware
19801

$00.42
U.S.M.S.
X-RAY