OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 13, 2008

TO:

**Gerron Maurice Lindsey**
SBI# 326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

```
         RE:  REQUEST FOR COPY OF DOCKET, C.A. NO. 04-1383 SLR

Dear Mr. Lindsey:

     This is in response to your letter received 5/12/08
requesting a copy of the docket in the above noted civil action.

     Please be advised that the fee for copies (including docket
sheets) is fifty cents ($.50) per page.  Should you require
copies (including docket sheets) in the future, please be aware
of this fee requirement.  Prepayment should be sent with your
request, check or money order payable to Clerk, United States
District Court.

     Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/rwc                               PETER T. DALLEO
                                   CLERK

cc:   The Honorable Sue L. Robinson
```