Gerron Lindsey A/k/a Kushal Shah
326202, D.C.C
1181 Paddock Road
Smyrna, Delaware 19977

May 14, 2008



PO scanned
Receip # 152089

Re: Lindsey v. Nurse Brenda. Civ. No. 04-1383-SLR

Dear Sir:

Enclosed is a check for a docket sheet in the above matter.

Sincerely,

I/M Kushal Shah A.K.A. Garron Lindsey
SBI# 326202   UNIT 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Mail

United States District Court
844 N. King Street
Lockbox 18
Wilmington, Delaware
19801-3570

$ 00.42⁰ MAY 22 2008
MAILED FROM ZIP CODE 19977