OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 27, 2008

```
TO:  Gerron Maurice Lindsey
     SBI# 326202
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977
```

**RE:  REQUEST FOR COPYWORK, C.A. NO. 04-1383(SLR)**

Dear Mr. Lindsey:

This is in response to your letter received requesting the docket sheet.

Please be advised that the fee for copywork is fifty cents ($.50) per page.  **Should you require copywork in the future**, please be aware of this fee requirement.  Enclosed is your copy of the docket sheet and receipt.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet