Gierron Lindsey
326202, D.c.c.
1181 Paddock Road
Smyrna, De 19977

June 4, 2008



Re: Lindsey v. Rispoli
C.A. No. 04-1383 (SLR)

    Can you advise me of how much it will cost to obtain the transcripts of the deposition that took place in the above case? I am aware it is 50¢ a page, however, I do not know how many pages there are.

Sincerely,

