OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 9, 2008

**Gerron Maurice Lindsey**
SBI# 326202
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

> **RE:  Request for Deposition Transcript**
> **CA 04-1383 SLR**

Dear Mr. Lindsey:

    This is in response to your letter received 6/6/08 requesting a copy of the deposition transcript in your case. Please be advised that no deposition transcripts have been filed with the Court.  You can obtain copies of deposition transcripts by contacting either the former defense attorney for the State defendants, or the Court Reporter that transcribed the deposition.  Keep in mind that you may be required to pay the Court Reporter's fee for the requested copy.  Here is the defense counsel's information:

> **Eileen Kelly**
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc:  The Honorable Sue L. Robinson